# APPENDIX A

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE DESTRUCTIVE LOGGING PRACTICES**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 1. | 3/27/2016 | Greenpeace Canada | Website Publication: Boreal Forest: The Facts | "Focusing in on the state of intact forests in the Montagnes Blanches (White Mountains), where Resolute is the largest logging company, the findings are that over 50% of intact forest areas have either been lost or degraded between 2000 and 2012, an area of over one million hectares." |
| 2. | 3/23/2016 | Amy Moas | Email to McGraw Hill | "Resolute Forest Products, a logging company at the heart of the controversy related to forest destruction in the Endangered Forests of Quebec and Ontario." |
| 3. | 3/23/2016 | Amy Moas | Email to McGraw Hill | "Resolute's controversial logging [ ] threatens endangered species and old growth forests. . . ." |
| 4. | 10/13/2015 | Richard Brooks | Tweet | "@3M acts for #forests, begins 2 eliminate destructive logger @resolutefp greenpeace.org/canada/en/blog... #tbay #onpoli[.]" |
| 5. | 8/31/2015 | Amy Moas | Tweet | "Publisher @axelspringer_EN ditches unsustainable @resolutefp paper. Wants Canadian paper but less enviro controversy." |
| 6. | 8/17/2015 | Richard Brooks | Tweet | "The Boreal can't defend itself against @Resolutefp's reckless logging. I'm taking a #StandForForests w @GreenpeaceCA standforforests.ca[.]" |
| 7. | 8/10/2015 | Cristiane Mazzetti (Greenpeace Brazil) | Email to Grupo Folha<br><br>(COMPUTER TRANSLATION) | "The company is engaged in the destruction and degradation of areas of great ecological and cultural importance in the Boreal Forest of Canada." |
| 8. | 7/21/2015 | Daniel Brindis | Website Publication: Rite Aid: Still Making The Wrong Choice For Forests | "[T]he Canadian Boreal forest is at risk and RiteAid's paper supplier, Resolute, is making a bad situation worse." |

# APPENDIX A

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE DESTRUCTIVE LOGGING PRACTICES**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 9. | 6/26/2015 | Richard Brooks | Tweet | "The Boreal can't defend itself against @Resolutefp's reckless logging. I'm taking a #StandForForests w @GreenpeaceCA standforests.ca[.]" |
| 10. | 5/15/2015 | Catharine Grant | Email to Wausau Paper | "Destructive logging operations in Canada's 'Endangered Forests', contrasting starkly with Resolute's promise to manufacture sustainable products[.]" |
| 11. | 3/30/2015 | Daniel Brindis | Email to Quad Graphics | "Resolute represents a controversial, high risk source for forest products, including paper and lumber.  The company is involved in forest destruction and degradation in some of the most ecologically and culturally important areas of Canada's Boreal Forest." |
| 12. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to DMG Media | "Resolute is involved in forest destruction and degradation in some of the most ecologically and culturally important areas of Canada's Boreal Forest." |
| 13. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to Northern and Shell | "Resolute is involved in forest destruction and degradation in some of the most ecologically and culturally important areas of Canada's Boreal Forest." |
| 14. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to Trinity Mirror plc | "Resolute is involved in forest destruction and degradation in some of the most ecologically and culturally important areas of Canada's Boreal Forest." |
| 15. | 12/22/2014 | Joanna Kerr | Website Publication: Who's Been Naughty And Who's Been Nice To The Planet This Year | "Top of the Naughty List this year is paper company, Resolute Forest Products. This Grinch is stealing the Christmas trees of the wild, willfully razing ancient Boreal forests and bullying opponents. " |
| 16. | 11/26/2014 | Amy Moas | Website Publication: Best Buy Is Wasting Ancient Forests, | "Best Buy is even sourcing this paper from controversial logging company Resolute Forest Products which is responsible for the destruction of vast swathes of Canadas [sic] Boreal Forest, degrading |

# APPENDIX A

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE DESTRUCTIVE LOGGING PRACTICES**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
|  |  |  | One Flyer At A Time | critical caribou habitat and logging without the consent of impacted First Nations." |
| 17. | 11/26/2014 | Shane Moffatt | Website Publication: Help Best Buy get out of ancient forests | "Best Buy is even sourcing this paper from controversial logging company Resolute Forest Products which is responsible for the destruction of vast swathes of Canada's Boreal Forest, degrading critical caribou habitat and logging without the consent of impacted First Nations." |
| 18. | Nov. 2014 | Shane Moffatt | Website Publication: Better Buying In The Boreal Forest | "Resolute is an outlier in the Canadian forest sector responsible for significant degradation of the Boreal, destruction of endangered species habitat and disputes with Indigenous communities." |
| 19. | 5/22/2014 | Richard Brooks | Tweet | "Delivering letter calling on CEO of logging co. @resolutefp to embrace solutions not forest destruction #environment[.]" |
| 20. | 5/21/2014 | Amy Moas | Tweet | "Shameful! @resolutefp sues @RnfrstAlliance to cover up forest destruction. Awful corporate behavior! @GreenpeaceCA[.]" |
| 21. | 5/8/2014 | Richard Brooks | Tweet | "The forest can't defend itself against @Resolutefp reckless clearcuts Help #StandForForests now. standforforests.ca #environment #green[.]" |
| 22. | 4/20/2014 | Amy Moas | Email to Midland Paper | "Together APRIL and Resolute are arguably the two most destructive paper producers in the world.  See here and here for more information about the destructive reign of Resolute in the Canadian Boreal Forest." |
| 23. | 4/14/2014 | Richard Brooks | Email to Kruger, attaching "Forest Solutions - An insider's look at Greenpeace Collaborations with Greenpeace from around the world" | "[Resolute's] marketing claims are increasingly falling flat as destructive forestry practices, failed collaborations with NGOs and regulatory infractions come to light." |

**APPENDIX A**

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE DESTRUCTIVE LOGGING PRACTICES**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 24. | 4/3/2014 | Richard Brooks | Tweet | "While companies like @resolutefp r destroying forests, there're ppl everywhere who #StandForForests! Thank U! youtu.be/4AfvsUg1bCg #green[.]" |
| 25. | 3/21/2014 | Greg Norman (Greenpeace International) | Website Publication: 4 reasons we all should #StandForForests | "We are standing up for forests against the destructive practices of Canada's largest logging giant, Resolute Forest Products. Help us defend the forest against it's reckless clear-cutting in the Boreal Forest." |
| 26. | 3/19/2014 | Nicolas Mainville | Tweet | "Sending a resolute message to a forest destroyer #standforforests[.]" |
| 27. | 3/19/2014 | Catherine Grant | Email to Wausau Paper, attaching Greenpeace press statement | "'Today we're seeking to restore a healthy balance in the Boreal by standing up for the future of the forest and against Resolute's destructive logging practices,' said Nicolas Mainville, Quebec director for Greenpeace Canada." |
| 28. | 3/19/2014 | Catherine Grant | Email to Wausau Paper, attaching Greenpeace press statement | "In January, due to these types of destructive practices, Resolute lost three of its Forest Stewardship Council (FSC) certificates[.]" |
| 29. | 3/18/2014 | Richard Brooks | Tweet | "Iconic Protest by @GreenpeaceCA of forest destruction by @resolutefp greenpeace.org/canada/en/rece... @greenpeaceusa" |
| 30. | 3/18/2014 | Greenpeace Canada | Tweet | "Right the imbalance in the forest. Stop @resolutefp destructive logging in Canada's Boreal Forest #StandForForests…" |
| 31. | 3/18/2014 | Greenpeace | Website Publication: | "Greenpeace transformed the iconic Mount Royal Cross into immense scales of justice representing the imbalance of power between the |

# APPENDIX A

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE DESTRUCTIVE LOGGING PRACTICES**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
|  |  |  | Montreal Cross Scales of Justice | destructive practices of Canada's largest logging company, Resolute Forest Products, and the defenseless Boreal Forest." |
| 32. | 3/6/2014 | Marla Wach (Greenpeace Volunteer) | Website Publication: From Tree Tops to City Shops | "My ask is for companies like Resolute Forest Products to be conscious of this beautiful resource, and to stop recklessly clear-cutting and cutting in "Endangered Forest" areas before it's too late...and we all end up missing it." |
| 33. | 2/8/2014 | Joanna Kerr | Letter to Twin Rivers Paper | "As we have previously communicated, Resolute has a record of unsustainable and irresponsible operations in Canada's Boreal Forest." |
| 34. | 1/29/2014 | Richard Brooks | Tweet | "In 24 hrs over 4K have taken pledge to #StandForForests and against @resolutefp forest destruction standforforests.ca #environment Join!" |
| 35. | 1/29/2014 | Greenpeace Canada | Tweet | "The forest can't defend itself against @Resolutefp's reckless clear-cuts. You can help #StandForForests now.  standforforests.ca[.]" |
| 36. | 1/27/2014 | Stephanie Goodwin | Letter to Flambeau River Papers | "Resolute Forest Products has a record of unsustainable operations in Canada's Boreal Forest. . . ." |
| 37. | 12/4/2013 | Richard Brooks | Tweet | "Algonquins stop destructive logging by Canada's largest logging company @resolutefp barrierelakesolidarity.org/2013/12/algonq...... #environment #1dIeNoMore[.]" |
| 38. | 11/21/2013 | Oliver Salge (Greenpeace Germany) | Email to ENPA | "Resolute has a record of unsustainable and irresponsible operations in Canada's Boreal Forest, one [of] the last remaining intact forest ecosystems on the planet." |
| 39. | 10/10/2013 | Nandikesh Sivalingam (Greenpeace India) | letter to Eenadu (Ushodaya Enterprises) | "Resolute (formerly AbitibiBowater) has a long track record of unsustainable and irresponsible logging activities in Canada's Boreal Forest." |

# APPENDIX A

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE DESTRUCTIVE LOGGING PRACTICES**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 40. | 9/12/2013 | Daniel Brindis | Letter to Canon U.S.A., Inc. | "Resolute has a long track record of unsustainable logging activities in Canada's Boreal Forest." |
| 41. | 9/10/2013 | Richard Brooks | Tweet | "Surprising: @canon partnering with Canadian logging co. Resolute known for its links to boreal forest destruction." |
| 42. | 9/10/2013 | Richard Brooks | Tweet | "Radical to try to save forests from destructive logging companies like Resolute Forest Products? #boreal @pfresolu[.]" |
| 43. | 8/27/2013 | Daniel Brindis | Letter to The F.P. Horak Company | "Resolute has a long track record of unsustainable logging activities in Canada's Boreal Forest." |
| 44. | 8/27/2013 | Daniel Brindis | Letter to Perfection Press | "Resolute has a long track record of unsustainable logging activities in Canada's Boreal Forest." |
| 45. | 5/15/2013 | Greenpeace Canada | Website Publication: Buyer Beware, Resolute Forest Products' Sustainability Falls Flat, Report Reveals | Resolute is engaged in "Destructive logging operations in Canada's 'Endangered Forests', contrasting starkly with Resolute's promise to manufacture sustainable products[.]" |
| 46. | 3/28/2013 | Daniel Brindis and Catharine Grant | Letter to TC Transcontinental Printing | "One of the primary forest products companies responsible for destructive logging and roadbuilding in three of these Endangered Forest areas may be supplying you.  This company is Resolute Forest Products, formerly known as AbitibiBowater and Fibrek." |
| 47. | 3/28/2013 | Daniel Brindis and Catharine Grant | Letter to Verso Corporation | "One of the primary forest products companies responsible for destructive logging and roadbuilding in three of these Endangered Forest areas may be supplying you.  This company is Resolute Forest Products, formerly known as AbitibiBowater and Fibrek." |
| 48. | 1/9/2013 | Joanna Kerr | Letter to Seaman Paper | "Resolute has a record of unsustainable and irresponsible operations in Canada's Boreal Forest." |

**APPENDIX B**

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON CLIMATE CHANGE**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 1. | 7/28/2015 | Amy Moas | Website Publication: US pharmacy giant making wrong choice for the Boreal Forest | "[T]he Boreal is the world's largest carbon absorbing ecosystem, purifying the air you breathe and keeping the climate stable. . . . But in Canada, one force is cutting out the heart of the forest: destructive logging.  A major player in this forest destruction is Resolute Forest Products[.]" |
| 2. | 7/27/2015 | Amy Moas | Website Publication: Why Forests Are Critical For Public Health | "[T]he health of forests around the world - and with them the health of billions of people - is in jeopardy.  The Canadian Boreal forest, for example, is one of the largest reservoirs of carbon in the world . . . [b]ut it is under threat from unsustainable logging [by] [o]ne company in particular, Resolute Forest Products." |
| 3. | 7/21/2015 | Amy Moas | Rite Aid: Still Making the Wrong Choice for Forests | "[Resolute Forest Products] is currently bad news for the largest remaining intact forest in North America, the Boreal. And that means bad news for the climate. . . ." |
| 4. | 2/26/2015 | Shane Moffatt | Email to Midland Paper | "Greenpeace International has launched a petition urging Resolute CEO Richard Garneau to collaborate with Greenpeace to address these publically documented shortcomings, which are of enormous global significance.  As you are aware, the Boreal Forest is a vast carbon storehouse . . . ." |
| 5. | 12/22/2014 | Joanna Kerr | Website Publication: Who's Been Naughty And Who's Been Nice To The Planet This Year | "Without action to curb unsustainable practices like Resolute's, Canada is on the road to worsening climate change and betraying the amazing biodiversity we hold in trust for the world." |

APPENDIX B

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON CLIMATE CHANGE**

|   | Date | Author | Description | Statements |
|---|------|--------|-------------|------------|
| 6. | 2/12/2014 | Richard Brooks | Website Publication: The Guardian Tree: Where art and the forest come together | "The Boreal Forest plays a critical role in mitigating global climate change and holds some of the highest quantities of terrestrial carbon in the world  an estimated 208 billion tonnes! That is why when it comes to protecting Canada's forests we cannot be silent. Therefore, when a company like Resolute Forest Products (the largest logging company in Canada) puts the health of the Boreal Forest at risk with its destructive logging practices, Greenpeace calls for people to come together and help defend the forest . . . ." |
| 7. | 9/12/2013 | Daniel Brindis | Letter to Canon U.S.A., Inc. | "Intact forest areas, like those found in the Montagnes Blanches . . . play a critical role in mitigating global climate change with their immense carbon reservoirs that store carbon from the atmosphere for hundreds of years . . . We ask you to urge Resolute to suspend their operations in Endangered Forests like the Montagnes Blanches . . . ." |
| 8. | 8/27/2013 | Daniel Brindis | Letter to The F.P. Horak Company | "Intact forest areas, like those found in the Montagnes Blanches . . . play a critical role in mitigating global climate change with their immense carbon reservoirs and sinks that capture carbon from the atmosphere for hundreds of years . . . Resolute products (including its Ecopaque paper) sourced from the Montagnes Blanches and other Endangered Forest areas threaten the forest's ecological integrity, iconic species and community well-being . . . ." |
| 9. | 8/27/2013 | Daniel Brindis | Letter to Perfection Press | "Intact forest areas, like those found in the Montagnes Blanches . . . play a critical role in mitigating global climate change with their immense carbon reservoirs and sinks that capture carbon from the atmosphere for hundreds of years . . . Resolute products (including its Ecopaque paper) sourced from the Montagnes Blanches and other Endangered Forest areas threaten the forest's ecological integrity, iconic species and community well-being . . . ." |

# APPENDIX C

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON THE WOODLAND CARIBOU**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 1. | Undated | Greenpeace USA | Website Publication: Boreal Forests | "[Resolute's] operations threaten iconic species such as the woodland caribou." |
| 2. | 3/23/2016 | Amy Moas | Email to McGraw Hill | "By continuing to manage this area without science-based conservation measures, Resolute is actively contributing to the loss of intact forests and woodland caribou habitat." |
| 3. | 8/10/2015 | Cristiane Mazzetti (Greenpeace Brazil) | Email to Grupo Folha (COMPUTER TRANSLATION) | "[The] unsustainable forest management practices of Resolute, [ ] jeopardize endangered animals like certain species of reindeer listed on the Canadian Species at Risk Act." |
| 4. | 7/21/2015 | Amy Moas | Website Publication: Rite Aid: Still Making The Wrong Choice For Forests | "Resolute Forest Products, a company that is logging in some of the last ancient forests in Canada still undisturbed by industrial development. This type of logging threatens wildlife like the woodland caribou…." |
| 5. | 5/15/2015 | Catharine Grant | Email to Wausau Paper | "Active logging in critical caribou habitat, conflicting with [Resolute's] emphasis on protecting forest biodiversity and endangered species[.]" |
| 6. | 5/13/2015 | Richard George (Greenpeace UK) | Letter to News Media UK | "Resolute is simply not meeting public expectations as far as intact forests, endangered species and Indignous Peoples' rights are concerned." |
| 7. | 4/15/2015 | Daniel Brindis | Website Publication: Rite Aid Making The Wrong Choice For Ancient Forests | "Resolute is logging in the last undisturbed ancient forests in Quebec and Ontario, some of which is [sic] threatened Woodland Caribou habitat." |

# APPENDIX C

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON THE WOODLAND CARIBOU**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| 8. | 3/30/2015 | Daniel Brindis | Email to Quad Graphics | "[T]wo of Resolute's FSC certificates have been terminated and an additional two certificates have been suspended due to serious shortcomings related to . . . endangered species (caribou) conservation…." |
| 9. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to DMG Media | "Resolute's unsustainable forestry practices [ ] threaten endangered species such as woodland caribou (listed under the Canadian Species at Risk Act)." |
| 10. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to Northern and Shell | "Resolute's unsustainable forestry practices [ ] threaten endangered species such as woodland caribou (listed under the Canadian Species at Risk Act)." |
| 11. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to Trinity Mirror, Plc. | "Resolute's unsustainable forestry practices [ ] threaten endangered species such as woodland caribou (listed under the Canadian Species at Risk Act)." |
| 12. | 12/16/2014 | Richard Brooks | Tweet | "Q:Which company is having one of the largest impacts on caribou herds featured in @cpaws report? A: Resolute …." |
| 13. | 11/26/2014 | Marie Moucarry (Greenpeace Canada) | Website Publication: Electronics giant Best Buy wasting Boreal Forest one flyer at a time: Greenpeace report | "The Greenpeace report, 'Better Buying in the Boreal,' reveals that Best Buy is sourcing this paper from controversial logging company Resolute Forest Products, who operates without the consent of impacted First Nations and to the detriment of critical caribou habitat, a threatened species in Canada." |
| 14. | 11/26/2014 | Amy Moas | Website Publication: Best Buy Is Wasting Ancient Forests, One Flyer At A Time | "Best Buy is even sourcing this paper from controversial logging company Resolute Forest Products which is responsible for the destruction of vast swathes of Canadas [sic] Boreal Forest, degrading critical caribou habitat and logging without the consent of impacted First Nations." |

## APPENDIX C

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON THE WOODLAND CARIBOU**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| 15. | 11/26/2014 | Shane Moffatt | Website Publication: Help Best Buy get out of ancient forests | "Best Buy is even sourcing this paper from controversial logging company Resolute Forest Products which is responsible for the destruction of vast swathes of Canada's Boreal Forest, degrading critical caribou habitat and logging without the consent of impacted First Nations." |
| 16. | Nov. 2014 | Shane Moffatt | Website Publication: Better Buying In The Boreal Forest | "Suspended sustainable forestry certificates, conflict with First Nations, imperiled woodland caribou … have defined Resolute in recent years. By purchasing from Resolute without clear sustainability expectations, BEST BUY risks using priceless caribou habitat or fibre sourced without First Nations consent to make flyers and junk mail that quickly end up in the trash." |
| 17. | 7/15/2014 | John Sauven (Greenpeace UK) | Email to The Guardian | "The company has a record of unsustainable and irresponsible operations in Canada's Boreal Forest, with logging practices threatening wildlife at risk such as the woodland caribou. . ." |
| 18. | May 2014 | Greenpeace International | Website Publication: FSC AT RISK: Resolute Forest Management: FSC Must Do More To Protect Intact Forests, Species At Risk And Indigenous Rights In Canada | "Resolute's management and logging activities have been found to fragment and degrade the intact forest areas of the region that woodland caribou rely on for their survival…." |
| 19. | May 2014 | Greenpeace International | Website Publication: FSC AT RISK: Resolute Forest | "The threatened woodland caribou . . . are in decline across Canada as resource extraction severely disrupts their remaining habitat. . . . Three caribou herds whose ranges overlap with Resolute's Montagnes Blanches |

# APPENDIX C

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON THE WOODLAND CARIBOU**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| | | | Management: FSC Must Do More To Protect Intact Forests, Species At Risk And Indigenous Rights In Canada | operations are unlikely to survive beyond 50 years due to continuing habitat destruction." |
| 20. | May 2014 | Greenpeace International | Website Publication: FSC AT RISK: Resolute Forest Management: FSC Must Do More To Protect Intact Forests, Species At Risk And Indigenous Rights In Canada | "Caribou are in dramatic decline due to industrial pressure across Canada's Boreal Forest, and yet Resolute continues to log in and source wood from some of the intact forests caribou rely on." |
| 21. | 4/14/2014 | Richard Brooks | Email to Kruger, attaching "Forest Solutions - An insider's look at Greenpeace Collaborations with Greenpeace from around the world" | "Resolute operates in and sources from some of Canada's last remaining 'Endangered Forests' including the spectacular Montagnes Blanches and 'Endangered Forests' in Quebec and the Trout Lake-Caribou 'Endangered Forest' in Ontario.  The two areas contain the habitat of threatened caribou herds, vast carbon stores and are of extraordinarily high conservation value." |
| 22. | 3/19/2014 | Catharine Grant | Email to Wausau Paper, attaching Greenpeace press statement | "'Resolute is responsible for . . . destroying critical caribou habitat.'" |

4

# APPENDIX C
**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON THE WOODLAND CARIBOU**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| 23. | 3/19/2014 | Catharine Grant | Email to Wausau Paper, attaching Greenpeace press statement | "In both Quebec and Ontario, despite scientific recommendations, [Resolute] uses trees from the habitat of threatened woodland caribou herds." |
| 24. | 3/18/2014 | Guest Blogger (Greenpeace Canada) | Website Publication: Mount Royal Cross transformed into scales of justice: Greenpeace protests the reckless destruction of Canada's Boreal Forest | "In both Quebec and Ontario, despite scientific recommendations, [Resolute] uses trees from the habitat of threatened woodland caribou herds. " |
| 25. | 3/18/2014 | Greenpeace International | Website Publication: Resolute Forest Management: FSC Must do More to Protect Intact Forests, Species at Risk and Indigenous Rights in Canada | "Caribou are in dramatic decline due to industrial pressure across Canada's Boreal Forest, and yet Resolute continues to log in and source wood from some of the intact forests caribou rely on." |
| 26. | 3/8/2014 | Greenpeace Canada | Tweet | "Canada's largest logging co. @resolutefp calls @GreenpeaceCA "outrageous" What's destroying the last habitat of caribou? #StandForForests[.]" |

5

## APPENDIX C
**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON THE WOODLAND CARIBOU**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| 27. | 3/1/2014 | Stephanie Goodwin | Website Publicatio: Forest Solutions: An insider's look at Greenpeace collaborations in forest regions around the world | "Resolute operates in and sources from some of Canada's last remaining 'Endangered Forests' including the spectacular Montagnes Blanches and 'Endangered Forests' in Quebec and the Trout Lake-Caribou 'Endangered Forest' in Ontario. The two areas contain the habitat of threatened caribou herds …." |
| 28. | 2/8/2014 | Joanna Kerr | Letter to Twin Rivers Paper | "[Resolute's] practices threaten wildlife at risk such as woodland caribou." |
| 29. | 1/27/2014 | Stephanie Goodwin | Letter to Flambeau River Papers | "[Resolute's] practices threaten wildlife at risk such as woodland caribou." |
| 30. | 11/21/2013 | Oliver Salge (Greenpeace Germany) | Email to ENPA | "[Resolute's] practices threaten wildlife at risk such as woodland caribou." |
| 31. | 10/10/2013 | Nandikesh Sivalingam (Greenpeace India) | Letter to Eenadu (Ushodaya Enterprises) | "[Resolute's] practices threaten wildlife species at risk such as woodland caribou." |
| 32. | 9/12/2013 | Daniel Brindis | Letter to Canon U.S.A., Inc. | "[Resolute's] operating practices threaten iconic wildlife species such as woodland caribou." |
| 33. | 9/12/2013 | Daniel Brindis | Letter to Canon U.S.A., Inc. | "Resolute's . . . Alma, Quebec mill . . . is known to source from destructive logging operations in the Montagnes Blanches Endangered Forest. Many of these operations are in the last remaining intact forest areas of Quebec, overlapping with some of the most valuable caribou habitat." |
| 34. | 8/27/2013 | Daniel Brindis | Letter to The F.P. Horak Company | "[Resolute's] operating practices threaten iconic wildlife species such as woodland caribou." |

# APPENDIX C
## ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON THE WOODLAND CARIBOU

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| 35. | 8/27/2013 | Daniel Brindis | Letter to The F.P. Horak Company | "Resolute's . . . Alma mill . . . is known to source from clearcuts in the Montagnes Blanches Endangered Forest.  Many of these clearcuts are in the last remaining intact forest areas of Quebec, overlapping with some of the most valuable caribou habitat." |
| 36. | 8/27/2013 | Daniel Brindis | Letter to Perfection Press | "[Resolute's] operating practices threaten iconic wildlife species such as woodland caribou." |
| 37. | 8/27/2013 | Daniel Brindis | Letter to Perfection Press | "Resolute's . . . Alma mill . . . is known to source from clearcuts in the Montagnes Blanches Endangered Forest.  Many of these clearcuts are in the last remaining intact forest areas of Quebec, overlapping with some of the most valuable caribou habitat." |
| 38. | 6/14/2013 | Shane Moffatt | Email to Hearst, attaching Greenpeace Statement | "[Resolute] is unwilling to 'commit to scientifically defensible conservation plans that would give caribou a reasonable chance of survival'." |
| 39. | 6/14/2013 | Shane Moffatt | Email to Hearst, attaching Greenpeace Statement | "Resolute has operations or utilizes fibre harvested from forests that provide critical habitat for several caribou herds that are at a moderate or high risk of extirpation due to habitat loss…." |
| 40. | 5/28/2013 | | GP Presentation to LSA, YP, Dex Media and other major North American directory publishers | Accusing Resolute of "[l]ogging in habitat of threatened caribou herds that are not self-sustaining[.]" |
| 41. | 5/21/2013 | Greenpeace Canada | Website Publication: Resolute Forest | "'... we've known for months that [Resolute's] commitment to ending destructive logging in caribou habitat had ended,' said Richard Brooks, Forest campaign coordinator for Greenpeace Canada." |

# APPENDIX C
## ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON THE WOODLAND CARIBOU

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
|  |  |  | Products' Deceit Leads To Collapse Of Boreal Agreement |  |
| 42. | 5/21/2013 | Stand | Tweet | "'@ResoluteFP won't do anything close to what science warrants to protect our #forests and threatened #caribou.' #CSR[.]" |
| 43. | 5/16/2013 | Shane Moffatt | Website Publication: Resolute's Green Marketing Won't Cut It | "Dig a little deeper into [Resolute's] sustainability marketing and we see . . . struggling caribou herds . . . ." |
| 44. | 5/15/2013 | Greenpeace Canada | Website Publication: Buyer Beware, Resolute Forest Products' Sustainability Falls Flat, Report Reveals | Resolute is engaged in "[a]ctive logging in critical caribou habitat, conflicting with the company's emphasis on protecting forest biodiversity and endangered species[.]" |
| 45. | 5/15/2013 | Richard Brooks and Shane Moffatt (Greenpeace Canada) | Website Publication: Resolute's False Promises: The [Un]sustainability Report 2013 | "Resolute talks up the 'vital role' protecting habitat plays in its operations while in fact the company is actively logging the remaining habitat of caribou herds that have been deemed to be not self-sustaining, meaning the likelihood of their survival in the long term is low." |
| 46. | 3/28/2013 | Daniel Brindis and Catharine Grant | Letter to TC Transcontinental Printing | "One of the primary forest products companies responsible for destructive logging and roadbuilding in three of these Endagered Forest areas . . . is Resolute Forest Products, formerly known as AbitibiBowater and Fibrek.  Logging in these Endangered Forests is threatening the |

# APPENDIX C
**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE IMPACT ON THE WOODLAND CARIBOU**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| | | | | survival of woodland caribou herds - a species at risk that is supposed to be protected under Canadian federal and provincial laws." |
| 47. | 3/28/2013 | Daniel Brindis and Catharine Grant | Letter to Verso Corporation | "One of the primary forest products companies responsible for destructive logging and roadbuilding in three of these Endangered Forest areas . . . is Resolute Forest Products, formerly known as AbitibiBowater and Fibrek.  Logging in these Endangered Forests is threatening the survival of woodland caribou herds - a species at risk that is supposed to be protected under Canadian federal and provincial laws." |
| 48. | 1/22/2013 | Cassady Sharp (Greenpeace USA) | Website Publication: Greenpeace Calls For A Halt On Logging In Five Key Areas In The Boreal Forest | "Resolute Forest Products, a company recently exposed for logging in critical caribou habitat, is active in three of the five zones, including the Montagnes Blanches and Trout LakeCaribou Forests." |
| 49. | 1/9/2013 | Joanna Kerr | Letter to Seaman Paper | "[Resolute's] practices threaten wildlife at risk such as woodland caribou (which is listed under the Canadian Species At Risk Act)." |

# APPENDIX D

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE CONFLICTS WITH FIRST NATIONS**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 1. | Undated | Greenpeace USA | Website Publication: Boreal Forests | "Resolute is involved in disputes with First Nations communities where logging is occurring without their consent. . . . It has courted controversy with its impact on local communities and labor disputes." |
| 2. | 8/10/2015 | Cristiane Mazzetti (Greenpeace Brazil) | Email to Grupo Folha (computer translation) | "[Resolute] is engaged in clashes with a number of indigenous communities due to logging carried out in the territories of these people without having been properly conducted prior consultation, free and informed, as required by the standards of the FSC." |
| 3. | 5/15/2015 | Catharine Grant | Email to Wausau Paper | Accusing resolute of acting in "[d]isregard for First Nations' rights and logging in culturally valuable forests without their consent, contradicting Resolute's Aboriginal policies[.]" |
| 4. | 5/13/2015 | Richard George (Greenpeace UK) | Letter to News Media UK | "Resolute is simply not meeting public expectations as far as intact forests, endangered species and Indigenous Peoples' rights are concerned." |
| 5. | 4/15/2015 | Daniel Brindis | Website Publication: Rite Aid Making The Wrong Choice For Ancient Forests | "In addition, [Resolute] also has ongoing conflicts with Indigenous First Nations." |
| 6. | 3/30/2015 | Daniel Brindis | Email to Quad Graphics | "[T]wo of Resolute's FSC certificates have been terminated and an additional two certificates have been suspended due to serious shortcomings related to Indigenous Peoples' rights[.]" |
| 7. | 3/5/2015 | Rolf Skar | Website Publication: Posted: Good News for Forests! | "In addition, 3M has notified controversial logging giant Resolute Forest Products that it will need to comply with its new sourcing standards or lose business. Among other things, Resolute will have to show that it is not degrading High Conservation Value Forests or endangered caribou |

1

# APPENDIX D

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE CONFLICTS WITH FIRST NATIONS**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
|  |  |  |  | habitat, and that it has resolved conflicts with indigenous First Nations in Canada." |
| 8. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to DMG Media | "[T]he company is embroiled in disputes with a number of Indigenous (First Nations) communities, where logging is occurring on their traditional territories without the requisite free, prior and informed consent necessary under FSC standards and international human rights law." |
| 9. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to Northern and Shell | "[T]he company is embroiled in disputes with a number of Indigenous (First Nations) communities, where logging is occurring on their traditional territories without the requisite free, prior and informed consent necessary under FSC standards and international human rights law." |
| 10. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to Trinity Mirror, Plc. | "[T]he company is embroiled in disputes with a number of Indigenous (First Nations) communities, where logging is occurring on their traditional territories without the requisite free, prior and informed consent necessary under FSC standards and international human rights law." |
| 11. | 1/25/2015 | Nicolas Mainville | Tweet | "Thanks @gcccra @billnama. Resolute's violation of free prior consent under #FSC has been recognized by #ASI, what would now be the solution?" |
| 12. | 11/26/2014 | Marie Moucarry (Greenpeace Canada) | Website Publication: Electronics giant Best Buy wasting Boreal Forest one | "The Greenpeace report, 'Better Buying in the Boreal,' reveals that Best Buy is sourcing this paper from controversial logging company Resolute Forest Products, who operates without the consent of impacted First Nations and to the detriment of critical caribou habitat, a threatened species in Canada." |

# APPENDIX D

## ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE CONFLICTS WITH FIRST NATIONS

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
|  |  |  | flyer at a time: Greenpeace report |  |
| 13. | 11/26/2014 | Amy Moas | Website Publication: Best Buy Is Wasting Ancient Forests, One Flyer At A Time | "Best Buy is even sourcing this paper from controversial logging company Resolute Forest Products which is responsible for the destruction of vast swathes of Canadas [sic] Boreal Forest, degrading critical caribou habitat and logging without the consent of impacted First Nations." |
| 14. | 11/26/2014 | Shane Moffatt | Website Publication: Help Best Buy get out of ancient forests | "Best Buy is even sourcing this paper from controversial logging company Resolute Forest Products which is responsible for the destruction of vast swathes of Canada's Boreal Forest, degrading critical caribou habitat and logging without the consent of impacted First Nations." |
| 15. | Nov. 2014 | Shane Moffatt | Website Publication: Better Buying In The Boreal Forest | "Resolute is an outlier in the Canadian forest sector responsible for significant degradation of the Boreal, destruction of endangered species habitat and disputes with Indigenous communities." |
| 16. | Nov. 2014 | Shane Moffatt | Website Publication: Better Buying In The Boreal Forest | "By purchasing from Resolute without clear sustainability expectations, BEST BUY risks using priceless caribou habitat or fibre sourced without First Nations consent to make flyers and junk mail that quickly end up in the trash." |
| 17. | 9/25/2014 | Richard Brooks | Tweet | "Atikamekw: no logging on land w/o approval, cite Canada largest logging company @resolutefp http://fw.to/ixsWKWd  #IdleNoMore #environment" |
| 18. | 9/17/2014 | Richard Brooks | Tweet | "@CheriseBurda @willhorter sad that #clean50 rep tarnished by @resolutefp inclusion. Disrespect First Nations, sure auditors, lose #fsc." |

# APPENDIX D

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE CONFLICTS WITH FIRST NATIONS**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| 19. | 3/19/2014 | Catherine Grant | Email to Wausau Paper, attaching Greenpeace press statement | "'Resolute is responsible for logging in First Nations' territory without consent . . . .'" |
| 20. | 3/19/2014 | Catherine Grant | Email to Wausau Paper, attaching Greenpeace press statement | "In the Montagnes Blanches 'Endangered Forest' in Quebec, Resolute is operating in First Nations' traditional territory without consent." |
| 21. | 3/18/2014 | Guest Blogger (Greenpeace Canada) | Website Publication: Mount Royal Cross transformed into scales of justice: Greenpeace protests the reckless destruction of Canada's Boreal Forest | "In the Montagnes Blanches 'Endangered Forest' in Quebec, Resolute is operating in First Nations' traditional territory without consent." |
| 22. | 12/4/2013 | Richard Brooks | Tweet | "No consent for logging on Algonquin territory by @resolutefp, Canada's largest logging company results in protests #1dIeNoMore #qcpoli[.] " |
| 23. | 9/12/2013 | Daniel Brindis | Letter to Canon U.S.A., Inc. | "[Resolute] is involved in disputes with Indigenous communities where logging is occurring without their consent." |
| 24. | 8/27/2013 | Daniel Brindis | Letter to The F.P. Horak Company | "[Resolute] is involved in disputes with Indigenous communities where logging is occurring without their consent." |
| 25. | 8/27/2013 | Daniel Brindis | Letter to Perfection Press | "[Resolute] is involved in disputes with Indigenous communities where logging is occurring without their consent." |

# APPENDIX D

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE CONFLICTS WITH FIRST NATIONS**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 26. | 6/14/2013 | Shane Moffatt | Email to Hearst, attaching Greenpeace Statement | "Resolute also has operations in First Nations territories yet does not have the consent of some of those First Nations to operate in these areas." |
| 27. | 5/28/2013 | Greenpeace | GP Presentation to LSA, YP, Dex Media and other major North American directory publishers | Accusing resolute of "[l]ogging without the consent of the Cree First Nation[.]" |
| 28. | 5/16/2013 | Shane Moffatt | Website Publication: Resolute's Green Marketing Won't Cut It | "Dig a little deeper into [Resolute's] sustainability marketing and we see . . . logging without First Nations' consent . . . ." |
| 29. | 5/15/2013 | Richard Brooks and Shane Moffatt | Website Publication: Resolute's False Promises: The [Un]sustainability Report 2013 | "For years, Resolute had logged Grassy Narrows' traditional territory in the Whiskey Jack Forest, located in Northwestern Ontario, without the community's consent, resulting in one of the longest-standing blockades in Canadian history." |
| 30. | 5/15/2013 | Richard Brooks and Shane Moffatt | Website Publication: Resolute's False Promises: The [Un]sustainability Report 2013 | "Resolute for many years has logged on Algonquin First Nations' lands north of Ottawa, sparking conflicts with communities opposed to clearcut logging operations." |

# APPENDIX D

## ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE CONFLICTS WITH FIRST NATIONS

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 31. | 5/15/2013 | Greenpeace Canada | Website Publication: Buyer Beware, Resolute Forest Products' Sustainability Falls Flat, Report Reveals | Greenpeace states that it produced the [un]sustainability report that found Resolute had, "Disregard for First Nations' rights and logg[ed] in culturally valuable forests without their consent, contradicting Resolute's Aboriginal policies[.]" |
| 32. | 5/14/2013 | TinaNottaway (Guest Blogger for Greenpeace) | Website Publication: Algonquin community defends their lands against Resolute Forest Products | "Corporations such as Resolute Forest Products…[r]ight now…are clear-cutting in vital remaining areas of our traditional territory." |

**APPENDIX E**

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S FSC CERTIFICATION**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 1. | 5/13/2015 | Richard George (Greenpeace UK) | Letter to News Media UK | "By failing to maintain its FSC certificates for these critical areas of the Canadian Boreal, Resolute is simply not meeting public expectations as far as intact forests, endangered species and Indigenous Peoples' rights are concerned." |
| 2. | 5/13/2015 | Richard George (Greenpeace UK) | Letter to News Media UK | "Resolute's logging practices in Canada's boreal forest cannot be judged to fit the sustainability expectations of European newsprint customers." |
| 3. | 3/30/2015 | Daniel Brindis | Email to Quad Graphics | "[T]wo of Resolute's FSC certificates have been terminated and an additional two certificates have been suspended due to serious shortcomings related to Indigenous Peoples' rights, old growth forest protections, endanged species (caribou) conservation and lack of stakeholder support for operations." |
| 4. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to DMG Media | "[Resolute] represents a controversial, high risk source for forest products, including newsprint.  This is evidenced by the termination of two of Resolute's Forest Stewardship Council (FSC) certificates, with an additional two FSC certificates being suspended due to serious shortcomings related to Indigenous Peoples' rights, old growth forest protection, endangered species (caribou) conservation and a lack of stakeholder support for operations." |
| 5. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to Northern and Shell | "[Resolute] represents a controversial, high risk source for forest products, including newsprint.  This is evidenced by the termination of two of Resolute's Forest Stewardship Council (FSC) certificates, with an additional two FSC certificates being suspended due to serious shortcomings related to Indigenous Peoples' rights, old growth forest protection, endangered species (caribou) conservation and a lack of stakeholder support for operations." |

**APPENDIX E**

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S FSC CERTIFICATION**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 6. | 2/2/2015 | Pat Venditti (Greenpeace UK) | Letter to Trinity Mirror, Plc. | "[Resolute] represents a controversial, high risk source for forest products, including newsprint.  This is evidenced by the termination of two of Resolute's Forest Stewardship Council (FSC) certificates, with an additional two FSC certificates being suspended due to serious shortcomings related to Indigenous Peoples' rights, old growth forest protection, endangered species (caribou) conservation and a lack of stakeholder support for operations." |
| 7. | 12/21/2014 | Nicolas Mainville | Tweet | "@resolutefp abandons #FSC standard despite corporate commitments, risking contracts and sustainability bit.ly/1wAT9hX @RBGreenpeace[.]" |
| 8. | 10/12/2014 | Nicolas Mainville | Tweet | "Why is @resolutefp so upset about @BestBuy using sustainable paper? Because they failed #FSC exams." |
| 9. | 5/22/2014 | Greenpeace Canada | Website Publication: Mr. Garneau, will you be part of the solution? 60,000 citizens stand for forests! | "Greenpeace has identified to the north of Lac St-Jean an exceptional territory in need of conservation, the Montagnes Blanches, where Resolute is operating. But lack of protection has led to Resolute losing FSC environmental certificates in this area, threatening at the same time their place in the international forestry market." |
| 10. | May 2014 | Greenpeace International | Website Publication: FSC AT RISK: Resolute Forest Management: FSC Must Do More To Protect Intact Forests, Species At Risk And | "The responsible Certifying Body (CB) suspended the [FSC] certificates due to unresolved conflict with indigenous peoples, the improper management of habitat of a species at risk and insufficient protection of old-growth forests and intact forests." |

**APPENDIX E**

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S FSC CERTIFICATION**

|   | Date | Author | Description | Statements |
|---|------|--------|-------------|------------|
|   |      |        | Indigenous Rights In Canada |  |
| 11. | May 2014 | Greenpeace International | Website Publication: FSC AT RISK: Resolute Forest Management: FSC Must Do More To Protect Intact Forests, Species At Risk And Indigenous Rights In Canada | "These Resolute certificates have been controversial since they were granted. It is troubling that several complaints by multiple parties were required to have the FSC system address the serious problems and that even now the certificates are suspended, the wood being harvested is still entering the FSC system." |
| 12. | 4/4/2014 | Stephanie Goodwin | Letter to Flambeau River Papers, enclosing "Forest Solutions - An insider's look at Greenpeace Collaborations with Greenpeace from around the world" | "Effective January 1, 2014 three of Resolute Forest Products FSC forest management certificates in the Boreal region of Ontario and Quebec were suspended by FSC Certifying Body Rainforest Alliance for failing to comply with the FSC National Boreal Standard.  These suspensions were the result of systemic failings at the criterion level . . . ." |
| 13. | 3/19/2014 | Catherine Grant | Email to Wausau Paper, attaching Greenpeace press statement | "In January, due to these types of destructive practices, Resolute lost three of its Foerst Stewardship Council (FSC) certificates . . . ." |

3

**APPENDIX E**

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S FSC CERTIFICATION**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 14. | 3/18/2014 | Guest Blogger (Greenpeace Canada) | Website Publication: Mount Royal Cross transformed into scales of justice: Greenpeace protests the reckless destruction of Canada's Boreal Forest | "In January, due to these types of destructive practices, Resolute lost three of its Forest Stewardship  Council (FSC) certificates, covering an area 127 times larger than the city of Toronto." |
| 15. | 3/1/2014 | Stephanie Goodwin | Website Publication: Forest Solutions: An insider's look at Greenpeace collaborations in forest regions around the world | "Effective January 1, 2014 three of Resolute Forest Products FSC forest management certificates in the Boreal region of Ontario and Quebec were suspended by FSC Certifying Body Rainforest Alliance for failing to comply with the FSC National Boreal Standard. These suspensions were the result of systemic failings at the criterion level, related particularly to Principle 3 (Indigenous Peoples' Rights), Principle 6 (Environmental Impact) and Principle 9 (High Conservation Value Forests)." |
| 16. | 12/16/2013 | Daniel Brindis | Website Publication: Its Not Our Fault That We Lost Our Green Label' Says Logging Giant Resolute | "This week it was announced that Canadas [sic] largest logging Resolute Forest Products lost 3 FSC certificates covering an area of 8 million hectares. . . . The companys [sic] operations are destroying woodland caribou habitat, old growth areas are being degraded and the company hasnt [sic] obtained consent from at least one First Nation community, the Cree, for their logging. Those are very clear violations of the FSC standard." |
| 17. | 12/12/2013 | Guest Blogger | Website Publication: FSC Suspends Three Certificates | "Canadas [sic] Resolute Forest Products, the worlds largest FSC certified logging company, can no longer hide its destructive operations in Quebec and Ontarios [sic] boreal forest behind the FSC label. Yesterday, Resolute had three of its certificates for forest management suspended." |

**APPENDIX E**

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S FSC CERTIFICATION**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
|  |  |  | Operated By Logging Giant Resolute |  |
| 18. | 12/12/2013 | Nicolas Mainville | Tweet | "#Resolute Forest #FSC certificates suspended: need to protect old growth forests, caribous and respect First Nations. . . ." |
| 19. | 8/29/2013 | Greenpeace International | Website Publication: FSC AT RISK: Canada's Resolute Forest Products: Opening FSC To Controversial 'Controlled Wood' Sources | "This case study describes an FSC chain-of-custody (CoC) certificate - held by Resolute Forest Products - that isn't consistent with FSC's CoC standard for sourcing controlled wood, and presents a liability to the FSC reputation and brand." |
| 20. | 8/29/2013 | Greenpeace International | Website Publication: FSC AT RISK: Canada's Resolute Forest Products: Opening FSC To Controversial 'Controlled Wood' Sources | "Resolute is the largest logging company in Canada by area, and the largest FSC-certified logging company in the world. Resolute exemplifies how some companies are misusing the FSC's CW system." |
| 21. | 8/29/2013 | Greenpeace International | Website Publicatoin: FSC AT RISK: Canada's Resolute Forest Products: Opening FSC To | "Operators like Resolute are jeopardising [sic] the FSC's integrity by allowing "uncontrolled" wood to enter the system from operations that negatively impact intact forests, biodiversity, and may be in conflict with the traditional rights of First Nations. The FSC must immediately revoke the FSC trademark licence [sic] of Resolute until it has cleaned up its |

**APPENDIX E**

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S FSC CERTIFICATION**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| | | | Controversial 'Controlled Wood' Sources | supply, so that it is not sourcing wood from practices that are in violation of traditional First Nation rights and from threatened HCV forests." |
| 22. | 8/29/2013 | Nicolas Mainville (Greenpeace Canada) | Tweet | "Case study: Forest Stewardship Council's credibility threatened by #Resolute Forest Products #FSC #controlledwood[.]" |
| 23. | 8/29/2013 | Nicolas Mainville (Greenpeace Canada) | Tweet | "Resolute's Flawed 'Controlled Wood' threatens FSC's credibility #forest #FSC #greenwash[.]" |
| 24. | 3/28/2013 | Daniel Brindis and Catharine Grant | Letter to TC Transcontinental Printing | "[W]e have uncovered serious non-compliance issues related to Resolute's Forest Stewardship Council (FSC) certificates covering these areas." |
| 25. | 3/28/2013 | Daniel Brindis and Catharine Grant | Letter to Verso Corporation | "[W]e have uncovered serious non-compliance issues related to Resolute's Forest Stewardship Council (FSC) certificates covering these areas." |

6

# APPENDIX F

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE LOGGING IN RESTRICTED AREAS**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| 1. | Undated | Greenpeace | Greenpeace Investigation Sent By GP to Hearst | "Resolute violates the Canadian Boreal Forest Agreement with off-limit road building[.]" |
| 2. | Undated | Greenpeace | Greenpeace Investigation Sent By GP to Hearst | "Greenpeace's field investigation found [Resolute's] road building activity in agreed upon off-limit areas for caribou conservation planning - a violation of the CBFA." |
| 3. | Undated | Greenpeace | Greenpeace Investigation Sent By GP to Hearst | "Resolute was obligated under the CBFA to create conservation plans for these areas.  It has failed to do so, and is instead engaging in logging related activities." |
| 4. | Undated | Greenpeace | Greenpeace Investigation Sent By GP to Hearst | "[Resolute's] Road building occurred in the Montagnes Blanches endangered forest, home to high densities of woodland caribou and old growth forest." |
| 5. | Undated | Greenpeace | Greenpeace Investigation Sent By GP to Hearst | Photograph Caption: "A new road built in Resolute managed area (FMU 25-51), 20 km beyond the limits agreed to under the CBFA." |
| 6. | Undated | Greenpeace | Greenpeace Investigation Sent By GP to Hearst | Photograph Caption: "Recently built road in Resolute managed area (FMU 25-51), 10 km beyond the limits agreed to under the CBFA." |
| 7. | Undated | Greenpeace | Greenpeace Investigation Sent By GP to Hearst | Photograph Caption: Accusing Resolute of violating the CBFA by leaving "[f]reshly bulldozed forest inside the Agreement's off-limit areas in FMU 24-51." |
| 8. | Undated | Greenpeace | Greenpeace Investigation Sent By GP to Hearst | Photograph Caption: Accusing Resolute of violating the CBFA by "[a]ctive road building in the extreme north of FMU 24-51." |

# APPENDIX F

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE LOGGING IN RESTRICTED AREAS**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 9. | Undated | Greenpeace | Greenpeace Investigation Sent By GP to Hearst | Photograph Caption: Accusing Resolute of violating the CBFA by "[a]ctive road building in off-limits intact forest in FMU 24-51." |
| 10. | 4/19/2016 | Amy Moas | Email to Midland Paper | "The Montagnes Blanches is a key battleground for the health of the Boreal forest because of the operations of one company in particular, Resolute Forest Products." |
| 11. | 5/15/2015 | Catharine Grant | Email to Wausau Paper | "[W]e are very concerned with [Resolute's] continued expansion of logging into remote areas of Endangered Forests in Ontario and Quebec[.]" |
| 12. | 7/15/2014 | John Sauven (Greenpeace UK) | Email to The Guardian | "Several of the areas in which the company operates are considered Endangered Forests of extraordinarily high ecological value." |
| 13. | 4/4/2014 | Stephanie Goodwin | Letter to Flambeau River Papers, enclosing "Forest Solutions - An insider's look at Greenpeace Collaborations with Greenpeace from around the world" | "Resolute operates in and sources from some of Canada's last remaining 'Endangered Forests' including the spectacular Montagnes Blanches and 'Endangered Forests' in Quebec and the Trout Lake-Caribou 'Endangered Forest' in Ontario." |
| 14. | 3/19/2014 | Catherine Grant | Email to Wausau Paper, attaching Greenpeace press statement | "In the Montagnes Blances 'Endangered Forest' in Quebec, Resolute is operating in First Nations' traditional territory without consent." |

2

# APPENDIX F

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE LOGGING IN RESTRICTED AREAS**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 15. | 2/8/2014 | Joanna Kerr | Letter to Twin Rivers Paper | "Several of the areas in which [Resolute] operates are considered Endangered Forests of extraordinarily high ecological value." |
| 16. | 2/8/2014 | Joanna Kerr | Letter to Twin Rivers Paper | "For several years we have been attempting to work constructively with Resolute to increase protection of the forests in which they operate and source timber - forests like the Montagnes Blanches Endangered Forest in Quebec and the Trout Lake-Caribou Endangered Forest in Ontario." |
| 17. | 1/27/2014 | Stephanie Goodwin | Letter to Flambeau River Papers | "Several of the areas in which the company operates are considered Endangered Forests of extraordinarily high ecological value." |
| 18. | 11/21/2013 | Oliver Salge | Email to ENPA | "Several of the areas in which the company operates and sources fiber are Ancient Forests of extraordinarily high conservation value." |
| 19. | 11/21/2013 | Oliver Salge | Email to ENPA | "For several years we have been attempting to work constructively with Resolute to increase protection of the forests in which they operate and source timber - forests like the Montagnes Blanches Ancient Forest in the province of Quebec and the Trout Lake-Caribou Forest in the province of Ontario." |
| 20. | 10/10/2013 | Nandikesh Sivalingam (Greenpeace India) | Letter to Eenadu (Ushodaya Enterprises) | "Unfortunately, Resolute Forest Products continues to source timber from and operate in several of these Endangered Forests." |
| 21. | 9/12/2013 | Daniel Brindis | Letter to Canon U.S.A., Inc. | "Resolute's . . . Alma, Quebec mill . . . is known to source from destructive logging operations in the Montagnes Blanches Endangered Forest." |
| 22. | 9/12/2013 | Daniel Brindis | Letter to Canon U.S.A., Inc. | "We ask you to urge Resolute to suspend their operations in Endangered Forests like the Montagnes Blanches and work with Greenpeace and |

# APPENDIX F

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE LOGGING IN RESTRICTED AREAS**

|     | Date | Author | Description | Statements |
| --- | --- | --- | --- | --- |
|     |     |     |     | others to address the serious problems with their forestry operations that we have outlined." |
| 23. | 8/27/2013 | Daniel Brindis | Letter to The F.P. Horak Company | "Resolute's . . . Alma mill . . . is known to source from clearcuts in the Montagnes Blanches Endangered Forest." |
| 24. | 8/27/2013 | Daniel Brindis | Letter to The F.P. Horak Company | "Put simply, in the absence of meaningful on-the-ground conservation, Resolute products (including its Ecopaque paper) sourced from the Montagnes Blanches and other Endangered Forest areas threaten the forests' ecological integrity, iconic species and community well-being, despite the company's green marketing." |
| 25. | 8/27/2013 | Daniel Brindis | Letter to Perfection Press | "Resolute's . . . Alma mill . . . is known to source from clearcuts in the Montagnes Blanches Endangered Forest." |
| 26. | 8/27/2013 | Daniel Brindis | Letter to Perfection Press | "...Resolute products (including its Ecopaque paper) sourced from the Montagnes Blanches and other Endangered Forest areas threaten the forests' ecological integrity, iconic species and community well-being, despite the company's green marketing," |
| 27. | 6/14/2013 | Shane Moffatt | Email to Hearst, attaching Greenpeace Statement | "[T]he Alma paper mill, which produces Resolute's top 'eco'-paper line called Align, sources from the Montagnes Blanches 'Endangered Forest,' home of some of the most imperiled caribou herds in the province." |
| 28. | 6/14/2013 | Shane Moffatt | Email to Hearst, attaching Greenpeace Statement | "Resolute must stop logging in Endangered Forest areas." |
| 29. | 5/28/2013 | Greenpeace | GP Presentation to LSA, YP, Dex Media and other | Accusing Resolute of having "[o]perations in Endangered Forest areas in Quebec." |

# APPENDIX F

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE LOGGING IN RESTRICTED AREAS**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| | | | major North American directory publishers | |
| 30. | 5/15/2013 | Richard Brooks and Shane Moffatt | Website Publication: Resolute's False Promises: The [Un]sustainability Report 2013 | "Resolute claims its products come from sustainable and legal forestry operations. In reality, much of its pulp, paper and lumber is sourced from remote and ecologically valuable 'Endangered Forest' areas of the Boreal Forest. " |
| 31. | 5/15/2013 | Greenpeace Canada | Website Publication: Buyer Beware, Resolute Forest Products' Sustainability Falls Flat, Report Reveals | Resolute is engaged in "Destructive logging operations in Canada's 'Endangered Forests', contrasting starkly with Resolute's promise to manufacture sustainable products[.]" |
| 32. | 5/15/2013 | Rolf Skar | Tweet | "New report shows Canadian logging giant Resolute Forest Products cutting into endangered forests @GreenpeaceCA[.]" |
| 33. | 3/28/2013 | Daniel Brindis and Catharine Grant | Letter to TC Transcontinental Printing | "One of the primary forest products companies responsible for destructive logging and roadbuilding in three of these Endangered Forest areas may be supplying you.  This company is Resolute Forest Products, formerly known as AbitibiBowater and Fibrek." |
| 34. | 1/22/2013 | Andisheh Beiki (Greenpeace Canada) | Email to Lowe's | "[T]he Montagnes Blanches Endangered Forest in Quebec - this is the area where Resolute Forest Products was conducting logging activity in contravention of the Boreal Forest Agreement." |

5

# APPENDIX F

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE LOGGING IN RESTRICTED AREAS**

| | Date | Author | Description | Statements |
|---|---|---|---|---|
| 35. | 1/22/2013 | Andisheh Beiki (Greenpeace Canada) | Email to Graphic Communications | "[T]he Montagnes Blanches Endangered Forest in Quebec - this is the area where Resolute Forest Products was conducting logging activity in contravention of the Boreal Forest Agreement." |
| 36. | 1/17/2013 | Andisheh Beiki (Greenpeace Canada) | Email to Harlequin | "[T]he Montagnes Blanches Endangered Forest in Quebec - this is the area where Resolute Forest Products was conducting logging activity in contravention of the Boreal Forest Agreement." |
| 37. | 1/15/2013 | Catharine Grant, Nicholas Mainville, and Freya Putt | Website Publication: Boreal Alarm: A Wake Up Call For Endangered Action in Canada's Endangered Forests | "Encircled by clearcuts and encroached upon every year by roads and logging operations, the Montagnes Blanches Endangered Forest is at high risk. Companies like Resolute Forest Products (NYSE/TSX: RFP), supported by the Quebec government, have plans to go deep into this wild area within the next year." |
| 38. | 1/9/2013 | Joanna Kerr | Letter to Seaman Paper | "Several of the areas in which [Resolute] operates are considered Endangered Forests of extraordinarily high ecological value." |
| 39. | 1/9/2013 | Joanna Kerr | Letter to Seaman Paper | "For several years we have been attempting to work constructively with Resolute to increase protection of the forests in which they operate and source timber - forests like the Montagnes Blanches Endangered Forest in Quebec and the Trout Lake-Caribou Endangered Forest in Ontario." |
| 40. | 12/7/2012 | Rolf Skar | Email to Hearst | "Greenpeace ended its participation in the [Canadian Boreal Forest] Agreement.  There are two reasons for this.  First, of the forest companies signed onto the Agreement -- Resolute Forest Products -- has violated the Agreement with newly built logging roads in an area off limits to logging under the CBFA in Quebec's endangered Montagnes Blanches forest." |

6

# APPENDIX F

**ADDITIONAL MISREPRESENTATIONS CONCERNING RESOLUTE'S PUTATIVE LOGGING IN RESTRICTED AREAS**

|  | Date | Author | Description | Statements |
|---|---|---|---|---|
| 41. | 9/17/2012 | Stephanie Goodwin, Todd Paglia and Amanda Carr (Canopy) | Letter to Member Companies of the Forest Product Association of Canada | "[W]e understand active logging and road building is occurring in areas originally designated off limits within the CBFA, including by Resolute in the Quebec region under priority CBFA planning." |

7