UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., AND RESOLUTE FP CANADA, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, AND JOHN AND JANE DOES 1-20,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO. CV116-071<br><br>**CONSENT MOTION FOR EXTENSION TO FILE ANSWER OR MOVE IN RESPONSE TO COMPLAINT** |

　　　　NOW COME the defendants Greenpeace, Inc., Greenpeace Fund, Inc., Daniel Brindis, and Rolf Skar, with consent of the plaintiffs, and file this Motion seeking a 14-day extension of time through and including July 30, 2016 to file their Answer(s) or Responsive Pleading(s) or to move in response to the Complaint in the above-styled matter. The plaintiffs consent to the requested extension.

　　　　This 15th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　/s/ Lisa Zycherman
　　　　　　　　　　　　　　　　　　　　Lisa Zycherman
　　　　　　　　　　　　　　　　　　　　(Pro Hac Vice Application to be submitted)
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants Greenpeace, Inc., Greenpeace Fund, Inc., Daniel Brindis, and Rolf Skar

00970125-1

Of Counsel:

Davis Wright Tremaine, LLP
1919 Pennsylvania Avenue, NW
Washington, D.C.  20006-2401
(202) 973-4280 (telephone)
lisazycherman@dwt.com


Consented to:


/s/ James B. Ellington_____
James B. Ellington
Georgia Bar No. 243858
Attorney for Plaintiffs
Hull Barrett, PC
P. O. Box 1564
Augusta, Georgia  30903
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
jellington@hullbarrett.com

00970125-1