## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US , INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., AND RESOLUTE FP CANADA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, AND JOHN AND JANE DOES 1-20, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. CV116-071 |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Stay of Discovery, the pleadings and papers filed by the parties in connection therewith, arguments of counsel and all other matters presented to the Court, and good cause having been shown, it is hereby

**ORDERED** that the Motion be and hereby is **GRANTED**, and it is further

**ORDERED** that the all discovery in this proceeding be and hereby is **STAYED** pending resolution of defendants' motion(s) to dismiss and/or motion(s) to strike the Complaint, or until such further order of this Court.

**ORDER ENTERED** this _____ day of _____, 2016.

_____
HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE