UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

RESOLUTE FOREST PRODUCTS, INC., *et al.*, )
                                                       )
            Plaintiffs,        )
                                                       )        CIVIL ACTION FILE
v.                                                       )        NO. CV116-071
                                                         )
GREENPEACE INTERNATIONAL, *et al.*,   )
                                                      )
           Defendants.      )
                                                       )

## DECLARATION OF THOMAS W. WETTERER IN SUPPORT OF GREENPEACE DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) AND MEMORANDUM IN SUPPORT

**THOMAS W. WETTERER** declares as follows:

1. I am General Counsel for Greenpeace, Inc. and Greenpeace Fund, Inc., Defendants in the above-captioned matter.

2. The instant Declaration is submitted in support of the Greenpeace Defendants' motion pursuant to Rule 12(b)(6) to dismiss in its entirety and with prejudice the Complaint of Resolute Forest Products, Inc. ("Resolute FP"), Resolute FP US, Inc., Resolute FP Augusta, LLC ("Resolute Augusta"), Fibrek General Partnership, Fibrek U.S., Inc., Fibrek International Inc., and Resolute FP Canada, Inc. (collectively, "RFP").

3. Greenpeace, Inc. and Greenpeace Fund, Inc. are California corporations with an office in San Francisco, and their principal are offices in Washington, D.C. Annie Leonard, the Executive Director of both Greenpeace, Inc. and Greenpeace Fund, Inc., works out of the Greenpeace office in San Francisco and resides in the San Francisco Bay area.

4. The three individuals that are most integral to Greenpeace, Inc.'s forestry campaign efforts in the United States are Rolf Skar, Daniel Brindis, and Amy Moas. Mr. Skar is the Forest Campaign Director for Greenpeace, Inc., resides in San Francisco, and works out of Greenpeace, Inc.'s office there. Mr. Brindis also works out of Greenpeace, Inc.'s San Francisco office and resides in the San Francisco Bay area. Ms. Moas lives and works in Nevada, but makes business trips to Greenpeace, Inc.'s San Francisco office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September, 2016, in Washington, D.C.

*[signature]*

**THOMAS W. WETTERER**