# EXHIBIT D-1



# Boreal Alarm
A wake up call for action in Canada's
Endangered Forests

GREENPEACE

greenpeace.ca

# GREENPEACE

**Authors:**
Catharine Grant, Nicolas Mainville and Freya Putt

**Internal Revisions:**
Richard Brooks, Mélissa Filion, Corinna Thomassen-Darby,
Catherine Vézina, Peter McHugh, Shane Moffatt, Holly
Postlethwaite, Stephanie Goodwin

**Photo credits:**
Greenpeace, Jeremiah Armstrong

Published by Greenpeace Canada
December 2012
ISBN 978-0-9877581-1-8

Greenpeace is an independent, nonprofit, global campaigning
organization that uses peaceful, creative confrontation to
expose global environmental problems and their causes. We
challenge government and industry to halt harmful practices.
We negotiate solutions, conduct scientific research, introduce
clean alternatives, and educate and engage the public.

**www.greenpeace.ca**

33 Cecil Street, Toronto, Ontario, M5T 1N1
454 Launer East, 3rd floor, Montréal, Quebec, H2J 1E7
1726 Commercial Drive, Vancouver, British Columbia V5N 4A3
6238 – 104 Street NW, Edmonton, Alberta, T6H 2K9

**1 800 320-7183**



# MONTAGNES BLANCHES, QUEBEC

Legend:
- North of Managed Forest Area
- Endangered Forest Areas
- Forest Management License
- Mills (2004)
- Conservation value index for intact forests — Higher / Lower

---

**SIZE:**
**2,307,743 hectares**

IFL/IAC
**85.7%**

LEGALLY PROTECTED
**0.1%**

INTERIM PROTECTED
**11.2%**

HABITAT FOR SPECIES AT RISK?
**YES**

LOGGING/MANAGEMENT COMPANY:

**Resolute Forest Products, Produits Forestier Arbec, Produits Forestier Petit-Paris, Louisiana-Pacific Canada, Industries TLT.**

MILLS SUPPLIED FROM THIS ENDANGERED FOREST AREA:

**Resolute's Dolbeau-Mistassini, Girardville,** and Saint-Félicien mills, **Petit-Paris' Petit Paris** mill, **Arbec's l'Ascension de Notre Seigneur** sawmills, **Lousiana-Pacific's Chambord** pulp mill

OTHER MILLS THAT CAN RECEIVE WOODCHIPS AND FIBER FROM THE AREA:

**Fibrek** (pulp), **Resolute Forest Product Alma** (commercial printing paper), **Resolute Forest Product Kenogami** (commercial printing paper), **Resolute Forest Product Clermont** (newsprint), **Resolute Forest Product Baie-Comeau** (newsprint), **Resolute Forest Product Abitibi-LP Larouche** (lumber), **Resolute Forest Product Abitibi-LP Saint Prime** (lumber)

# BROADBACK VALLEY FOREST, QUEBEC



Legend:
- North of Managed Forest Area
- Endangered Forest Areas
- Forest Management License
- Mills (2004)

Conservation value index for intact forests
Higher — Lower

0  10  20  0    40  50 km

---

SIZE:
**2,264,401 hectares**

INTACT:
**77.2%**

LEGALLY PROTECTED:
**0%**

INTERIM PROTECTED:
**14%**

HABITAT FOR SPECIES AT RISK?
**YES**

---

LOGGING/MANAGEMENT COMPANY:

**Resolute Forest Products, EACOM Timber Corporation, Matériaux Blanchet, Scierie Landrienne, Chantier Chibougamau, Barette-Chapais, Nordbord.**

---

MILLS SUPPLIED FROM THIS ENDANGERED FOREST AREA:

**Resolute Forest Products Comtois, EACOM Timber Corporation Matagami, Matériaux Blanchet Amos, Scierie Landrienne, Chantier Chibougamau, Barette-Chapais, Nordbord  La Sarre sawmills**

---

OTHER MILLS THAT CAN RECEIVE WOODCHIPS AND FIBER FROM THE AREA:

**Resolute Forest Products Amos mill** (newsprint), **Kruger Trois-Rivières mill** (Fine paper), **EACOM Timber Corporation Val d'Or sawmill** (lumber)

# EXHIBIT D-2

# Montagnes blanches
## Saguenay–Lac-Saint-Jean



### Métadonnées

**Projection cartographique**

Conique de Lambert avec deux parallèles d'échelle
conservée (46° et 60°)

1:1 600 000

**Sources**

Base de données topographiques    MFFP    2016
et administratives (BDGA 1M)

**Réalisation**

Ministère des Forêts, de la Faune et des Parcs
Direction de la gestion des forêts
Saguenay - Lac-Saint-Jean

Note : Le présent document n'a aucune portée légale.

© Gouvernement du Québec, 2ᵉ trimestre 2016

Forêts, Faune et Parcs

Québec

### Légende

- Massif de la Manouanis
- Aires protégées décrétées et protection administrative
- Feux de forêt 2000 à 2015
- Travaux d'aménagement forestier 2016 dans le Massif de la Manouanis
- Unités d'aménagement
- Limite de la région administrative

Localisation

# EXHIBIT D-3

