Environ. Rev. Vol. 21, 2013

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

organic soil horizons and from 93 to 213 Mg·ha⁻¹ for the underlying mineral soil. These values are higher than those estimated by Nave et al. (2010) for temperate forests (5–50 Mg·ha⁻¹ organic horizons; 5–80 Mg·ha⁻¹ for mineral soil). A recent review (Thiffault et al. 2011) comparing whole-tree and stem-only harvest impact in boreal and temperate forests in Canada concluded that C-poor soils (small pool size) were most sensitive to whole-tree harvest. However, when pool size was small (temperate and some boreal forest floor C stocks), the loss of a small amount of C can translate into a high proportional loss (Nave et al. 2010). Applying such high proportional losses to the boreal zone where forest floor C stocks are mostly large could lead to the potentially erroneous conclusion that harvesting in the boreal results in large losses of soil C to the atmosphere.

The high proportional loss of soil C in response to harvesting estimated for temperate systems may not occur in some of the dominant forest types of the Canadian boreal zone. This is especially true for black spruce forests, the most common coniferous forest cover type in the boreal forest (Lavoie et al. 2005). The dominant natural disturbance type in black spruce systems is wildfire, and consensus is emerging that harvesting has a less negative impact on the C budget of black spruce forests compared with wildfire (Bergeron et al. 2008). This is primarily because harvesting practices in most black spruce forests are less disruptive than wildfire (Amiro et al. 2001a), as harvesting is often restricted to the winter when the ground is frozen and covered in snow, thus, avoiding large disturbance to the soil (Lavoie et al. 2005). Studies examining black spruce stands in Ontario and Quebec generally indicated no response of mineral soil C to harvest disturbance. In some cases, reduction in forest floor C in younger stands was attributed to a change in harvest practices during the past several decades from horses to more disruptive mechanical logging (Brumelis and Carleton 1988) or post-harvest burns (Scheuner et al. 2004) rather than increase in decomposition rates. In black spruce systems conducive to paludification (a shift from non-peatland to peatland caused mainly by a change in the hydrologic balance to wetter conditions) (Fenton et al. 2010), low-impact harvesting can create conditions that favour C accumulation rather than loss (Lavoie et al. 2005).

Two emerging themes in temperate forest soil C research that may affect this conclusion are (i) most studies to date focus on C stock changes in the surface soil and do not account for the response of soil C at depth (to 100 cm or greater) and (ii) the apparent stability of mineral soil C may change in response to change in the environment, which can occur because of harvesting (Harrison et al. 2011). However, no research, to our knowledge, has been conducted in the Canadian boreal forest to study C dynamics at depth in response to harvesting or distinguish C that has accumulated from that which is stabilized (Jandl et al. 2007). In particular, we know little of the degree of stabilization of C (Marschner et al. 2008) in Canadian boreal forest soils (Norris et al. 2011).

### 3.3.6. Invasive earthworms

Since the time of Darwin (1881) it has been known that earthworms are important agents of soil formation and nutrient dynamics. However, the Canadian boreal forest zone has evolved in the absence of this significant ecosystem engineer (Evers et al. 2012). Non-native, primarily European, earthworms are being introduced to areas of boreal forest following the regional extinction of native species during the last ice age (Addison 2009). The primary vectors of spread are associated with human recreational and resource development activities (Cameron et al. 2007), the rate of which are expected to increase in the coming decades. Earthworms can have large impacts on GHG emissions (Lubbers et al. 2013) and DOM and soil C dynamics (Langor et al., Manuscript in preparation). They can reduce forest floor C stocks either through an increase in decomposition rates or transfer rates to

the mineral soil (Langmaid 1964; Hale et al. 2005) and can stabilize C in the mineral soil (Shaw and Pawluk 1986). Reduction in forest floor C stocks by earthworms has implications for estimation of C emissions from fire that originate mainly from the combustion of the forest floor (Letang and de Groot 2010).

Although a model of the effects of earthworms on soil C was recently developed for temperate forests (Huang et al. 2010), it has not been adapted or tested for the boreal zone. Further to this, effects of earthworms are currently not included in landscape-scale models of boreal forest C dynamics because of insufficient data on the spatial distribution and rates of spread of earthworms in the boreal zone of Canada and because of an inadequate understanding of their effects on net C fluxes in boreal forests. However, given their site-level effects on forest floor and mineral soil C dynamics and their expansion in many parts of the boreal zone, the omissions of earthworm impacts in national-scale analyses of forest C budgets could contribute significant uncertainties to present and future estimates.

## 4. Future projections of Canada's boreal forest C cycle

The future C balance of the Canadian boreal forest will affect the global atmospheric C budget and influence the level of global mitigation efforts required to attain atmospheric $CO_2$ stabilization targets (Allen et al. 2009). This goal will be easier if forests continue to globally act as C sinks (Pan et al. 2011a). However, the potential for large increases in emissions from boreal forests and other terrestrial systems is real (e.g., Lavoie et al. 2005; Boisvenue and Running 2010; Metsaranta et al. 2011; Schuur and Abbott 2011) and would contribute to increases in atmospheric $CO_2$. Human-induced changes to the global environment have already affected forest systems (Boisvenue and Running 2006; Kurz et al. 2008c; Allen et al. 2010; Hember et al. 2012), and environmental changes are projected to intensify (IPCC 2007). The complexity and diversity of ecosystems combined with the range of environmental changes will result in regions and time periods with positive and negative feedbacks (i.e., net sources or net sinks) (Le Quéré et al. 2009; Boisvenue and Running 2010) and potentially large changes in the net balance over time (Morales et al. 2007; Xiao et al. 2010; Metsaranta et al. 2010). This section addresses future changes in the key drivers affecting the C balance in Canada's boreal forest, which include forest responses to environmental changes, changes in disturbance regimes, and changes in human activities and land use. For further review of future changes in the boreal zone, see Price et al. (2013).

### 4.1. Changes in forest dynamics

Productivity increases are already reported owing to warmer temperatures and longer growing seasons, increased atmospheric $CO_2$ concentrations, and N in temperate (Hember et al. 2012) and boreal forests (Magnani et al. 2007; Briffa et al. 2008; Hickler et al. 2008). A recent review of measured changes in forest productivity globally found that 75% of papers reviewed reported increased productivity and the remaining studies declining (10%), mixed (8%), or no trend (4%) in productivity (Boisvenue and Running 2006). Other reports of changes already occurring were outlined in section 3.3.1, and several process modelling and experimental studies, some conducted in Canada's boreal forest, project future changes to growth rates (Chen et al. 2000; Gamache and Payette 2004; Hickler et al. 2008; Silva et al. 2010; Zhao and Running 2010; Beck et al. 2011; Berner et al. 2011; Toledo et al. 2011).

Factors that could potentially limit the growth response include moisture constraints, nutrient availability, thin soil cover, and (or) pest disturbances (Jarvis and Linder 2000; Lafleur et al. 2010; Beck et al. 2011). Responses to environmental change will vary by species (Cole et al. 2010), ecological region (Paquette and Messier 2011), provenance (McLane et al. 2011a), and management regime

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

(Cyr et al. 2009). Drought (Allen et al. 2009; van Mantgem et al. 2009; Zhao and Running 2010), disease (Sturrock et al. 2011), insects (Hicke et al. 2012) or genetic adaptation (McLane et al. 2011b) may decrease future productivity or increase future mortality (Peng et al. 2011; Ma et al. 2012) or both. Projected changes in disturbances patterns that may affect the C balance of boreal forest are discussed in a subsequent section.

Many C budget projections for Canada's boreal forest assume that the distribution of tree species does not change over time (e.g., B. Smith et al. 2011). Climatically suitable ranges for tree species will likely exhibit large-scale redistribution over the 21st century (e.g., Hamann and Wang 2006; McKenney et al. 2007; Schneider et al. 2009). Species ability to shift their distribution to spatially track changes in climate will depend on dispersal ability (Greene et al. 1999; Nathan et al. 2011), competition (Loehle 1996), and soil conditions (Lafleur et al. 2010), as well as interactions among these factors (Leithead et al. 2010) and with disturbances (Greene and Johnson 2000; Greene et al. 2004; Simard and Payette 2005; Johnstone and Chapin 2006a, 2006b) and regeneration success (Classen et al. 2010). The future distributions of tree species are highly uncertain and depend strongly on the assumptions of the model used to make the projection (Loehle 2000; McKenney et al. 2007; Morin and Thuiller 2009; Mbogga et al. 2010). It is unlikely that species will be able to migrate as quickly as their climatically suitable ranges change (Aitken et al. 2008), resulting in local populations that are progressively more genetically maladapted to their new climate. If unable to migrate, species will only persist locally through genetic adaptation to new conditions or face extirpation (Aitken et al. 2008; Barnes 2009). Inter species ability to adapt also differs (Trindade et al. 2011). Over the 21st century, the response of trees to shifts in climatic niches will likely be a combination of gradual change in areas where seed dispersal limits distributions and rapid shifts to new ecosystem states where thresholds are surpassed (Chapin et al. 2004). Along with maladaptation and mortality or a gradual or sporadic change in species will come a change in productivity and, hence, a change in C balance.

Carbon stocks may also be influenced indirectly by changes in the distribution of boreal forest relative to other ecosystem types (e.g., Beck et al. 2011). The southern boundary of the western Canadian boreal forest is a forest–grassland ecotone. As a result, there is a higher risk that these transitions will result in a shift to nonforest communities, either grassland typical of the prairies or sparse woody vegetation currently typical of the aspen parkland (Hogg and Hurdle 1995; DeSantis et al. 2011). In northern Quebec and other parts of the Canadian boreal zone, repeated fires can lead to a transition from closed-crown forests to lichen woodlands with possible reduction (Girard et al. 2008) or possible increases (Lavoie et al. 2005) in C stocks but also altered albedo (Bernier et al. 2011). The southern boundary of the eastern Canadian boreal forest is typically a boreal–temperate forest ecotone (i.e., hemiboreal subzone, Brandt 2009), where transitions are likely to result in a shift in dominance from boreal to temperate tree species representative of Great Lakes St. Lawrence or tolerant hardwood forests, rather than a loss of forest cover (Leithead et al. 2010). The influence of these effects on C dynamics is still uncertain. A transition to grassland would result in a reduction in C stocks; but a change in tree species could affect C stocks in either direction, depending on the new species and soil C dynamics.

Climate warming can also lead to changes in the dynamics of vegetation at treeline (Körner 2012). Increased tree recruitment at the forest–tundra ecotone can result in an advance of both altitudinal and latitudinal treeline into areas of tundra (e.g., Gamache and Payette 2005). A recent global review shows that about half of the studies examining changes over the last century have recorded an advancing treeline (Harsch et al. 2009). Northern forest extension could lag warming for a few decades and transient species associations may initially develop, but over time forest limits

could advance to those experienced before the Little Ice Age (MacDonald et al. 2008). Climate warming can also lead to increases in vegetation density, particularly shrub vegetation, in the northern boreal forest and the Arctic, which has been demonstrated by remote-sensing studies (e.g., Sturm et al. 2001; Pouliot et al 2009; Fraser et al 2011; McManus et al. 2012), also referred to as vegetation greening. Figure 10 shows an example of this process (NASA 2012a). A thorough review of the processes of shrub vegetation thickening and advance, including both promoting and limiting factors, is provided by Myers-Smith et al. (2011). The total impact of treeline advance and vegetation greening in the Arctic on future boreal forest C dynamics is difficult to predict, but their main impact will be on the relative distribution and extent of forest and tundra vegetation. There are also complex interactions between factors such as local environmental conditions (e.g., Mamet and Kershaw 2013), fire disturbance (e.g., Arseneault and Payette 1992), and their interactions (e.g., Munier et al. 2010) that still remain to be completely understood.

Process modelling of environmental impacts on growth rates needs to be linked to modelling of ecosystem and species shifts across ecologically complex regions to help assess the effects of opposing factors in forest dynamics and the C balance of these forests. Modelling capabilities are improving but are not yet reaching the ability to estimate future forest productivity. There is presently no agreement on the direction, magnitude, or cause of net changes in the future productivity of Canada's boreal forest (e.g., Bernier et al. 2010; Shanin et al. 2010).

## 4.2. Changes in decomposition rates

Greenhouse gas emissions to the atmosphere from boreal soil C are expected to increase with future warming because of the temperature sensitivity of soil organic matter decomposition that is commonly used in models (Rodrigo et al. 1997; Peltoniemi et al. 2007) and the presumption that soil temperature will increase apace with air temperature. Predicted higher air temperatures are also expected to affect NPP and so it is the difference in the rates of changes in NPP and $R_h$ that will determine the change in NEP.

The degree to which soil decomposition is sensitive to temperature remains uncertain, with some studies suggesting higher sensitivity (Knorr et al. 2005) and others lower (Davidson et al. 2000; Giardina and Ryan 2000) sensitivity to temperature increase. Experiments have found a range in temperature sensitivity with $Q_{10}$ values from 1 to 4 (Boone et al. 1998; Irvine et al. 2005; Parè et al. 2006; Gaumont-Guay et al. 2008; Fissore et al. 2009). Conflicting or unexpected responses of the temperature sensitivity of $R_h$ may be observed because studies measuring and modelling decomposition do not directly represent the soil (e.g., microbial activity, stabilization with inorganic components, and aeration) and landscape (e.g., permafrost thaw, thermokarst, change in insulation from peat, forest or snow cover, and hydrology) processes controlling $R_h$. However, these processes may have counteracting effects (Davidson and Janssens 2006; Conant et al. 2011) and respond differently to temperature change. Recognition that modelling of soil C dynamics may be more complex than previously thought (Dungait et al. 2012) has led soil C modelling researchers to propose changes to the fundamental approach to modelling soil C and its response to climate change (Wutzler and Reichstein 2008; Allison et al. 2010; Conant et al. 2011; Schmidt et al. 2011). Suggestions include modelling of soil C should abandon the structure of pools with intrinsic decomposition rates, including the vaguely defined "recalcitrant" fraction, and should instead move towards the representation of processes directly controlling $R_h$ (Conant et al. 2011; Schmidt et al. 2011).

Aside from uncertainties associated with the sensitivity of decomposition to temperature, we also need to understand the magnitude and trajectory for boreal soil temperature (or soil climate) change in response to climate change. Long-term change in soil

Environ. Rev. Vol. 21, 2013

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

**Fig. 10.** A comparison of area in northern Quebec showing increased vegetation density between 1986 and 2004 (credit: Jeff Masek). Available from http://www.nasa.gov/topics/earth/features/shrub-spread.html [accessed 10 September 2012].



temperature is poorly documented but studies in Canadian (Zhang et al. 2005) and European boreal zones (Helama et al. 2011) have shown that it will not necessarily exhibit the same trends in air temperature as is often presumed in C models. The discrepancy between air and soil temperature and their shifts with climate change in the boreal is likely attributable to spatially and temporally complex interactions between edaphic and landscape factors affecting hydrology, permafrost, snow cover, peat, and vegetative cover (Bond-Lamberty et al. 2007a; O'Connor et al. 2010; Hennon et al. 2012). The response of these factors to climate change affects the trajectory and rate of change in soil climate (including temperature, moisture, and aeration — oxic versus anoxic condition) for decomposition.

Permafrost thaw is a process of great concern in the discontinuous permafrost zone of the boreal zone (Fig. 3) because it has the potential to significantly contribute to atmospheric feedbacks and climate change (Schuur and Abbott 2011). It not only changes soil climate for decomposition but also the size of the C pool available for decomposition because the C is no longer frozen or permafrost thaw has altered the water table and the proportions of C under oxic and anoxic conditions. The movement of C from frozen to unfrozen state may proceed at rates an order of magnitude higher than the direct effect of temperature sensitivity (Schuur et al. 2009). Once thawed, the rate of permafrost C decomposition may be very high in the cases where C stability was low at time of freezing (Zimov et al. 2006) or relatively low for some peatland types if the organic matter was already relatively decomposed at the time of freezing (O'Connor et al. 2010). Recent studies have suggested that, during the initial phases of permafrost thaw, uptake of C resulting from increases in plant productivity can initially compensate for loss of C due to increases in $R_h$, but that a tipping point will be reached where $R_h$ exceeds NPP and that the

resulting C emissions are expected to continue into the future (O'Donnell et al. 2012; Schaphoff et al. 2013). Tarnocai (2006) rated the sensitivity of peatlands to climate change into six classes ranging from "no change" to "extremely severe". We estimate that frozen peatlands in the severe and extremely severe sensitivity classes contain 34 Pg C in the boreal zone (Table 1). Tarnocai (2006) also estimated that 36 Pg C in unfrozen peatland is at equal risk and some portion of these peatlands also occurs in the discontinuous permafrost zone. However, it is also this zone that presents the most challenge to models used to predict the response of permafrost thaw to climate change (Schaefer et al. 2011) because of the models' limited ability to represent small-scale heterogeneity and feedbacks that can lead to both positive and negative effects on permafrost stability (Strack et al. 2008; Grosse et al. 2011; Schaefer et al. 2011). Schaefer et al. (2011) reported on model estimates for permafrost degradation in the 21st century that range from 16% to 85% with their own model predicting a 29%–59% reduction. Caution must be exercised, however, when applying these rates to the Canadian boreal zone because they are largely derived from permafrost areas outside of the Canadian boreal zone (global arctic and subarctic zones) and have the common challenge of representing the heterogeneity of the discontinuous permafrost zone that dominates the boreal zone. Although it is generally accepted that permafrost and peatland soils in the Canadian boreal zone will be sensitive to climate change (Tarnocai 2006; Zhang et al. 2008), it is still unclear if the outcome will be a net increase in productivity or emissions to the atmosphere as $CO_2$ and (or) methane ($CH_4$) (Lavoie et al. 2005; Turetsky et al. 2007; Yu et al. 2011). Uncertainties are particularly high for the prediction of $CH_4$ emissions from peatland and permafrost thaw in response to climate change (O'Connor et al. 2010), and some of the processes important to the cycling of methane are just being dis-

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

covered. For example, recent research (Kip et al. 2010) found that $CH_4$ released from the decay of sphagnum mosses can be oxidized by symbiotic methanotrophs and the C reassimilated by the moss when submerged, which provides a mechanism to potentially reduce $CH_4$ emissions.

In forested nonpermafrost zones, increases in NPP with climate change can result in higher inputs of C to soil from foliage and fine root turnover (Matamala et al. 2003; Iversen et al. 2008), but this does not necessarily result in an increase in soil C (Schlesinger and Lichter 2001). Tree species have a strong influence on root allocation responses to $CO_2$ increase (Matamala et al. 2003), and whether or not $R_h$ is stimulated by increased C inputs depends on soil characteristics (Bader and Körner 2010). Priming of soil respiration by greater inputs of root and foliar C may result in greater respiration of older soil C (Trueman and Gonzalez-Meler 2005; Fontaine et al. 2007). Understanding and modelling landscape-level hydrology is critical to predicting the C budget of the most northerly unmanaged forest area (see section 3.2.2) and also important in the more southerly managed forest area that may be unaffected by permafrost but where topographic controls on drainage patterns influence forest C stocks (Webster et al. 2011) and soil respiration (Webster et al. 2008).

### 4.3. Future disturbances

Carbon dynamics in the Canadian boreal forest have historically been dominated by natural disturbances, with fire as the dominant disturbance in the western boreal forest (Fig. 4; Bergeron et al. 2004; Lavoie et al. 2005; Balshi et al. 2007) and both fire and insects affecting the eastern boreal forest (Blais 1983). Recent changes in climatic conditions have contributed to increased impacts of drought and insects (Peng et al. 2011). Positive feedback to climate change could result from increasing disturbance frequency and intensities. This section reviews some of the potential future effects of these disturbances on the C balance of the boreal forest. For additional information, see also Price et al. (2013).

Projected future weather conditions in the Canadian forests increase the probability of fire occurrence (and hence of area burned) over the 21st century (Flannigan et al. 2005b, 2009; Balshi et al. 2009; Krawchuck et al. 2009; Hély et al. 2010). Increases in fire and other disturbances will contribute to increased emissions and forests will (other things being equal) store less C, thus contributing towards "positive feedback" to climate change (Metsaranta et al. 2010; Melillo et al. 2011). However, these effects are not likely to occur uniformly. Area burned in Canada's boreal forest fluctuates widely from year to year (Armstrong 1999; Amiro et al. 2001b; Stocks et al. 2003). As a result, detecting changes in fire regimes from short time series of data are almost impossible (Metsaranta 2010). In addition, much of the cumulative area burned over a given period of record occurs in a small number of years with large area burned, and the frequency and magnitude of these extreme fire years is also highly uncertain (Metsaranta 2010). Vegetation succession that increases the proportion of deciduous forests in the boreal forest region could provide a negative feedback with respect to the projected increase in fire (Johnstone et al. 2011). However, quantitative studies on the selectivity of burning behaviour with respect to forest type in Canadian boreal forests are inconsistent. Cumming (2001) supports the hypothesis that coniferous forests burn more than their proportional contribution to landscape composition, but Podur and Martell (2009) suggest that all forest types burn in proportion to their composition.

Furthermore, timing of the fire has been shown to have an effect on the depth of burn, with late-season burns resulting in more of the ground surface organic matter consumed (Turetsky et al. 2011), which has significant consequences on the C balance. Such conditions could also allow extreme fire events with pro-

longed smoldering phases (and the associated high $CH_4$ emissions) under snow and during winter months.

Impacts are expected to be greater in the drier, continental western boreal than the eastern Canadian boreal forest (Flannigan et al. 2005b; Balshi et al. 2009), and increased fire occurrence in the future is projected to overwhelm the capacity of fire-management agencies to mitigate these effects through increased suppression effort (Flannigan et al. 2005a; Podur and Wotton 2010). Projections of the impact of increases in area burned in all of Canada's managed forest over the 21st century, assuming that area burned would increase by a factor of 4 in most of western Canada and a factor of 2 in eastern Canada, suggest that to maintain ecosystem C stocks NEP would have to increase by about 25% to offset increased fire emissions. An increase in NEP of this magnitude, sustained over time and over all areas in which disturbances increase, is not likely (Kurz et al. 2008a; Metsaranta et al. 2010).

Climate change is predicted to affect future insect disturbances in several ways: range expansions northward and to higher elevations (Régnière et al. 2010; Safranyik et al. 2010); increased temperature allowing insects to mature more quickly, reduce winter mortality, and increase summer productivity (Raffa et al. 2008); and changes in the synchrony of insect life cycle stages and plant phenology (Nealis and Régnière 2004; Régnière et al. 2009). The net impacts of these changes on the forest C balance are difficult to predict, but insect outbreaks can have large impacts on C stocks and fluxes (Kurz et al. 2008c; Dymond et al. 2010; Hicke et al. 2012). The main impacts of insects in the boreal forests of Canada have historically been confined to the southern regions, and the potential for range expansion into regions where host tree species are present but have historically not been challenged by insects could result in increased tree mortality and greater reduction in C stocks. Examples include forest tent caterpillar in the Northwest Territories in 1995 and 1996 (Brandt 1997) and the potential spread of mountain pine beetle on jack pine across Canada's boreal zone (Safranyik et al. 2010).

Parts of the boreal forest, particularly in western Canada (Michaelian et al. 2011), but also in parts of eastern Canada (Hély et al. 2010), are expected to experience more frequent and severe droughts in the 21st century, potentially impacting several ecosystem processes that influence forest C dynamics (van der Molen et al. 2011). Increases in drought-induced forest mortality have already been observed globally (Allen et al. 2010; van Mantgem et al. 2009; Huang and Anderegg 2012) and in Canada (Michaelian et al. 2011; Peng et al. 2011; Ma et al. 2012). Precipitation is found to influence forest productivity in both tree-ring (Beck et al. 2011) and flux tower (Schwalm et al. 2010) studies. In addition, drought can influence soil C dynamics, with dry conditions potentially resulting in reduced decomposition rates (Allison and Treseder 2008; Smyth et al. 2010) that under some conditions can offset C balance impacts resulting from productivity losses. The net impact of these effects on the C balance of boreal forests in Canada has not yet been quantified. Most likely, impacts will vary by forest types and regions depending on moisture regimes and site conditions, as well as interactions with insects and pathogens. Deciphering the physiological mechanism by which trees decline and die under drought will soon contribute to better modelling and prediction of drought events and their effects on C balance (Anderegg et al. 2012).

### 4.4. Land-use change

Future economic, social, and climatic conditions will affect the future rates of deforestation across the boreal zone. In the northern boreal forest, large individual events and developments are anticipated to have the main impact. For example, several hydroelectric developments are being considered over the next 25 years in northern Manitoba, Quebec, Labrador, and British

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

Columbia. Construction of new mines and their access roads, programs to connect northern communities to the electric grid and permanent roads, and other efforts to improve access to northern resources are all expected to contribute areas of deforestation.

The main forestry access road system in the boreal forest is becoming largely developed but is expected to continue to move northward into previously unaccessed areas of commercially harvestable forest. The oil and gas infrastructure is also expected to expand where resources have been found. In the oil sands regions, increased use of subsurface steam-assisted gravity drainage (SAGD) methods for oil extraction will contribute deforestation from well pads, pipeline, access roads, and steam generating and processing facilities. Activity in the Northwest Territories is also increasing, and the construction of the Mackenzie Valley pipeline will result in areas of deforestation. Within the mineable oil sands district, considering the total mineable area, its forest cover, planned developments, and expert opinion on future development, a reasonable estimate of the total area eventually disturbed is in the order of 200 kha of which approximately 75%–85% will involve forest.

The decline in deforestation for agricultural land conversion is expected to continue in the future, although changes in economies, demand for agriculture-based biofuels, and government policy under climate change could also result in agricultural expansion into forest regions. Most land currently under agriculture in the boreal zone is capable of being afforested. Future afforestation rates are expected to be low and similar to current rates, in the absence of government incentive programs (Lemprière et al. 2013). In the boreal Clay Belt regions of Quebec and Ontario, considerable abandonment of agriculture land has occurred over the past decades. Some of this will eventually revert to forest; and where these forest areas are included in provincial inventories, the C consequences are captured in the regional C balance estimates. It is unknown whether abandonment of agriculture land in the Clay Belt will continue in the future or whether this land will be reclaimed for agricultural uses, but growing world population, higher demand for food, and raising food prices all increase the pressure to reclaim land for agricultural uses.

### 4.5. Net carbon balance

The future net balance of C emissions and removals in Canada's boreal forest will be affected primarily by changes in forest productivity (section 4.1), decomposition rates (section 4.2), and natural disturbances (section 4.3). While it remains impossible to predict with certainty the resulting net C balance under future climate conditions, the "asymmetry of risk" (Kurz et al. 1995) is of concern: for boreal forests stands to reach maturity and maximum C storage, many decades of survivable growing conditions must prevail, but it takes only a single extreme event such as drought, windthrow, fire, insects, or other disturbances to kill trees or stands. With climate change predictions including more frequent extreme climatic events (Rahmstorf and Coumou 2011; Hansen et al. 2012), increases in natural disturbances (Flannigan et al. 2005b; Balshi et al. 2009), and maladaptation of forest ecosystems to shifting climate conditions (Aitken et al. 2008; Barnes 2009), the probability that boreal forests C stocks will increase under climate change scenarios is lower than the probability that they will decrease.

A second argument for the likely decrease in boreal forest C stocks with climate change is that considerably more C is stored in DOM and soil C pools than in biomass, largely because cold, wet, anoxic, and frozen environments have delayed or prevented decomposition. As discussed previously, warming is generally predicted to increase decomposition, leading to reductions in DOM and soil C pools that are likely greater than a possible increase in biomass C pools, resulting in an anticipated net decrease in boreal forest C stocks.

## 5. Knowledge gaps and monitoring needs

The net C balance of Canada's boreal forest is dominated by two large fluxes: NPP and $R_h$, processes that continuously occur in all forest ecosystems. Any changes in environmental conditions such as climate change, $CO_2$ fertilization, and N deposition that affect NPP and $R_h$ have the potential to cause large changes in the net C balance, in particular if environmental changes have opposing impacts on the two fluxes, e.g., decreasing productivity and increasing respiration losses. In addition to the continuous processes of growth and decomposition, some ecosystems are in some years affected by anthropogenic and natural disturbances, and the boreal forest C balance will be strongly affected by changes in disturbance regimes, i.e., the frequency, intensity, and types of disturbances.

To reduce the uncertainties in the estimates of the current and future C balances of the boreal forest, research needs to be directed to improve understanding of (i) continuous processes determining NPP and $R_h$, (ii) disturbance-related processes, (iii) interactions between disturbance and ecosystem production, and (iv) interactions among landscape distribution of forests, environmental drivers of disturbance, and successional trajectories.

Models of forest C dynamics have been used successfully to derive estimates of net C balances that take into account the broad distribution of forest characteristics including species, forest age, site conditions, and the impacts of natural disturbances and forest management. By necessity, such models incorporate assumptions about homogenous conditions within forest stands and landscapes. Although the spatial resolution of models used at the scale of the boreal forest has increased by more than three orders of magnitude over the past 20 years, the "average" stand represented by such national-scale models today is typically about 100–1000 ha. Depending on vegetation characteristics, topography, and soil conditions within average stands of such size, the ecological processes that determine C fluxes can be occurring at a range of rates and respond differentially to environmental changes. Further improvements in (i) the spatial resolution of modelling approaches down to 1 ha resolution and (ii) the availability of spatially-explicit data on forest characteristics, topography, and soils at the increased resolution have the potential to contribute to reducing uncertainties of C stock and C flux estimates, provided that sufficient data on environmental characteristics are available at that fine spatial scale (Canadian Forest Service, Natural Resources Canada 2012). Many forest ecosystems models operate on annual time scales, and increasing the temporal resolution would allow the improved representation of processes occurring at seasonal, monthly or daily time scales. Efforts to reduce uncertainties in C budgets by increasing spatial and temporal resolution of models will substantially increase the demands for input data and computing resources.

Improvements in remote-sensing techniques combined with forest ecosystem models will likely achieve further reductions in the uncertainty of disturbance-related C flux changes in the coming years. In contrast, reducing uncertainties about subtle changes in fluxes in response to fluctuating environmental conditions will remain an ongoing challenge. Every 1 g $m^{-2}$ $year^{-1}$ change in net fluxes over Canada's boreal forest sums to a change of 2.7 Tg $year^{-1}$ (or nearly 10 × $10^6$ Mg $year^{-1}$ of $CO_2$) in the boreal forest C balance; thus, even subtle changes in fluxes, undetectable with currently available methods, occurring in synchronicity over large areas can have large impacts on the global C cycle. Eddy covariance flux towers have successfully been used to quantify high-frequency flux responses to environmental drivers, but measurements have been limited to a small number of sites, each with a small footprint and relatively short observation period. Thus, spatial and temporal upscaling of ecological processes remains a major challenge.

New techniques to quantify changes in growth and mortality rates in response to environmental change using tree-ring data

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

(Metsaranta and Kurz 2012) and permanent sample plots (Hember et al. 2012) offer opportunities to gather empirical data on forest responses to climate change over much larger areas and multi-decadal time periods. Such data can help inform and constrain process models. Combined with site-specific ecosystem process models, e.g., ecosys (Grant et al. 2007), InTec (Chen et al. 2000), or 3PG (Landsberg and Waring 1997), these data offer a path to further reducing uncertainties in carbon flux estimates (Keenan et al. 2012). However, as climate change continues to affect Canada's boreal forests, ongoing monitoring of forest growth and mortality responses to climate change will be required. In recent years, the numbers of climate-monitoring stations, permanent sample plots, and flux towers in Canada's boreal forest have all decreased while the need for monitoring data has increased, and the ability to extract scientifically relevant knowledge from such measurements has improved.

Traditional forest inventories, permanent sample plots, tree-ring analyses, and meta-analyses provide significant insights into forest responses to environmental changes. But, in boreal forests, a larger proportion C is stored in DOM and soil C pools for which much fewer measurements exist. Moreover, considerable uncertainty remains on the impacts of climate change on $R_h$ (Pendall et al. 2004; section 4.2). Research needs to reduce this knowledge gap include linking different agents of tree mortality to fall and decay rates, time series of soil C stock measurements using consistent methodologies to enable the detection of trends in C stocks in response to environmental changes, monitoring of changes in permafrost distribution and active layer depth, soil-warming experiments to better understand processes that will change in the future, transect studies along climate gradients, and the quantification of soil C dynamics.

Effects of increased atmospheric $CO_2$ on aboveground production have been investigated, but effects on belowground processes have received much less attention and as a result are not well understood (Iversen et al. 2008). Carbon dioxide fertilization responses could cause changes in deep soil C pools, for example, through changes in allocation to fine roots, through increased production, and through allocation of fine roots to deeper layers in the soil profile. Therefore, plot data on fine root production, its vertical distribution in the soil profile, and data on turnover rates are needed to help quantify the effects of increased atmospheric $CO_2$ concentrations and climate change (e.g., Olesinski et al. 2012).

Gaps also remain in the representation and quantification of processes and pools. The contributions to Canada's boreal C cycle of bryophytes, deep organic soils, and permafrost thawing are three examples of areas in which insufficient understanding and quantification at the national scale contribute significant uncertainties to the estimates of pools, their current C balance, and their projected future changes.

Reduction in uncertainties of regional- and national-scale estimates will require models that integrate environmental and climate data, forest inventories, and information obtained from remote sensing to scale up site-specific knowledge to larger areas and over longer time periods. Data assimilation approaches that combine ecosystem models and empirical data and constrain flux estimates using plot-level data, EC tower data, remote-sensing information, and inverse-modelling approaches offer new methods to reducing uncertainties (Richardson et al. 2010a; Chen et al. 2011). Remote-sensing techniques are increasingly detecting large-scale changes in forest reflectance properties that are correlated with forest productivity (Zhao and Running 2010; Beck and Goetz 2011). While the interpretation of such observations remains under development, opportunities exist to improve the scientific understanding of remotely sensed responses through comparisons against ground observations, including permanent sample plot data, tree-ring measurements, and flux tower measurements, as discussed previously.

Geological and edaphic conditions may be extremely variable even at very fine spatial scales, yet these have tremendous impact on C cycling (Ju et al. 2006). In particular, soil water and drainage needs to be better known to estimate the C balance of high latitude ecosystems (Ju et al. 2010). Predicting hydrological patterns is especially difficult in the unmanaged forest area because of the combined effects of geology, soils, permafrost dynamics, and peat. Peat exerts strong controls on hydrothermal regimes and water retention and, where it is thick, can obscure underlying geological material that in themselves can determine water retention and flow patterns (Holden 2005; Heinemeyer et al. 2010). Because geological landforms, composition, and soils differ significantly between the Boreal Plains in the west and the Boreal Shield in the east, their hydrological systems need to be modelled differently (Devito et al. 2005). This is especially important in the Boreal Plains where geological materials are compositionally complex (retain water), topography has low relief, and the landscape is a mosaic of peatland and upland areas with different hydrological properties that interact in complex ways (C. Qualizza et al., personal communication, 2012).

Reducing uncertainties about boreal forest C balances will require well-coordinated interdisciplinary research programs, national-scale data sets on forest conditions and forest change obtained from forest inventories and ongoing monitoring programs (including remote sensing), and ecosystem-modelling approaches supported by advanced computing infrastructure to synthesize and integrate the large volume of data that would be generated by such research programs (Canadian Forest Service, Natural Resources Canada 2012).

# 6. Conclusions

We estimate that, since 1990 Canada's managed boreal forest has acted as C sink of 28 Tg C year$^{-1}$, removing $CO_2$ from the atmosphere to replace the 17 Tg of C annually transferred out of the forest in timber-harvesting operations and store an additional 11 Tg of C in biomass, dead wood, litter, and soil C pools (Stinson et al. 2011). A large fraction (~57%) of the C harvested since 1990 remains stored in wood products in use and in solid waste disposal sites in Canada and abroad, replacing C emitted from the decay or burning or wood harvested prior to 1990 and contributing to net increases in HWP and landfill C storage pools. The use of these HWP products has contributed to reduced emissions in other sectors where HWP have replaced more emission-intensive products such as concrete, steel, and plastics; but the magnitude of the substitution benefits in Canada and abroad is subject to ongoing research.

Carbon balance estimates for the unmanaged boreal forest are currently limited to "poorly constrained" process models with high uncertainties owing to the lack of forest inventory data and limited understanding of the extent and impacts of permafrost thawing and climate change. In the unmanaged forest, fire is the predominant disturbance type, with very minor insect disturbances, no forest harvesting, and very small areas affected by land-use change. Thus, the unmanaged forest is likely to have been a sink in the second half of the 20th century (owing to low fire disturbances; Kurz and Apps 1999) and has recently transitioned to a smaller sink or a small source as the area annually burned has increased, but this conclusion is highly uncertain.

Biomass C stocks (an indicator that can be used as a proxy for growing stock volume) are increasing slightly in the managed boreal forest, suggesting that current rates of harvesting, natural disturbances, and forest management (e.g., fire suppression, planting, and other silvicultural activities) are sustainable with regard to biomass and total ecosystem C stocks. However, there are regional differences in harvest and disturbance rates, and there may be regions within the boreal zone where the combined impact of human and natural disturbances is currently larger

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

than the ability of these forests to sustain biomass stocks, in particular in areas with significant impacts on the forest from other industrial sectors. Moreover, sustainability of human actions is not assessed by C stock changes alone. Our conclusions are affected by numerous uncertainties, including uncertainties about rates of regeneration following disturbances and rates of growth, with possible errors in either over- or under-estimating rates of C stock changes.

The single largest threat to C stocks and future C balances in Canada's boreal forest is human-caused global climate change. Large C stocks have accumulated in the boreal zone because decomposition of organic matter is limited by cold temperatures and often anoxic environments. Increases in temperatures and disturbance rates could result in a large net C source during the remainder of this century and beyond. Uncertainties about the response to global change factors remain high, but we emphasize the asymmetry of risk that sustained large-scale increases in productivity and C uptake are unlikely to be of sufficient magnitude to offset higher C losses from increases in area burned and heterotrophic respiration (Kurz et al. 1995, 2008a; Metsaranta et al. 2011).

Reducing the uncertainties of the current and future C balance of Canada's 270 Mha of boreal forest requires addressing gaps in monitoring, observation, and quantification of forest C dynamics, with particular attention to Canada's 125 Mha unmanaged boreal forest with large areas of deep organic soils, peatlands, and permafrost containing large quantities of C that are vulnerable to the impacts of climate change.

## Acknowledgements

Information on the C balance of Canada's boreal forest is derived in part from Canada's National Forest Carbon Monitoring, Accounting, and Reporting System that was developed by Natural Resources Canada (NRCan) in close collaboration with, and using data provided by provincial and territorial resource management agencies. We thank Arlene Hilger for assistance compiling references, John Little for compilation of fire data and preparation of Fig. 4, Michelle Filiatrault for preparation of Fig. 3, and Sue Mayer for preparation of many of the other figures. We thank James Brandt, Ted Hogg, Doug Maynard, Kara Webster, and two anonymous reviewers for helpful comments on earlier drafts of this manuscript.

## References

Addison, J. 2009. Distribution and impacts of invasive earthworms in Canadian forest ecosystems. Biol. Invasions, 11(1): 59–79. doi:10.1007/s10530-008-9320-4.

Aitken, S.N., Yeaman, S., Holliday, J.A., Wang, T., and Curtis-McLane, S. 2008. Adaptation, migration or extirpation: climate change outcomes for tree populations. Evol. Appl. 1(1): 95–111. doi:10.1111/j.1752-4571.2007.00013.x.

Allen, C.D., Macalady, A.K., Chenchouni, H., Bachelet, D., McDowell, N., Vennetier, M., Kitzberger, T., Rigling, A., Breshears, D.D., Hogg, E.H., Gonzalez, P., Fensham, R., Zhang, Z., Castro, J., Demidova, N., Lim, J.-H., Allard, G., Running, S.W., Semerci, A., and Cobb, N. 2010. A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. For. Ecol. Manag. 259: 660–684. doi:10.1016/j.foreco.2009.09.001.

Allen, M.R., Frame, D.J., Huntingford, C., Jones, C.D., Lowe, J.A., Meinshausen, M., and Meinshausen, N. 2009. Warming caused by cumulative carbon emissions towards the trillionth tonne. Nature, 458: 1163–1166. doi:10.1038/nature08019.

Allison, S.D., and Treseder, K.K. 2008. Warming and drying suppress microbial activity and carbon cycling in boreal forest soils. Global Change Biol. 14: 2898–2909. doi:10.1111/j.1365-2486.2008.01716.x.

Allison, S.D., Wallenstein, M.D., and Bradford, M.A. 2010. Soil-carbon response to warming dependent on microbial physiology. Nature Geosci. 3(5): 336–340. doi:10.1038/ngeo846.

Amiro, B.D., Stocks, B.J., Alexander, M.E., Flannigan, M.D., and Wotton, B.M. 2001a. Fire, climate change, carbon and fuel management in the Canadian boreal forest. Int. J. Wildland Fire, 10(3–4): 405–413. doi:10.1071/WF01038.

Amiro, B.D., Todd, J.B., Wotton, B.M., Logan, K.A., Flannigan, M.D., Stocks, B.J., Mason, J.A., Martell, D.L., and Hirsch, K.G. 2001b. Direct carbon emissions from Canadian forest fires, 1959–1999. Can. J. For. Res. 31: 512–525. doi:10.1139/x00-197.

Amiro, B.D., Barr, A.G., Black, T.A., Iwashita, H., Kljun, N., McCaughey, J.H., Morgenstern, K., Murayama, S., Nesic, Z., Orchansky, A.L., and Saigusa, N. 2006. Carbon, energy, and water fluxes at mature and disturbed forest sites, Saskatchewan, Canada. Agric. For. Meteorol. 136(3–4): 237–251. doi:10.1016/j.agrformet.2004.11.012.

Amiro, B.D., Barr, A.G., Barr, J.G., Black, T.A., Bracho, R., Brown, M., Chen, J., Clark, K.L., Davis, K.J., Desai, A.R., Dore, S., Engel, V., Fuentes, J.D., Goldstein, A.H., Goulden, M.L., Kolb, T.E., Lavigne, M.B., Law, B.E., Margolis, H.A., Martin, T., McCaughey, J.H., Misson, L., Montes-Helu, M., Noormets, A., Randerson, J.T., Starr, G., and Xiao, J. 2010. Ecosystem carbon dioxide fluxes after disturbance in forests of North America. J. Geophys. Res. [serial online], 115: G00K02, doi:10.1029/2010JG001390.

Anderegg, W.R.L., Berry, J.A., Smith, D.D., Sperry, J.S., Anderegg, L.D.L., and Field, C.B. 2012. The roles of hydraulic and carbon stress in a widespread climate-induced forest die-off. Proc. Natl. Acad. Sci. U.S.A. 109(1): 233–237. doi:10.1073/pnas.1107891109.

Apps, M.J., Kurz, W.A., Beukema, S.J., and Bhatti, J.S. 1999. Carbon budget of the Canadian forest product sector. Environ. Sci. Policy, 2: 25–41.

Armstrong, G.W. 1999. A stochastic characterisation of the natural disturbance regime of the boreal mixedwood forest with implications for sustainable forest management. Can. J. For. Res. 29: 424–433. doi:10.1139/x99-010.

Arsenault, D., and Payette, S. 1992. A positive shift from lichen-spruce to lichen-tundra vegetation at tree line. Ecology, 73(3): 1067–1081. doi:10.2307/1940181.

Aubinet, M., Vesala, T., and Papale, D. 2012. Eddy covariance: a practical guide to measurement and data analysis. Springer, New York.

Bader, M.K.F., and Körner, C. 2010. No overall stimulation of soil respiration under mature deciduous forest trees after 7 years of CO$_2$ enrichment. Global Change Biol. 16(10): 2830–2843. doi:10.1111/j.1365-2486.2010.02253.x.

Balshi, M.S., McGuire, A.D., Zhuang, Q., Melillo, J., Kicklighter, D.W., Kasischke, E., Wirth, C., Flannigan, M., Harden, J., Clein, J.S., Burnside, T.J., McAllister, J., Kurz, W.A., Apps, M., and Shvidenko, A. 2007. The role of historical fire disturbance in the carbon dynamics of the pan-boreal region: a process-based analysis. J. Geophys. Res. [serial online], 112: G02029. doi:10.1029/2006JG000380.

Balshi, M.S., McGuirez, A.D., Duffy, P., Flannigan, M., Walsh, J., and Melillo, J. 2009. Assessing the response of area burned to changing climate in western boreal North America using a multivariate adaptive regression splines (MARS) approach. Global Change Biol. 15(3): 578–600. doi:10.1111/j.1365-2486.2008.01679.x.

Barnes, B.V. 2009. Tree response to ecosystem change at the landscape level in eastern North America. Forstarchiv, 80(3): 76–89. doi:10.2376/0300-4112-80-76.

Barr, A.G., Black, T.A., Hogg, E.H., Griffis, T.J., Morgenstern, K., Kljun, N., Theede, A., and Nesic, Z. 2007. Climatic controls on the carbon and water balances of a boreal aspen forest, 1994–2003. Global Change Biol. 13: 561–576. doi:10.1111/j.1365-2486.2006.01220.x.

Battaglia, M. 2001. Stand age effects on productivity in forests: representation in models and influence on net ecosystem exchange. In Net ecosystem exchange. Edited by M.U.F. Kirschbaum and R. Mueller. The Communication Office for CRC Greenhouse Accounting, Canberra, Australia. p. 136.

Bauer, I.E., Bhatti, J.S., Cash, K.J., Tarnocai, C., and Robinson, S.D. 2006. Developing statistical models to estimate the carbon density of organic soils. Can. J. Soil Sci. 86(2): 295–304. doi:10.4141/S05-087.

Bauer, I., Bhatti, J., Swanston, C., Wieder, R., and Preston, C. 2009. Organic matter accumulation and community change at the peatland–upland interface: inferences from $^{14}$C and $^{210}$Pb dated profiles. Ecosystems, 12(4): 636–653. doi:10.1007/s10021-009-9248-2.

Baumann, M., Kuemmerle, T., Elbakidze, M., Ozdogan, M., Radeloff, V.C., Keuler, N.S., Prishchepov, A.V., Kruhlov, I., and Hostert, P. 2011. Patterns and drivers of post-socialist farmland abandonment in Western Ukraine. Land Use Policy, 28(3): 552–562. doi:10.1016/j.landusepol.2010.11.003.

Bechtold, W.A., and Patterson, P.L. (Editors). 2005. The enhanced forest inventory and analysis program—national sampling design and estimation procedures. Gen. Tech. Rep. SRS-80. U.S. Department of Agriculture, Forest Service, Southern Research Station. Asheville, NC 85 p.

Beck, P.S.A., and Goetz, S.J. 2011. Satellite observations of high northern latitude vegetation productivity changes between 1982 and 2008: ecological variability and regional differences. Environ. Res. Lett. 6(4): 045501. doi:10.1088/1748-9326/6/4/045501.

Beck, P.S.A., Juday, G.P., Alix, C., Barber, V.A., Winslow, S.E., Sousa, E.E., Heiser, P., Herriges, J.D., and Goetz, S.J. 2011. Changes in forest productivity across Alaska consistent with biome shift. Ecol. Lett. 14(4): 373–379. doi:10.1111/j.1461-0248.2011.01598.x.

Beedlow, P.A., Tingey, D.T., Phillips, D.L., Hogsett, W.E., and Olszyk, D.M. 2004. Rising atmospheric CO$_2$ and carbon sequestration in forests. Front. Ecol. Environ. 2(6): 315–322. doi:10.1890/1540-9295(2004)002[0315:RACACS]2.0.CO;2, 10.2307/3868407.

Bergeron, O., Margolis, H.A., Coursolle, C., and Giasson, M.A. 2008. How does forest harvest influence carbon dioxide fluxes of black spruce ecosystems in eastern North America? Agric. For. Meteorol. 148(4): 537–548. doi:10.1016/j.agrformet.2007.10.012.

Bergeron, O., Margolis, H.A., and Coursolle, C. 2009. Forest floor carbon ex-

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

change of a boreal black spruce forest in eastern North America. Biogeosciences, 6(9): 1849–1864. doi:10.5194/bg-6-1849-2009.

Bergeron, Y., Flannigan, M., Gauthier, S., Leduc, A., and Lefort, P. 2004. Past, current and future fire frequency in the Canadian boreal forest: implications for sustainable forest management. Ambio, 33(6): 356–360. doi:10.1579/0044-7447-33.6.356.

Berner, L.T., Beck, P.S.A., Bunn, A.G., Lloyd, A.H., and Goetz, S.J. 2011. High-latitude tree growth and satellite vegetation indices: Correlations and trends in Russia and Canada (1982-2008). J. Geophys. Res. [serial online], 116(G1): G01015. doi:10.1029/2010JG001475.

Bernier, P.Y., Guindon, L., Kurz, W.A., and Stinson, G. 2010. Reconstructing and modelling 71 years of forest growth in a Canadian boreal landscape: a test of the CBM-CFS3 carbon accounting model. Can. J. For. Res. 40(1): 109–118. doi:10.1139/X09-177.

Bernier, P.Y., Desjardins, R.L., Karimi-Zindashty, Y., Worth, D., Beaudoin, A., Luo, Y., and Wang, S. 2011. Boreal lichen woodlands: a possible negative feedback to climate change in eastern North America. Agric. For. Meteorol. 151(4): 521–528. doi:10.1016/j.agrformet.2010.12.013.

Bhatti, J.S., and Tarnocai, C. 2009. Influence of climate and land use change on carbon in agriculture, forest, and peatland ecosystems across Canada. In Soil carbon sequestration and the greenhouse effect. 2nd ed. SSSA Special Publication 57. ASA-CSSA-SSSA, Madison, Wis. Soil Science Society of America, Madison, Wis. pp. 47–70.

Bhatti, J.S., Apps, M.J., and Tarnocai, C. 2002. Estimates of soil organic carbon stocks in central Canada using three different approaches. Can. J. For. Res. 32(5): 805–812. doi:10.1139/x01-122.

Bhatti, J.S., Errington, R.C., Bauer, I.E., and Hurdle, P.A. 2006. Carbon stock trends along forested peatland margins in central Saskatchewan. Can. J. Soil Sci. 86(2): 321–333. doi:10.4141/S05-085.

Bickerstaff, A., Wallace, W.L., and Evert, F. 1981. Growth of forests in Canada. Part 2: A quantitative description of the land base and the mean annual increment. Information Report PI-X-1. Canadian Forest Service, Environment Canada.

Blais, J.R. 1983. Trends in the frequency, extent, and severity of spruce budworm outbreaks in eastern Canada. Can. J. For. Res. 13(4): 539–547. doi:10.1139/x83-079.

Blodau, C. 2002. Carbon cycling in peatlands — A review of processes and controls. Environ. Rev. 10(2): 111–134. doi:10.1139/a02-004.

Bobbink, R., Hicks, K., Galloway, J., Spranger, T., Alkemade, R., Ashmore, M., Bustamante, M., Cinderby, S., Davidson, E., Dentener, F., Emmett, B., Erisman, J.-W., Fenn, M., Gilliam, F., Nordin, A., Pardo, L., and De Vries, W. 2011. Global assessment of nitrogen deposition effects on terrestrial plant diversity: a synthesis. Ecol. Appl. 20(1): 30–59. doi:10.1890/08-1140.1.

Boisvenue, C., and Running, S.W. 2006. Impacts of climate change on natural forest productivity — Evidence since the middle of the twentieth century. Global Change Biol. 12(5): 862–882. doi:10.1111/j.1365-2486.2006.01134.x.

Boisvenue, C.L., and Running, S.W. 2010. Simulations show decreasing carbon stocks and potential for carbon emissions in Rocky Mountain forests over the next century. Ecol. Appl. 20(5): 1302–1319. doi:10.1890/09-0504.1.

Boisvenue, C., Bergeron, Y., Bernier, P., and Peng, C. 2012. Simulations show potential for reduced emissions and carbon stocks increase in boreal forests under ecosystem management. Carbon Manag. 3(6):553–568. doi:10.4155/cmt.12.57.

Bona, K.A., Fyles, J.W., Shaw, C., and Kurz, W.A. 2013. Are mosses required to accurately predict upland black spruce forest soil carbon in national-scale forest C accounting models? Ecosystems, 16: 1071–1086. doi:10.1007/s10021-013-9668-x.

Bond-Lamberty, B., Gower, S.T., and Ahl, D.E. 2007a. Improved simulation of poorly drained forests using BIOME_BGC. Tree Physiol. 27(5): 703–715. doi:10.1093/treephys/27.5.703.

Bond-Lamberty, B., Peckham, S.D., Ahl, D.E., and Gower, S.T. 2007b. Fire as the dominant driver of central Canadian boreal forest carbon balance. Nature, 450(7166): 89–92. doi:10.1038/nature06272.

Bonnor, G.M. 1985. Inventory of forest biomass in Canada. Canadian Forestry Service, Petawawa National Forestry Institute. Inf. Rep. Fo42-80/1985.

Boone, R.D., Nadelhoffer, K., Canary, J.D., and Kaye, J.P. 1998. Roots exert a strong influence on the temperature sensitivity of soil respiration. Nature, 396: 570–572. doi:10.1038/25119.

Botkin, D.B., and Simpson, L.G. 1990. Biomass of the North American boreal forest: a step toward accurate global measures. Biogeochemistry, 9(2): 161–174.

Böttcher, H., Freibauer, A., Obersteiner, M., and Schulze, E-D. 2008. Uncertainty analysis of climate change mitigation options in the forestry sector using a generic carbon budget model. Ecol. Model. 213(1): 45–62. doi:10.1016/j.ecolmodel.2007.11.007.

Bouchard, M., Pothier, D., and Ruel, J.-C. 2009. Stand-replacing windthrow in the boreal forests of eastern Quebec. Can. J. For. Res. 39(2): 481–487. doi:10.1139/X08-174.

Boudreau, J., Nelson, R.F., Margolis, H.A., Beaudoin, A., Guindon, L., and Kimes, D.S. 2008. Regional aboveground forest biomass using airborne and spaceborne LiDAR in Québec. Remote Sens. Environ. 112(10): 3876–3890. doi:10.1016/j.rse.2008.06.003.

Brandt, J.P. 1997. Forest health monitoring in west-central Canada in 1996. Information Report NOR-X-351, Canadian Forest Service, Natural Resources Canada.

Brandt, J.P. 2009. The extent of the North American boreal zone. Environ. Rev. 17: 101–161. doi:10.1139/A09-004.

Brandt, J.P., Flannigan, M.D., Maynard, D.G., Thompson, I.D., and Volney, W.J.A. 2013. An introduction to Canada's boreal zone: ecosystem processes, health, sustainability, and environmental issues. Environ. Rev. This issue. doi:10.1139/er-2013-0040.

Bridgham, S., Megonigal, J., Keller, J., Bliss, N., and Trettin, C. 2006. The carbon balance of North American wetlands. Wetlands, 26(4): 889–916. doi:10.1672/0277-5212(2006)26[889:TCBONA]2.0.CO;2.

Brienen, R.J.W., Gloor, E., and Zuidema, P.A. 2012. Detecting evidence for $CO_2$ fertilization from tree ring studies: The potential role of sampling biases. Global Biogeochemical Cycles 26(1): GB1025, doi:10.1029/2011GB004143.

Briffa, K.R., Shishov, V.V., Melvin, T.M., Vaganov, E.A., Grudd, H., Hantemirov, R.M., Eronen, M., and Naurzbaev, M.M. 2008. Trends in recent temperature and radial tree growth spanning 2000 years across northwest Eurasia. Phil. Trans. R. Soc. B, 363(1501): 2269–2282. doi:10.1098/rstb.2007.2199.

Brodo, I.M., Sharnoff, S.D., and Sharnoff, S. 2001. Lichens of North America. Yale University Press, New Haven, Conn.

Brown, R.J.E., and Pewe, T.L. 1973. Distribution of permafrost in North America and its relationship to the environment: a review, 1963–1973. In Proceedings of the Second International Conference on Permafrost, Yakutsk, Siberia, USSR, 13–28 July 1973. pp. 71–100.

Brumelis, G., and Carleton, T.J. 1988. The vegetation of postlogged black spruce lowlands in central Canada. I. Trees and tall shrubs. Can. J. For. Res. 18(11): 1470–1478. doi:10.1139/x88-226.

Cairns, M.A., Brown, S., Helmer, E.H., and Baumgardner, G.A. 1997. Root biomass allocation in the world's upland forests. Oecologia, 111: 1–11. doi:10.1007/s004420050201.

Cameron, E.K., Bayne, E.M., and Clapperton, M.J. 2007. Human-facilitated invasion of exotic earthworms into northern boreal forests. Ecoscience, 14(4): 482–490. doi:10.2980/1195-6860(2007)14[482:HIOEEI]2.0.CO;2.

Canadian Carbon Program (CCP). 2011. Ecosystems in flux: carbon, climate, and disturbance in Canadian forests and peatlands. Perspectives from the Fluxnet-Canada and Canadian Carbon Program Research Networks (2001-2011). Edited by C. Coursolle. Canadian Carbon Program, Quebec, Que., Canada.

Canadian Forest Service. Natural Resources Canada. 2012. A Blueprint for Forest Carbon Science in Canada: 2012-2020. Ottawa, ON.

Carlson, M., Chen, J., Elgie, S., Henschel, C., Montenegro, A., Roulet, N., Scott, N., Tarnocai, C., and Wells, J. 2010. Maintaining the role of Canada's forests and peatlands in climate regulation. For. Chron. 86(4): 434–443.

Chapin, F.S., III, Callaghan, T.V., Bergeron, Y., Fukuda, M., Johnstone, J.F., Juday, G., and Zimov, S.A. 2004. Global change and the boreal forest: Thresholds, shifting states, or gradual change? Ambio, 33(6): 361–365. doi:10.1579/0044-7447-33.6.361.

Chapin, F.S., Woodwell, G.M., Randerson, J.T., Rastetter, E.B., Lovett, G.M., Baldocchi, D.D., Clark, D.A., Harmon, M.E., Schimel, D.S., Valentini, R., Wirth, C., Aber, J.D., Cole, J.J., Goulden, M.L., Harden, J.W., Heimann, M., Howarth, R.W., Matson, P.A., Mcguire, A.D., Melillo, J.M., Mooney, H.A., Neff, J.C., Houghton, R.A., Pace, M.L., Ryan, M.G., Running, S.W., Sala, O.E., Schlesinger, W.H., and Schulze, E.D. 2006. Reconciling carbon-cycle concepts, terminology, and methods. Ecosystems, 9(7): 1041–1050. doi:10.1007/s10021-005-0105-7.

Chen, J., Chen, W.J., Liu, J., Cihlar, J., and Gray, S. 2000. Annual carbon balance of Canada's forests during 1895-1996. Global Biogeochem. Cycles, 14(3): 839–849.

Chen, J., Colombo, S.J., Ter-Mikaelian, M.T., and Heath, L.S. 2008. Future carbon storage in harvested wood products from Ontario's Crown forests. Can. J. For. Res. 38(7): 1947–1958. doi:10.1139/X08-046.

Chen, J., Colombo, S.J., Ter-Mikaelian, M.T., and Heath, L.S. 2010. Carbon budget of Ontario's managed forests and harvested wood products, 2001-2100. For. Ecol. Manag. 259(8): 1385–1398. doi:10.1016/j.foreco.2010.01.007.

Chen, M., Zhuang, Q., Cook, D.R., Coulter, R., Pekour, M., Scott, R.L., Munger, J.W., and Bible, K. 2011. Quantification of terrestrial ecosystem carbon dynamics in the conterminous United States combining a process-based biogeochemical model and MODIS and AmeriFlux data. Biogeosciences, 8(9): 2665–2688. doi:10.5194/bg-8-2665-2011.

Ciais, P., Candell, J.G., Luyssaert, S., Chevallier, F., Shvidenko, A., Poussi, Z., Jonas, M., Peylin, P., King, A.W., Schulze, E.-D., Piao, S., Rödenbeck, C., Peters, W., and Bréon, F-M. 2010. Can we reconcile atmospheric estimates of the Northern terrestrial carbon sink with land-based accounting? Curr. Opin. Environ. Sustain. 2(4): 225–230. doi:10.1016/j.cosust.2010.06.008.

Clark, D.A., Brown, S., Kicklighter, D.W., Chambers, J.Q., Thomlinson, J.R., and Ni, J. 2001. Measuring net primary production in forests: concepts and field methods. Ecol. Appl. 11(2): 356–370. doi:10.1890/1051-0761(2001)011[0356:MNPPIF]2.0.CO;2.

Classen, A.T., Norby, R.J., Campany, C.E., Sides, K.E., and Weltzin, J.F. 2010. Climate change alters seedling emergence and establishment in an old-field

ecosystem. PLoS ONE [serial online], **5**(10): e13476, doi:10.1371/journal.pone.0013476.

Cole, C.T., Anderson, J.E., Lindroth, R.L., and Waller, D.M. 2010. Rising concentrations of atmospheric $CO_2$ have increased growth in natural stands of quaking aspen (*Populus tremuloides*). Global Change Biol. **16**(8): 2186–2197. doi:10.1111/j.1365-2486.2009.02103.x.

Conant, R.T., Ryan, M.G., Ågren, G.J., Birge, H.E., Davidson, E.A., Eliasson, P.E., Evans, S.E., Frey, S.D., Giardina, C.P., Hopkins, F.M., Hyvönen, R., Kirschbaum, M.U.F., Lavallee, J.M., Leifeld, J., Parton, W.J., Megan Steinweg, J., Wallenstein, M.D., Martin Wetterstedt, J.Å., and Bradford, M.A. 2011. Temperature and soil organic matter decomposition rates — Synthesis of current knowledge and a way forward. Global Change Biol. **17**(11): 3392–3404. doi:10.1111/j.1365-2486.2011.02496.x.

Cornwell, W.K., Cornelissen, J.H.C., Amatangelo, K., Dorrepaal, E., Eviner, V.T., Godoy, O., Hobbie, S.E., Hoorens, B., Kurokawa, H., Pérez-Harguindeguy, N., Quested, H.M., Santiago, L.S., Wardle, D.A., Wright, I.J., Aerts, R., Allison, S.D., Van Bodegom, P., Brovkin, V., Chatain, A., Callaghan, T.V., Díaz, S., Garnier, E., Gurvich, D.E., Kazakou, E., Klein, J.A., Read, J., Reich, P.B., Soudzilovskaia, N.A., Vaieretti, M.V., and Westoby, M. 2008. Plant species traits are the predominant control on litter decomposition rates within biomes worldwide. Ecol. Lett. **11**(10): 1065–1071. doi:10.1111/j.1461-0248.2008.01219.x.

Coursolle, C., Margolis, H.A., Giasson, M.-A., Bernier, P.-Y., Amiro, B.D., Arain, M.A., Barr, A.G., Black, T.A., Goulden, M.L., McCaughey, J.H., Chen, J.M., Dunn, A.L., Grant, R.F., and Lafleur, P.M. 2012. Influence of stand age on the magnitude and seasonality of carbon fluxes in Canadian forests. Agric. For. Meteorol. **165**: 136–148. doi:10.1016/j.agrformet.2012.06.011.

Covington, W.W. 1981. Changes in forest floor organic matter and nutrient content following clear cutting in northern hardwoods. Ecology, **62**(1): 41–48. doi:10.2307/1936666.

Cumming, S.G. 2001. Forest type and wildfire in the Alberta boreal mixedwood: what do fires burn? Ecol. Appl. **11**: 97–110. doi:10.1890/1051-0761(2001)011[0097:FTAWIT]2.0.CO;2.

Curtis, P.S., Hanson, P.J., Bolstad, P., Barford, C., Randolph, J.C., Schmid, H.P., and Wilson, K.B. 2002. Biometric and eddy-covariance based estimates of annual carbon storage in five eastern North American deciduous forests. Agric. For. Meteorol. **113**(1–4): 3–19. doi:10.1016/S0168-1923(02)00099-0.

Cyr, D., Gauthier, S., Bergeron, Y., and Carcaillet, C. 2009. Forest management is driving the eastern North American boreal forest outside its natural range of variability. Front. Ecol. Environ. **7**(10): 519–524. doi:10.1890/080088.

Darwin, C.R. 1881. Formation of Vegetable Mold Through the Action of Worms, with Observations of Their Habits. John Murray, London.

Davidson, E.A., and Janssens, I.A. 2006. Temperature sensitivity of soil carbon decomposition and feedbacks to climate change. Nature, **440**(7081): 165–173. doi:10.1038/nature04514.

Davidson, E.A., Trumbore, S.E., and Amundson, R. 2000. Biogeochemistry: soil warming and organic carbon content. Nature, **408**(6814): 789–790. doi:10.1038/35048672.

de Groot, W.J., Landry, R., Kurz, W.A., Anderson, K.R., Englefield, P., Fraser, R.H., Hall, R.J., Banfield, E., Raymond, D.A., Decker, V., Lynham, T.J., and Pritchard, J.M. 2007. Estimating direct carbon emissions from Canadian wildland fires. Int. J. Wildland Fire, **16**: 593–606. doi:10.1071/WF06150.

DeLuca, T.H., and Boisvenue, C. 2012. Boreal forest soil carbon: distribution, function, and modelling. Forestry, **85**(2):161–184. doi:10.1093/forestry/cps003.

DeSantis, R.D., Hallgren, S.W., and Stahle, D.W. 2011. Drought and fire suppression lead to rapid forest composition change in a fire-prairie ecotone. For. Ecol. Manag. **261**(11): 1833–1840. doi:10.1016/j.foreco.2011.02.006.

Devito, K., Creed, I., Gan, T., Mendoza, C., Petrone, R., Silins, U., and Smerdon, B. 2005. A framework for broad-scale classification of hydrologic response units on the Boreal Plain: Is topography the last thing to consider? Hydrol. Process. **19**(8): 1705–1714. doi:10.1002/hyp.5881.

Duchesne, L.C., and Hawkes, B.C. 2000. Fire in northern ecosystems. US Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, Utah. Gen. Tech. Rep. RMRS-GTR-42-vol. 2.

Dungait, J.A.J., Hopkins, D.W., Gregory, A.S., and Whitmore, A.P. 2012. Soil organic matter turnover is governed by accessibility not recalcitrance. Global Change Biol. **18**(6):1781–1796. doi:10.1111/j.1365-2486.2012.02665.x.

Dunn, A.L., Barford, C.C., Wofsy, S.C., Goulden, M.L., and Daube, B.C. 2007. A long-term record of carbon exchange in a boreal black spruce forest: means, responses to interannual variability, and decadal trends. Global Change Biol. **13**(3): 577–590. doi:10.1111/j.1365-2486.2006.01221.x.

Dymond, C.C., Neilson, E.T., Stinson, G., Porter, K., MacLean, D., Gray, D., Campagna, M., and Kurz, W.A. 2010. Future spruce budworm outbreak may create a carbon source in eastern Canadian forests. Ecosystems, **13**(6): 917–931. doi:10.1007/s10021-010-9364-z.

Environment Canada. 2009. National Inventory Report 1990-2007. Greenhouse Gas Sources and Sinks in Canada. Environment Canada, Ottawa, Ontario.

Environment Canada. 2011. National Inventory Report 1990-2009. Greenhouse Gas Sources and Sinks in Canada. Environment Canada, Ottawa, Ontario.

Environment Canada. 2012. National Inventory Report 1990-2010, Greenhouse Gas Sources and Sinks in Canada, Executive Summary, Environment Canada, Ottawa, Ontario.

Evers, A.K., Gordon, A.M., Gray, P.A., and Dunlop, W.I. 2012. Implications of a potential range expansion of invasive earthworms in Ontario's forested ecosystems: a preliminary vulnerability analysis. Science and Information Resources Division. Ontario Ministry of Natural Resources. Queen's Printer for Ontario. Ontario, Canada.

FAO. 2010. Global Forest Resources Assessment 2010. Food and Agricultural Organization of the United Nations, Rome. Forestry Paper 163.

Fenton, N., Bergeron, Y., and Paré, D. 2010. Decomposition rates of bryophytes in managed boreal forests: influence of bryophyte species and forest harvesting. Plant Soil, **336**(1): 499–508. doi:10.1007/s11104-010-0506-z.

Fissore, C., Giardina, C.P., Kolka, R.K., and Trettin, C.C. 2009. Soil organic carbon quality in forested mineral wetlands at different mean annual temperature. Soil Biol. Biochem. **41**(3): 458–466. doi:10.1016/j.soilbio.2008.11.004.

Fitter, A.H., and Hay, R.K.M. 2002. Environmental physiology of plants. 3rd ed. Academic Press, San Diego, Calif.

Fitzsimmons, M.J., Pennock, D.J., and Thorpe, J. 2004. Effects of deforestation on ecosystem carbon densities in central Saskatchewan, Canada. For. Ecol. Manag. **188**(1–3): 349–361. doi:10.1016/j.foreco.2003.08.005.

Flannigan, M.D., Amiro, B.D., Logan, K.A., Stocks, B.J., and Wotton, B.M. 2005a. Forest fires and climate change in the 21st century. Miti. Adapt. Strat. Global Change, **11**(4): 847–859. doi:10.1007/s11027-005-9020-7.

Flannigan, M.D., Logan, K.A., Amiro, B.D., Skinner, W.R., and Stocks, B.J. 2005b. Future area burned in Canada. Clim. Change, **72**(1–2): 1–16. doi:10.1007/s10584-005-5935-y.

Flannigan, M., Stocks, B., Turetsky, M., and Wotton, M. 2009. Impacts of climate change on fire activity and fire management in the circumboreal forest. Global Change Biol. **15**(3): 549–560. doi:10.1111/j.1365-2486.2008.01660.x.

Flesch, T.K., and Wilson, J.D. 1999. Wind and remnant tree sway in forest cutblocks. I. Measured winds in experimental cutblocks. Agric. For. Meteorol. **93**(4): 229–242. doi:10.1016/S0168-1923(98)00112-9.

Fontaine, S., Barot, S., Barre, P., Bdioui, N., Mary, B., and Rumpel, C. 2007. Stability of organic carbon in deep soil layers controlled by fresh carbon supply. Nature, **450**(7167): 277–280. doi:10.1038/nature06275.

Foote, R., and Grogan, P. 2010. Soil carbon accumulation during temperate forest succession on abandoned low productivity agricultural lands. Ecosystems, **13**(6): 795–812. doi:10.1007/s10021-010-9355-0.

Fraser, R.H., Hall, R.J., Landry, R., Lynham, T., Raymond, D., Lee, B., and Li, Z. 2004. Validation and calibration of Canada-wide coarse-resolution satellite burned area maps. Photogr. Eng. Remote Sens. **70**(4): 451–460.

Fraser, R.H., Olthof, I., Carriere, M., Deschamps, A., and Pouliot, D. 2011. Detecting long-term changes to vegetation in northern Canada using the Landsat satellite image archive. Environ. Res. Lett. **6**:045502. doi:10.1088/1748-9326/6/4/045502.

Gamache, I., and Payette, S. 2004. Height growth response of tree line black spruce to recent climate warming across the forest-tundra of eastern Canada. J. Ecol. **92**: 835–845. doi:10.1111/j.0022-0477.2004.00913.x.

Gamache, I., and Payette, S. 2005. Latitudinal response of subarctic tree lines to recent climate change in eastern Canada. J. Biogeogr. **32**(5): 849–862. doi:10.1111/j.1365-2699.2004.01182.x.

Gaumont-Guay, D., Black, T.A., Barr, A.G., Jassal, R.S., and Nesic, Z. 2008. Biophysical controls on rhizospheric and heterotrophic components of soil respiration in a boreal black spruce stand. Tree Physiol. **28**(2): 161–171. doi:10.1093/treephys/28.2.161.

Giardina, C.P., and Ryan, M.G. 2000. Evidence that decomposition rates of organic carbon in mineral soil do not vary with temperature. Nature, **404**(6780): 858–861. doi:10.1038/35009076.

Gillis, M.D. 2001. Canada's National Forest Inventory (responding to current information needs). Environ. Monitoring Assess. **67**(1): 121–129. doi:10.1023/A:1006405820244.

Gillis, M.D., Omule, A.Y., and Brierley, T. 2005. Monitoring Canada's forests: the National Forest Inventory. For. Chron. **81**(2): 214–221.

Girard, F., Payette, S., and Gagnon, R. 2008. Rapid expansion of lichen woodlands within the closed-crown boreal forest zone over the last 50 years caused by stand disturbances in eastern Canada. J. Biogeogr. **35**(3): 529–537. doi:10.1111/j.1365-2699.2007.01816.x.

Girardin, M.P., Bernier, P.Y., Raulier, F., Tardif, J.C., Conciatori, F., and Guo, X.J. 2011. Testing for a $CO_2$ fertilization effect on growth of Canadian boreal forests. J. Geophys. Res. [serial online], **116**(G1): G01012, doi:10.1029/2010JG001287.

Goetz, S.J., Baccini, A., Laporte, N.T., Johns, T., Walker, W., Kellndorfer, J., Houghton, R.A., and Sun, M. 2009. Mapping and monitoring carbon stocks with satellite observations: a comparison of methods, Carbon Balance Management, [serial online], **4**:2. doi:10.1186/1750-0680-4-2.

Gough, C.M., Vogel, C.S., Schmid, H.P., Su, H.-B., and Curtis, P.S. 2008. Multi-year convergence of biometric and meteorological estimates of forest carbon storage. Agric. For. Meteorol. **148**, 158–170. doi:10.1016/j.agrformet.2007.08.004.

Goulden, M.L., McMillan, A.M.S., Winston, G.C., Rocha, A.V., Manies, K.L., Harden, J.W., and Bond-Lamberty, B.P. 2011. Patterns of NPP, GPP, respiration, and NEP during boreal forest succession. Global Change Biol. **17**(2): 855–871. doi:10.1111/j.1365-2486.2010.02274.x.

Government of Canada. 2011. Forest Management Reference Level, March 2011. Available from http://unfccc.int/files/meetings/ad_hoc_working_groups/kp/application/pdf/canada_frml_en.pdf [accessed 14 March 2012].

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 10/10/14
For personal use only.

Gower, S.T., Krankina, O., Olson, R.J., Apps, M., Linder, S., and Wang, C. 2001. Net primary production and carbon allocation patterns of boreal forest ecosystems. Ecol. Appl. **11**(5): 1395–1411. doi:10.1890/1051-0761(2001)011[1395: NPPACA]2.0.CO;2.

Grant, R.F., Barr, A.G., Black, T.A., Gaumont-Guay, D., Iwashita, H., Kidson, J., McCaughey, H., Morgenstern, K., Murayama, S., Nesic, Z., Saigusa, N., Shashkov, A., and Zha, T. 2007. Net ecosystem productivity of boreal jack pine stands regenerating from clearcutting under current and future climates. Global Change Biol. **13**: 1–68. doi:10.1111/j.1365-2486.2006.01280.x.

Grant, R.F., Barr, A.G., Black, T.A., Margolis, H.A., Dunn, A.L., Metsaranta, J., Wang, S., McCaughey, J.H., and Bourque, C.A. 2009. Interannual variation in net ecosystem productivity of Canadian forests as affected by regional weather patterns — A Fluxnet-Canada synthesis. Agric. For. Meteorol. **149**(11): 2022–2039. doi:10.1016/j.agrformet.2009.07.010.

Grant, R.F., Barr, A.G., Black, T.A., Margolis, H.A., McCaughey, J.H., and Trofymow, J.A. 2010. Net ecosystem productivity of temperate and boreal forests after clearcutting — A Fluxnet-Canada measurement and modelling synthesis. Tellus B, **62**(5): 475–496. doi:10.1111/j.1600-0889.2010.00500.x.

Graunlich, L.J., Brubaker, L.B., and Grier, C.C. 1989. Long-term trends in forest net primary productivity: Cascade Mountains, Washington. Ecology, **70**(2): 405–410. doi:10.2307/1937545.

Graven, H.D., Keeling, R.F., Piper, S.C., Patra, P.K., Stephens, B.B., Wofsy, S.C., Welp, L.R., Sweeney, C., Tans, P.P., Kelley, J.J., Daube, B.C., Kort, E.A., Santoni, G.W., and Bent, J.D. 2013. Enhanced seasonal exchange of $CO_2$ by northern ecosystems since 1960. Science, **341**(6150): 1085–1089. doi:10.1126/science.1239207.

Greene, D.F., and Johnson, E.A. 2000. Tree recruitment from burn edges. Can. J. For. Res. **30**(8): 1264–1274. doi:10.1139/x00-040.

Greene, D.F., Zasada, J.C., Sirois, L., Kneeshaw, D., Morin, H., Charron, I., and Simard, M.J. 1999. A review of the regeneration dynamics of North American boreal forest tree species. Can. J. For. Res. **29**(6): 824–839. doi:10.1139/x98-112.

Greene, D.F., Noël, J., Bergeron, Y., Rousseau, M., and Gauthier, S. 2004. Recruitment of *Picea mariana*, *Pinus banksiana*, and *Populus tremuloides* across a burn severity gradient following wildfire in the southern boreal forest of Quebec. Can. J. For. Res. **34**(9): 1845–1857. doi:10.1139/x04-059.

Griffis, T.J., Black, T.A., Morgenstern, K., Barr, A.G., Nesic, Z., Drewitt, G.B., Gaumont-Guay, D., and McCaughey, J.H. 2003. Ecophysiological controls on the carbon balances of three southern boreal forests. Agric. For. Meteorol. **117**(1–2): 53–71. doi:10.1016/S0168-1923(03)00023-6.

Grosse, G., Romanovsky, V., Jorgenson, T., Anthony, K.W., Brown, J., and Overduin, P.P. 2011. Vulnerability and feedbacks of permafrost to climate change. Eos Transactions, American Geophysical Union, **92**(9): 73–74. doi:10.1029/2011EO090001.

Gundale, M.J., Deluca, T.H., and Nordin, A. 2011. Bryophytes attenuate anthropogenic nitrogen inputs in boreal forests. Global Change Biol. **17**(8): 2743–2753. doi:10.1111/j.1365-2486.2011.02407.x.

Gupta, R.K., and Roa, D.L. 1994. Potential wastelands for sequestering carbon by reforestation. Curr. Sci. **66**: 378–380.

Hagemann, U., Moroni, M., Gleißner, J., and Makeschin, F. 2010. Accumulation and preservation of dead wood upon burial by bryophytes. Ecosystems, **13**(4): 600–611. doi:10.1007/s10021-010-9343-4.

Hale, C.M., Frelich, L.E., and Reich, P.B. 2005. Exotic European earthworm invasion dynamics in northern hardwood forests of Minnesota, U.S.A. Ecol. Apps. **15**(3):848–860. doi:10.1890/03-5345.

Hamann, A., and Wang, T.L. 2006. Potential effects of climate change on ecosystem and tree species distribution in British Columbia. Ecology, **87**(11): 2773–2786. doi:10.1890/0012-9658(2006)87[2773:PEOCCO]2.0.CO;2.

Hansen, J., Satoa, M. and Ruedy, R. 2012. Perception of climate change. Proc. Nat. Acad. Sci. [early edition. 9 pages], doi:10.1073/pnas.1205276109.

Hansen, M.C., Stehman, S.V., and Potapov, P.V. 2010. Quantification of global gross forest cover loss. Proc. Natl. Acad. Sci. U.S.A. **107**(19): 8650–8655. doi:10.1073/pnas.0912668107.

Harper, K., Boudreault, C., DeGrandpre, L., Drapeau, P., Gauthier, S., and Bergeron, Y. 2003. Structure, composition, and diversity of old-growth black spruce boreal forest of the Clay Belt region in Quebec and Ontario. Environ. Rev. **11**: S79–S98. doi:10.1139/a03-013.

Harrison, R.B., Footen, P.W., and Strahm, B.D. 2011. Deep soil horizons: contribution and importance to soil carbon pools and in assessing wholeecosystem response to management and global change. For. Sci. **57**(1): 67–76.

Harsch, M.A., Hulme, P.E., McGlone, M.S., and Duncan, R.P. 2009. Are treelines advancing? A global meta-analysis of treeline response to climate warming. Ecol. Lett. **12**: 1040–1049. PMID:19682007.

Hartshorn, A.S., Southard, R.J., and Bledsoe, C.S. 2003. Structure and function of peatland-forest ecotones in southeastern Alaska. Soil Sci. Soc. Am. J. **67**(5): 1572–1581. doi:10.2136/sssaj2003.1572.

Hashimoto, H., Wang, W., Milesi, C., White, M.A., Ganguly, S., Gamo, M., Hirata, R., Myneni, R.B., and Nemani, R.R. 2012. Exploring simple algorithms for estimating gross primary production in forested areas from satellite data. Remote Sens. **4**(1): 303–326. doi:10.3390/rs4010303.

Hayes, D.J., McGuire, A.D., Kicklighter, D.W., Gurney, K.R., Burnside, T.J., and Melillo, J.M. 2011. Is the northern high-latitude land-based $CO_2$ sink weakening? Global Biogeochem. Cycles, [serial online], **25**(3): GB3018, doi:10.1029/2010GB003813.

Hayes, D.J., Turner, D.P., Stinson, G., McGuire, A.D., Wei, Y., West, T.O., Heath, L.S., Jong, B., McConkey, B.G., Birdsey, R.A., Kurz, W.A., Jacobson, A.R., Huntzinger, D.N., Pan, Y., Post, W.M., and Cook, R.B. 2012. Reconciling estimates of the contemporary North American carbon balance among terrestrial biosphere models, atmospheric inversions, and a new approach for estimating net ecosystem exchange from inventory-based data. Global Change Biol. **18**(4): 1282–1299. doi:10.1111/j.1365-2486.2011.02627.x.

Heath, L.S., Smith, J.E., Woodall, C.W., Azuma, D.L., and Waddell, K.L. 2011. Carbon stocks on forestland of the United States, with emphasis on USDA Forest Service ownership. Ecosphere, [serial online], **2**(1): art6, doi:10.1890/ES10-00126.1.

Hegginbottom, J.A., Dubreuil, M.A. and Harker, P.T. 1995. Canada, Permafrost. National Atlas of Canada. 5th ed. Natural Resources Canada, Ottawa, Ontario. MCR 4177.

Heinemeyer, A., Croft, S., Garnett, M.H., Gloor, E., Holden, J., Lomas, M.R., and Ineson, P. 2010. The MILLENNIA peat cohort model: predicting past, present and future soil carbon budgets and fluxes under changing climates in peatlands. Clim. Res. **45**: 207–226. doi:10.3354/cr00928.

Helama, S., Tuomenvirta, H., and Venäläinen, A. 2011. Boreal and subarctic soils under climatic change. Global Planet. Change, **79**(1–2): 37–47. doi:10.1016/j.gloplacha.2011.08.001.

Hély, C., Girardin, M.P., Ali, A.A., Carcaillet, C., Brewer, S., and Bergeron, Y. 2010. Eastern boreal North American wildfire risk of the past 7000 years: a modeldata comparison. Geophys. Res. Lett. [serial online], **37**(14): L14709. doi:10.1029/2010GL043706.

Hember, R.A., Kurz, W.A., Metsaranta, J.M., Black, T.A., Coops, N.C., and Guy, R.D. 2012. Accelerated regrowth of temperate-maritime forests due to environmental change. Global Change Biol. **18**(6):2026–2040. doi:10.1111/j.1365-2486.2012.02669.x.

Hennigar, C.R., MacLean, D.A., and Amos-Binks, L.J. 2008. A novel approach to optimize management strategies for carbon stored in both forests and wood products. For. Ecol. Manag. **256**(4): 786–797. doi:10.1016/j.foreco.2008.05.037.

Hennon, P.E., D'Amore, D.V., Schaberg, P.G., Wittwer, D.T., and Shanley, C.S. 2012. Shifting climate, altered niche, and a dynamic conservation strategy for yellow-cedar in the North Pacific coastal rainforest. Bioscience, **62**(2): 147–158. doi:10.1525/bio.2012.62.2.8.

Hicke, J.A., Allen, C.D., Desai, A.R., Dietze, M.C., Hall, R.J., Hogg, E.H., Kashian, D.M., Moore, D., Raffa, K.F., Sturrock, R.N., and Vogelmann, J. 2012. Effects of biotic disturbances on forest carbon cycling in the United States and Canada. Global Change Biol. **18**(1): 7–34. doi:10.1111/j.1365-2486.2011.02543.x.

Hickler, T., Smith, B., Prentice, I.C., Mjöfors, K., Miller, P., Arneth, A., and Sykes, M.T. 2008. $CO_2$ fertilization in temperate FACE experiments not representative of boreal and tropical forests. Global Change Biol. **14**(7): 1531–1542. doi:10.1111/j.1365-2486.2008.01598.x.

Hilker, T., Hall, F.G., Coops, N.C., Lyapustin, A., Wang, Y., Nesic, Z., Grant, N., Black, T.A., Wulder, M.A., Kljun, N., Hopkinson, C., and Chasmer, L. 2010. Remote sensing of photosynthetic light-use efficiency across two forested biomes: spatial scaling. Remote Sens. Environ. **114**(12): 2863–2874. doi:10.1016/j.rse.2010.07.004.

Hobbie, S.E., Schimel, J.P., Trumbore, S.E., and Randerson, J.R. 2000. Controls over carbon storage and turnover in high-latitude soils. Global Change Biol. **6**(S1): 196–210. doi:10.1046/j.1365-2486.2000.06021.x.

Hobson, K.A., Bayne, E.M., and Van Wilgenburg, S.L. 2002. Large-scale conversion of forest to agriculture in the Boreal Plains of Saskatchewan. Conserv. Biol. **16**(6): 1530–1541. doi:10.1046/j.1523-1739.2002.01199.x.

Hogg, E.H., and Hurdle, P.A. 1995. The aspen parkland in western Canada: A dry-climate analogue for the future boreal forest? Water Air Soil Pollut. **82**(1): 391–400. doi:10.1007/BF01182849.

Hogg, E.H., Brandt, J.P., and Kochtubajda, B. 2002. Growth and dieback of aspen forests in northwestern Alberta, Canada, in relation to climate and insects. Can. J. For. Res. **32**(5): 823–832. doi:10.1139/x01-152.

Hogg, E.H., Brandt, J.P., and Michaelian, M. 2008. Impacts of a regional drought on the productivity, dieback, and biomass of western Canadian aspen forests. Can. J. For. Res. **38**(6): 1373–1384. doi:10.1139/X08-001.

Holden, J. 2005. Peatland hydrology and carbon release: why small-scale process matters. Phil. Trans. R. Soc. A, **363**(1837): 2891–2913. doi:10.1098/rsta.2005.1671.

Hoover, C.M. (*Editor*). 2008. Field measurements for forest carbon monitoring: a landscape-scale approach. Springer Science + Business Media, New York.

Huang, C.-Y., and Anderegg, W.R.L. 2012. Large drought-induced aboveground live biomass losses in southern Rocky Mountain aspen forests. Global Change Biol. **18**(3): 1016–1027. doi:10.1111/j.1365-2486.2011.02592.x.

Huang, C.-Y., Hendrix, P.F., Fahey, T.J., Bohlen, P.J., and Groffman, P.M. 2010. A simulation model to evaluate the impacts of invasive earthworms on soil carbon dynamics. Ecol. Model. **221**(20): 2447–2457. doi:10.1016/j.ecolmodel.2010.06.023.

Huang, J.-G., Bergeron, Y., Berninger, F., Zhai, L., Tardif, J.C., and Denneler, B. 2013. Impact of future climate on radial growth of four major boreal tree species in the eastern Canadian boreal forest. PLoS ONE **8**(2): e56758. doi:10.1371/journal.pone.0056758.

Huntzinger, D.N., Post, W.M., Wei, Y., Michalak, A.M., West, T.O., Jacobson, A.R., Baker, I.T., Chen, J.M., Davis, K.J., Hayes, D.J., Hoffman, F.M., Jain, A.K., Liu, S.,

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

McGuire, A.D., Neilson, R.P., Potter, Chris, Poulter, B., Price, David, Raczka, B.M., Tian, H.Q., Thornton, P., Tomelleri, E., Viovy, N., Xiao, J., Yuan, W., Zeng, N., Zhao, M., and Cook, R. 2012. North American Carbon Project (NACP) regional interim synthesis: terrestrial biospheric model intercomparison. Ecol. Model. **232**: 144–157. doi:10.1016/j.ecolmodel.2012.02.004.

IPCC. 2003. Good practice guidance for land use, land-use change and forestry. Institute for Global Environmental Strategies. Good practice guidance for land use, land-use change and forestry. *Edited by* J. Penman, M. Gytarsky, T. Hiraishi, T. Krug, D. Kruger, R. Pipatti, L. Buendia, K. Miwa, T. Ngara, K. Tanabe, and F. Wagner. Intergovernmental Panel on Climate Change (IPCC), IPCC/IGES, Hayama, Japan.

IPCC. 2007. Contribution of Working Group I to the fourth assessment report of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, UK.

Irvine, J., Law, B.E., and Kurpius, M.R. 2005. Coupling of canopy gas exchange with root and rhizosphere respiration in a semi-arid forest. Biogeochemistry, **73**(1): 271–282. doi:10.1007/s10533-004-2564-x.

Iversen, C.M., Ledford, J., and Norby, R.J. 2008. CO$_2$ enrichment increases carbon and nitrogen input from fine roots in a deciduous forest. New Phytol. **179**(3): 837–847. doi:10.1111/j.1469-8137.2008.02516.x.

Jacobson, A.R., Mikaloff Fletcher, S.E., Gruber, N., Sarmiento, J.L., and Gloor, M. 2007. A joint atmosphere-ocean inversion for surface fluxes of carbon dioxide. 2. Regional results. Global Biogeochem. Cycles, [serial online], **21**(1): GB1020, doi:10.1029/2006GB002703.

Jandl, R., Lindner, M., Vesterdal, L., Bauwens, B., Baritz, R., Hagedorn, F., Johnson, D.W., Minkkinen, K., and Byrne, K.A. 2007. How strongly can forest management influence soil carbon sequestration? Geoderma, **137**(3–4): 253–268. doi:10.1016/j.geoderma.2006.09.003.

Jarvis, P., and Linder, S. 2000. Botany: constraints to growth of boreal forests. Nature, **405**(6789): 904–905. doi:10.1038/35016154.

Johnstone, J.F., and Chapin, F.S., III. 2006a. Effects of soil burn severity on post-fire tree recruitment in boreal forests. Ecosystems, **9**(1): 14–31. doi:10.1007/s10021-004-0042-x.

Johnstone, J.F., and Chapin, F.S., III. 2006b. Fire interval effects on successional trajectory in boreal forests of northwest Canada. Ecosystems, **9**(2): 268–277. doi:10.1007/s10021-005-0061-2.

Johnstone, J.F., Rupp, T.S., Olson, M., and Verbyla, D. 2011. Modeling impacts of fire severity on successional trajectories and future fire behavior in Alaska boreal forests. Landscape Ecology, **26**:487–500. doi:10.1007/s10980-011-9574-6.

Ju, W., Chen, J.M., Black, T.A., Barr, A.G., Liu, J., and Chen, B. 2006. Modelling multi-year coupled carbon and water fluxes in a boreal aspen forest. Agric. For. Meteorol. **140**(1–4): 136–151. doi:10.1016/j.agrformet.2006.08.008.

Ju, W., Chen, J.M., Black, T.A., Barr, A.G., and McCaughey, H. 2010. Spatially simulating changes of soil water content and their effects on carbon sequestration in Canada's forests and wetlands. Tellus B, **62**(3): 140–159. doi:10.1111/j.1600-0889.2010.00459.x.

Kanevskiy, M., Shur, Y., Fortier, D., Jorgenson, M.T., and Stephani, E. 2011. Cryo-stratigraphy of late Pleistocene syngenetic permafrost (yedoma) in northern Alaska, Itkillik River exposure. Quat. Res. **75**(3): 584–596. doi:10.1016/j.yqres.2010.12.003.

Kang, S., Kimball, J.S., and Running, S.W. 2006. Simulating effects of fire disturbance and climate change on boreal forest productivity and evapotranspiration. Sci. Total Environ. **362**(1–3): 85–102. doi:10.1016/j.scitotenv.2005.11.014.

Karjalainen, T., Pussinen, A., Liski, J., Nabuurs, G.J., Erhard, M., Eggers, T., Sonntag, M., and Mohren, G.M.J. 2002. An approach towards an estimate of the impact of forest management and climate change on the European forest sector carbon budget: Germany as a case study. For. Ecol. Manag. **162**(1): 87–103. doi:10.1016/S0378-1127(02)00052-X.

Kasischke, E.S., and Stocks, B.J. (*Editors*). 2000. Fire, climate change, and carbon cycling in the boreal forest. Springer, New York.

Kauppi, P.E., Posch, M., Hänninen, P., Henttonen, H.M.I., Antti, Lappalainen, E., Starr, M., and Tamminen, P. 1997. Carbon reservoirs in peatlands and forests in the boreal regions of Finland. Silva Fenn. **31**(1): 13–25.

Kauppi, P., Rautiainen, A., Lehtonen, A., and Saikku, L. 2009. Carbon sequestration in forest trees of the EU as affected by long-term changes of land use. CAB Rev. **4**(041): 1–14.

Kauppi, P.E., Rautiainen, A., Korhonen, K.T., Lehtonen, A., Liski, J., Nöjd, P., Tuominen, S., Haakana, M., and Virtanen, T. 2010. Changing stock of biomass carbon in a boreal forest over 93 years. For. Ecol. Manag. **259**: 1239–1244. doi:10.1016/j.foreco.2009.07.044.

Keenan, T.F., Baker, I., Barr, A., Ciais, P., Davis, K., Dietze, M., Dragoni, D., Gough, C.M., Grant, R., Hollinger, D., Hufkens, K., Poulter, B., McCaughey, H., Raczka, B., Ryu, Y., Schaefer, K., Tian, H., Verbeeck, H., Zhao, M., and Richardson, A.D. 2012. Terrestrial biosphere model performance for inter-annual variability of land-atmospheric CO$_2$ exchange. Global Change Biol. **18**(6): 1971–1987. doi:10.1111/j.1365-2486.2012.02678.x.

Keith, H., Mackey, B.G., and Lindenmayer, D.B. 2009. Re-evaluation of forest biomass carbon stocks and lessons from the world's most carbon-dense forests. Proc. Natl. Acad. Sci. U.S.A. **106**(28): 11635–11640. doi:10.1073/pnas.0901970106.

Keith, H., Mackey, B., Berry, S., Lindenmayer, D., and Gibbons, P. 2010. Estimating carbon carrying capacity in natural forest ecosystems across heterogeneous

Kent, J.O.N. 1966. Agriculture in the clay belt of northern Ontario. Can. Geogr. **10**(2): 117–126. doi:10.1111/j.1541-0064.1966.tb00530.x.

Kimball, J.S., McDonald, K.C., Running, S.W., and Frolking, S.E. 2004. Satellite radar remote sensing of seasonal growing seasons for boreal and subalpine evergreen forests. Remote Sens. Environ. **90**(2): 243–258. doi:10.1016/j.rse.2004.01.002.

Kimball, J.S., Zhao, M., McDonald, K.C., and Running, S.W. 2006. Satellite remote sensing of terrestrial net primary production for the pan-arctic basin and Alaska. Miti. Adapt. Strat. Global Change, **11**(4): 783–804. doi:10.1007/s11027-005-9014-5.

Kip, N., van Winden, J.F., Pan, Y., Bodrossy, L., Reichart, G.J., Smolders, A.J.P., Jetten, M.S.M., Damste, J.S.S., and Op den Camp, H.J.M. 2010. Global prevalence of methane oxidation by symbiotic bacteria in peat-moss ecosystems. Nature Geosci. **3**(9): 617–621. doi:10.1038/ngeo939.

Kljun, N., Black, T.A., Griffis, T.J., Barr, A.G., Gaumont-Guay, D., Morgenstern, K., McCaughey, J.H., and Nesic, Z. 2006. Response of net ecosystem productivity of three boreal forest stands to drought. Ecosystems, **9**(7): 1128–1144. doi:10.1007/s10021-005-0082-x.

Knorr, M., Frey, S.D., and Curtis, P.S. 2005. Nitrogen additions and litter decomposition: a meta-analysis. Ecology, **86**(12): 3252–3257. doi:10.1890/05-0150.

Komarov, A., Chertov, O., Zudin, S., Nadporozhskaya, M., Mikhailov, A., Bykhovets, S., Zudina, E., and Zoubkova, E. 2003. EFIMOD 2 — A model of growth and cycling of elements in boreal forest ecosystems. Ecol. Model. **170**(2–3): 373–392. doi:10.1016/S0304-3800(03)00240-0.

Körner, C. 2003. Slow in, rapid out — Carbon flux studies and Kyoto targets. Science, **300**(5623): 1242–1243. doi:10.1126/science.1084460.

Körner, C. 2012. Alpine treelines: Functional ecology of the global high elevation tree limits. Springer.

Krawchuk, M., Cumming, S., and Flannigan, M. 2009. Predicted changes in fire weather suggest increases in lightning fire initiation and future area burned in the mixedwood boreal forest. Clim. Change, **92**(1): 83–97. doi:10.1007/s10584-008-9460-7.

Kurganova, I., Kudeyarov, V., and Lopes De Gerenyu, V. 2010. Updated estimate of carbon balance on Russian territory. Tellus B, **62**(5): 497–505. doi:10.1111/j.1600-0889.2010.00467.x.

Kurz, W.A. 2010. An ecosystem context for global gross forest cover loss estimates. Proc. Natl. Acad. Sci. U.S.A. **107**(20): 9025–9026. doi:10.1073/pnas.1004508107.

Kurz, W.A., and Apps, M.J. 1999. A 70-year retrospective analysis of carbon fluxes in the Canadian forest sector. Ecol. Appl. **9**(2): 526–547. doi:10.1890/1051-0761(1999)009[0526:AYRAOC]2.0.CO;2.

Kurz, W.A., and Apps, M.J. 2006. Developing Canada's National Forest Carbon Monitoring, Accounting and Reporting System to meet the reporting requirements of the Kyoto Protocol. Miti. Adapt. Strat. Global Change, **11**(1): 33–43. doi:10.1007/s11027-006-1006-6.

Kurz, W.A., Apps, M.J., Webb, T.M., and McNamee, P.J. 1992. Carbon budget of the Canadian forest sector. Phase 1. Forestry Canada, Northwest Region, Northern Forestry Centre. Information Report NOR-X-326.

Kurz, W.A., Apps, M.J., Stocks, B.J., and Volney, W.J.A. 1995. Global climate change: Disturbance regimes and biospheric feedbacks of temperate and boreal forests. *In* Biotic feedbacks in the global climatic system: Will the warming feed the warming? *Edited by* G.M. Woodwell and F.T. Mackenzie. Oxford University Press, New York, Oxford. pp. 119–133.

Kurz, W.A., Beukema, S.J., and Apps, M.J. 1996. Estimation of root biomass and dynamics for the carbon budget model of the Canadian forest sector. Can. J. For. Res. **26**(11): 1973–1979. doi:10.1139/x26-223.

Kurz, W.A., Beukema, S.J., and Apps, M.J. 1998. Carbon budget implications of the transition from natural to managed disturbance regimes in forest landscapes. Miti. Adapt. Strat. Global Change, **2**: 405–421. doi:10.1023/B:MITI.0000004486.62808.29.

Kurz, W.A., Stinson, G., and Rampley, G. 2008a. Could increased boreal forest ecosystem productivity offset carbon losses from increased disturbances? Phil. Trans. R. Soc. B, **363**: 2259–2268.

Kurz, W.A., Stinson, G., Rampley, G.J., Dymond, C.C., and Neilson, E.T. 2008b. Risk of natural disturbances makes future contribution of Canada's forests to the global carbon cycle highly uncertain. Proc. Natl. Acad. Sci. U.S.A. **105**(5): 1551–1555. doi:10.1073/pnas.0708133105.

Kurz, W.A., Dymond, C.C., Stinson, G., Rampley, G.J., Neilson, E.T., Carroll, A.L., Ebata, T., and Safranyik, L. 2008c. Mountain pine beetle and forest carbon feedback to climate change. Nature, **452**(7190): 987–990. doi:10.1038/nature06777.

Kurz, W.A., Dymond, C.C., White, T.M., Stinson, G., Shaw, C.H., Rampley, G.J., Smyth, C., Simpson, B.N., Neilson, E.T., Trofymow, J.A., Metsaranta, J., and Apps, M.J. 2009. CBM-CFS3: a model of carbon-dynamics in forestry and land-use change implementing IPCC standards. Ecol. Model. **220**(4): 480–504. doi:10.1016/j.ecolmodel.2008.10.018.

Laclau, P. 2003. Biomass and carbon sequestration in ponderosa pine plantations and native cypress forests in northwestern Patagonia. For. Ecol. Manag. **180**: 317–333. doi:10.1016/S0378-1127(02)00580-7.

Lafleur, P., Pare, D., Munson, A.D., and Bergeron, Y. 2010. Response of northeast-

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

ern North American forests to climate change: Will soil conditions constrain tree species migration? Environ. Rev. **18**: 279–289. doi:10.1139/A10-013.

Lambert, M.C., Ung, C.H., and Raulier, F. 2005. Canadian national tree aboveground biomass equations. Can. J. For. Res. **35**(8): 1996–2018. doi:10.1139/x05-112.

Landsberg, J.J., and Waring, R.H. 1997. A generalised model of forest productivity using simplified concepts of radiation-use efficiency, carbon balance and partitioning. For. Ecol. Manag. **95**: 209–228. doi:10.1016/S0378-1127(97)00026-1.

Langmaid, K. 1964. Some effects of earthworm invasion in virgin Podzols. Can. J. Soil Sci. **44**:34–37. doi:10.4141/cjss64-005.

Langor, D.W., Cameron, E., MacQuarrie, C.J.K., McBeath, A., McClay, A., Peter, B., Pybus, M., Ramsfield, T., Ryall, K., Scarr, T., Yemshanov, D., DeMerchant, I., Foottit, R., and Pohl, G.R. Non-native species in Canada's boreal forest: diversity, impacts and risk. Manuscript in preparation.

Lavigne, M.B., Wulder, M.A., Coops, N.C., Stinson, G., Gauthier, S., Zelazny, V., and McKendry, M. Factors affecting sustainable timber harvest levels in Canadian boreal forests. Manuscript in preparation.

Lavoie, M., Pare, D., and Bergeron, Y. 2005. Impact of global change and forest management on carbon sequestration in northern forested peatlands. Environ. Rev. **13**(4): 199–240. doi:10.1139/a05-014.

Le Quéré, C., Raupach, M.R., Canadell, J.G., Marland, G., Bopp, L., Ciais, P., Conway, T.J., Doney, S.C., Feely, R.A., Foster, P., Friedlingstein, P., Gurney, K., Houghton, R.A., House, J.I., Huntingford, C., Levy, P.E., Lomas, M.R., Majkut, J., Metzl, N., Ometto, J.P., Peters, G.P., Prentice, I.C., Randerson, J.T., Running, S.W., Sarmiento, J.L., Schuster, U., Sitch, S., Takahashi, T., Viovy, N., van der Werf, G.R., and Woodward, F.I. 2009. Trends in the sources and sinks of carbon dioxide. Nature Geosci. **2**(12): 831–836. doi:10.1038/ngeo689.

LeBauer, D.S., and Treseder, K.K. 2008. Nitrogen limitation of net primary productivity in terrestrial ecosystems is globally distributed. Ecology, **89**: 371–379. doi:10.1890/06-2057.1.

Leckie, D.G., Gillis, M.D., and Wulder, M.A. 2002. Deforestation estimation for Canada under the Kyoto Protocol: a design study. Can. J. Remote Sens. **28**(5): 672–678. doi:10.5589/m02-062.

Leckie, D., Paradine, D., Burt, W., Hardman, D., and Tinis, S. 2006. Deforestation area estimation for Canada: methods summary. Pacific Forestry Centre, Canadian Forest Service, Natural Resources Canada, Victoria, B.C. Rep. DRS-Q-001.

Leckie, D., Dyk, A., Paradine, D., Tammadge, D., and Tinis, S. 2009. Deforestation interpretation guide (Version NIR 2011). Pacific Forestry Centre, Canadian Forest Service, Natural Resources Canada, Victoria, B.C. Rep. DRS-M-016.

Lefsky, M.A. 2010. A global forest canopy height map from the moderate resolution imaging spectroradiometer and the geoscience laser altimeter system. Geophys. Res. Lett. [serial online], **37**(15): L15401, doi:10.1029/2010GL043622.

Leithead, M., Anand, M., and Silva, L. 2010. Northward migrating trees establish in treefall gaps at the northern limit of the temperate–boreal ecotone. Ontario, Canada. Oecologia, **164**(4): 1095–1106. doi:10.1007/s00442-010-1769-z.

Lemprière, T.C., Kurz, W.A., Hogg, E.H., Schmoll, C., Rampley, G.J., Yemshanov, D., McKenney, D.W., Gilsenan, R., Bhatti, J.S., Beatch, A., and Krcmar, E. 2013. Canadian boreal forests and climate change mitigation. Environ. Rev. This issue. doi:10.1139/er-2013-0039.

Letang, D.L., and de Groot, W.J. 2012. Forest floor depths and fuel loads in upland Canadian forests. Can. J. For. Res. **42**(8):1551–1565. doi:10.1139/x2012-093.

Li, Z., Kurz, W.A., Apps, M.J., and Beukema, S.J. 2003. Belowground biomass dynamics in the carbon budget model of the Canadian forest sector: recent improvements and implications for the estimation of NPP and NEP. Can. J. For. Res. **33**(1): 126–136. doi:10.1139/x02-165.

Lindroth, A., Lagergren, F., Grelle, A., Klemedtsson, L., Langvall, O.L.A., Weslien, P.E.R., and Tuulik, J. 2009. Storms can cause Europe-wide reduction in forest carbon sink. Global Change Biol. **15**(2): 346–355. doi:10.1111/j.1365-2486.2008.01719.x.

Liski, J., Palosuo, T., Peltoniemi, M., and Sieväinen, R. 2005. Carbon and decomposition model Yasso for forest soils. Ecol. Model. **189**: 168–182. doi:10.1016/j.ecolmodel.2005.03.005.

Lloyd, J. 1999. The CO$_2$ dependence of photosynthesis, plant growth responses to elevated CO$_2$ concentrations and their interaction with soil nutrient status. II. Temperate and boreal forest productivity and the combined effects of increasing CO$_2$ concentrations and increased nitrogen deposition at a global scale. Funct. Ecol. **13**(4): 439–459. doi:10.1046/j.1365-2435.1999.00350.x.

Loehle, C. 1996. Forest response to climate change: Do simulations predict unrealistic dieback? J. For. **94**(9): 13–15.

Loehle, C. 2000. Forest ecotone response to climate change: sensitivity to temperature response functional forms. Can. J. For. Res. **30**(10): 1632–1645. doi:10.1139/x00-088.

Lubbers, I.M., van Groenigen, K.J., Fonte, S.J., Six, J., Brussaard, L., and van Groenigen, J.W. 2013. Greenhouse-gas emissions from soils increased by earthworms. Nature Clim. Change. **3**:187–194. doi:10.1038/nclimate1692.

Luyssaert, S., Schulze, E.D., Borner, A., Knohl, A., Hessenmoller, D., Law, B.E., Ciais, P., and Grace, J. 2008. Old-growth forests as global carbon sinks. Nature, **455**(7210): 213–215. doi:10.1038/nature07276.

Ma, Z., Peng, C., Zhu, Q., Chen, H., Yu, G., Li, W., Zhou, X., Wang, W., and Zhang, W. 2012. Regional drought-induced reduction in the biomass carbon

sink of Canada's boreal forests. Proc. Natl. Acad. Sci. U.S.A. **109**(7): 2423–2427. doi:10.1073/pnas.1111576109.

MacDonald, G.M., Kremenetski, K.V., and Beilman, D.W. 2008. Climate change and the northern Russian treeline zone. Phil. Trans. R. Soc. B, **363**(1501): 2283–2299. doi:10.1098/rstb.2007.2200.

Magnani, F., Mencuccini, M., Borghetti, M., Berbigier, P., Berninger, F., Delzon, S., Grelle, A., Hari, P., Jarvis, P.G., Kolari, P., Kowalski, A.S., Lankreijer, H., Law, B.E., Lindroth, A., Loustau, D., Manca, G., Moncrieff, J.B., Rayment, M., Tedeschi, V., Valentini, R., and Grace, J. 2007. The human footprint in the carbon cycle of temperate and boreal forests. Nature, **447**(7146): 849–851. doi:10.1038/nature05847.

Magnussen, S., and Wulder M.A. 2012. Post-fire canopy height recovery in Canada's boreal forests using airborne laser scanner (ALS). Remote Sens. **4**: 1600–1616. doi:10.3390/rs4061600.

Mamet, S.D., and Kershaw, G.P. 2013. Multi-scale analysis of environmental conditions and conifer seedling distribution across the treeline ecotone of northern Manitoba, Canada. Ecosystems, **16**: 295–309. doi:10.1007/s10021-012-9614-3.

Marschner, B., Brodowski, S., Dreves, A., Gleixner, G., Gude, A., Grootes, P.M., Hamer, U., Heim, A., Jandl, G., Ji, R., Kaiser, K., Kalbitz, K., Kramer, C., Leinweber, P., Rethemeyer, J., Schäffer, A., Schmidt, M.W.I., Schwark, L., and Wiesenberg, G.L.B. 2008. How relevant is recalcitrance for the stabilization of organic matter in soils? J. Plant Nutr. Soil Sci. **171**(1): 91–110. doi:10.1002/jpln.200700049.

Matamala, R., González-Meler, M.A., Jastrow, J.D., Norby, R.J., and Schlesinger, W.H. 2003. Impacts of fine root turnover on forest NPP and soil C sequestration potential. Science, **302**(5649): 1385–1387. doi:10.1126/science.1089543.

Maynard, D.G., Paré, D., Thiffault, E., Lafleur, B., Hogg, K.E., and Kishchuk, B. How do natural disturbances and human activities affect soil and tree nutrition and growth in the Canadian boreal zone? Environ. Rev. In Press.

Mbogga, M.S., Wang, X., and Hamann, A. 2010. Bioclimate envelope model predictions for natural resource management: dealing with uncertainty. J. Appl. Ecol. **47**(4): 731–740. doi:10.1111/j.1365-2664.2010.01830.x.

McGuire, A.D., Sitch, S., Clein, J.S., Dargaville, R., Esser, G., Foley, J., Heimann, M., Joos, F., Kaplan, J., Kicklighter, D.W., Meier, R.A., Melillo, J.M., Moore, B., Prentice, I.C., Ramankutty, N., Reichenau, T., Schloss, A., Tian, H., Williams, L.J., and Wittenberg, U. 2001. Carbon balance of the terrestrial biosphere in the twentieth century: analyses of CO$_2$, climate and land use effects with four process-based ecosystem models. Global Biogeochem. Cycles, **15**(1): 183–206. doi:10.1029/2000GB001298.

McGuire, A.D., Chapin, F.S., III, Walsh, J.E., and Wirth, C. 2006. Integrated regional changes in Arctic climate feedbacks: implications for the global climate system. Annu. Rev. Environ. Resour. **31**(1): 61–91. doi:10.1146/annurev.energy.31.020105.100253.

McGuire, A.D., Anderson, L.G., Christensen, T.R., Dallimore, S., Guo, L., Hayes, D.J., Heimann, M., Lorenson, T.D., Macdonald, R.W., and Roulet, N. 2009. Sensitivity of the carbon cycle in the Arctic to climate change. Ecol. Monogr. **79**(4): 523–555. doi:10.1890/08-2025.1.

McKenney, D.W., Pedlar, J.H., Lawrence, K., Campbell, K., and Hutchinson, M.F. 2007. Potential impacts of climate change on the distribution of North American trees. Bioscience, **57**(11): 939–948. doi:10.1641/B571106.

McLane, S.C., Daniels, L.D., and Aitken, S.N. 2011a. Climate impacts on lodgepole pine (*Pinus contorta*) radial growth in a provenance experiment. For. Ecol. Manag. **262**(2): 115–123. doi:10.1016/j.foreco.2011.03.007.

McLane, S.C., LeMay, V.M., and Aitken, S.N. 2011b. Modeling lodgepole pine radial growth relative to climate and genetics using universal growth-trend response functions. Ecol. Appl. **21**(3): 776–788. doi:10.1890/10-0131.1.

McManus, K.M., Morton, D.C., Masek, J.G., Wang, D., Sexton, J.O., Nagol, J., Ropars, P., and Boudreau, S. 2012. Satellite-based evidence for shrub and graminoid tundra expansion in northern Quebec from 1986–2010. Global Change Biol. **18**(7):2313–2323. doi:10.1111/j.1365-2486.2012.02708.x.

Melillo, J.M., Butler, S., Johnson, J., Mohan, J., Steudler, P., Lux, H., Burrows, E., Bowles, F., Smith, R., Scott, L., Vario, C., Hill, T., Burton, A., Zhou, Y.-M., and Tang, J. 2011. Soil warming, carbon-nitrogen interactions, and forest carbon budgets. Proc. Natl. Acad. Sci. U.S.A. **108**(23): 9508–9512. doi:10.1073/pnas.1018189108.

Metsaranta, J.M. 2010. Potentially limited detectability of short-term changes in boreal fire regimes: a simulation study. Int. J. Wildland Fire, **19**: 1140–1146. doi:10.1071/WF10037.

Metsaranta, J.M., and Kurz, W.A. 2012. Inter-annual variability of ecosystem production in boreal jack pine forests (1975–2004) estimated from tree-ring data using CBM-CFS3. Ecol. Model. **224**(1): 111–123. doi:10.1016/j.ecolmodel.2011.10.026.

Metsaranta, J.M., Lieffers, V.J., and Wein, R.W. 2008. Dendrochronological reconstruction of jack pine snag and downed log dynamics in Saskatchewan and Manitoba, Canada. For. Ecol. Manag. **255**(3–4): 1262–1270. doi:10.1016/j.foreco.2007.10.100.

Metsaranta, J.M., Kurz, W.A., Neilson, E.T., and Stinson, G. 2010. Implications of future disturbance regimes on the carbon balance of Canada's managed forest (2010-2100). Tellus B, **62**(5): 719–728. doi:10.1111/j.1600-0889.2010.00487.x.

Metsaranta, J.M., Dymond, C.C., Kurz, W.A., and Spittlehouse, D.L. 2011. Uncer-

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

tainty of 21st century growing stocks and GHG balance of forests in British Columbia, Canada, resulting from potential climate change impacts on ecosystem processes. For. Ecol. Manag. 262(5): 827–837. doi:10.1016/j.foreco.2011.05.016.

Micales, J.A., and Skog, K.E. 1997. The decomposition of forest products in landfills. Int. Biodeterior. Biodegrad. 39(2–3): 145–158. doi:10.1016/S0964-8305(97)83389-6.

Michaelian, M., Hogg, E.H., Hall, R.J., and Arsenault, E. 2011. Massive mortality of aspen following severe drought along the southern edge of the Canadian boreal forest. Global Change Biol. 17(6): 2084–2094. doi:10.1111/j.1365-2486.2010.02357.x.

Michalak, A.M., Bruhwiler, L., and Tans, P.P. 2004. A geostatistical approach to surface flux estimation of atmospheric trace gases. J. Geophys. Res. [serial online], 109(D14): D14109. doi:10.1029/2003JD004422.

Milakovsky, B., Frey, B., and James, T. 2012. Carbon dynamics in the boreal forest. In Managing forest carbon in a changing Climate. Edited by M.S. Ashton, M.L. Tyrrell, D. Spalding, and B. Gentry. Springer Science+Business Media B.V., New York. pp. 109–135.

Moffat, A.M., Papale, D., Reichstein, M., Hollinger, D.Y., Richardson, A.D., Barr, A.G., Beckstein, C., Braswell, B.H., Churkina, G., Desai, A.R., Falge, E., Gove, J.H., Heimann, M., Hui, D., Jarvis, A.J., Kattge, J., Noormets, A., and Stauch, V.J. 2007. Comprehensive comparison of gap-filling techniques for eddy covariance net carbon fluxes. Agric. For. Meteorol. 147(3–4): 209–232. doi:10.1016/j.agrformet.2007.08.011.

Monserud, R.A. 2003. Evaluating forest models in a sustainable forest management context. For. Biometry Model Inf. Sci. 1: 35–47.

Morales, P., Hickler, T., Rowell, D.P., Smith, B., and Sykes, M.T. 2007. Changes in European ecosystem productivity and carbon balance driven by regional climate model output. Global Change Biol. 13(1): 108–122. doi:10.1111/j.1365-2486.2006.01289.x.

Morin, X., and Thuiller, W. 2009. Comparing niche- and process-based models to reduce prediction uncertainty in species range shifts under climate change. Ecology, 90(5): 1301–1313. doi:10.1890/08-0134.1.

Moroni, M.T. 2006. Disturbance history affects dead wood abundance in Newfoundland boreal forests. Can. J. For. Res. 36: 3194–3208. doi:10.1139/x06-195.

Munier, A., Hermanutz, L., Jacobs, J.D., and Lewis, K. 2010. The interacting effects of temperature, ground disturbances, and herbivory on seedling establishment: implications for treeline advance with climate warming. Plant Ecol. 210: 19–30. doi:10.1007/s11258-010-9724-y.

Myers-Smith, I.H., Forbes, B.C., Wilmking, M., Hallinger, M., Lantz, T., Blok, D., Tape, K.D., Macias-Fauria, M., Sass-Klaassen, U., Evesque, E.L., Boudreau, S., Ropars, P., Hermanutz, L., Trant, A., Collier, L.S., Weijers, S., Rozema, J., Rayback, S.A., Schmidt, N.M., Schaepman-Strub, G., Wipf, S., Rixen, C., Menard, C.B., Venn, S., Goetz, S., Andreu-Hayles, L., Elmendorf, S., Ravolainen, V., Welker, J., Grogan, P., Howard, E, Epsteinand, H.E., and Hik, D.S. 2011. Shrub expansion in tundra ecosystems: dynamics, impacts, and research prioirities. Environ. Res. Lett. 6: 045509. doi:10.1088/1748-9326/6/4/045509.

Nabuurs, G.J., Masera, O., Andrasko, K., Benitez-Ponce, P., Boer, R., Dutschke, M., Elsiddig, E., Ford-Robertson, J., Frumhoff, P., Karjalainen, T., Krankina, O., Kurz, W., Matsumoto, M., Oyhantcabal, W., Ravindranath, N.H., Sanz Sanchez, M., and Zhang, X. 2007. IPCC forestry. In Climate Change 2007: mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. Edited by B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, and L.A. Meyer. Cambridge University Press, Cambridge, UK, and New York. Chap. 9.

NASA. 2012a. Comparison of area in Northern Quebec showing increased vegetation between 1986 and 2004. Available from http://www.nasa.gov/topics/earth/features/shrub-spread.html [accessed 23 July 2012].

NASA. 2012b. NASA mission meets the carbon dioxide measurement challenge. Available from http://www.jpl.nasa.gov/news/features.cfm?feature=2029 [accessed 1 February 2012].

Nathan, R., Horvitz, N., He, Y., Kuparinen, A., Schurr, F.M., and Katul, G.G. 2011. Spread of North American wind-dispersed trees in future environments. Ecol. Lett. 14:211–219. doi:10.1111/j.1461-0248.2010.01573.x.

National Forestry Database. 2012. Silviculture — Quick facts. Available from http://nfdp.ccfm.org/silviculture/quick_facts_e.php [accessed 24 March 2012].

Nave, L.E., Vance, E.D., Swanston, C.W., and Curtis, P.S. 2010. Harvest impacts on soil carbon storage in temperate forests. For. Ecol. Manag. 259(5): 857–866. doi:10.1016/j.foreco.2009.12.009.

Nealis, V.G., and Régnière, J. 2004. Insect-host relationships influencing disturbance by the spruce budworm in a boreal mixedwood forest. Can. J. For. Res. 34(9): 1870–1882. doi:10.1139/x04-061.

Nelson, R., Boudreau, J., Gregoire, T.G., Margolis, H., Naesset, E., Gobakken, T., and Stahl, G. 2009. Estimating Quebec provincial forest resources using ICESat/GLAS. Can. J. For. Res. 39: 862–881. doi:10.1139/X09-002.

Norby, R.J., Delucia, E.H., Gielen, B., Calfapietra, C., Giardina, C.P., King, J.S., Ledford, J., Mccarthy, H.R., Moore, D.J.P., Ceulemans, R., De Angelis, P., Finzi, A.C., Karnosky, D.F., Kubiske, M.E., Lukac, M., Pregitzer, K.S., Scarascia-Mugnozza, G.E., Schlesinger, W.H., and Oren, R. 2005. Forest response to elevated CO$_2$ is conserved across a broad range of productivity. Proc. Natl. Acad. Sci. U.S.A. 102(50): 18052–18056. doi:10.1073/pnas.0509478102.

Norby, R.J., Warren, J.M., Iversen, C.M., Medlyn, B.E., and McMurtrie, R.E. 2010.

CO$_2$ enhancement of forest productivity constrained by limited nitrogen availability. Proc. Natl. Acad. Sci. U.S.A. 107(45): 19368–19373. doi:10.1073/pnas.1006463107.

Norris, C.E., Quideau, S.A., Bhatti, J.S., and Wasylishen, R.E. 2011. Soil carbon stabilization in jack pine stands along the Boreal Forest Transect Case Study. Global Change Biol. 17(1): 480–494. doi:10.1111/j.1365-2486.2010.02234.x.

Nowak, R.S., Ellsworth, D.S., and Smith, S.D. 2004. Functional responses of plants to elevated atmospheric CO$_2$ — Do photosynthetic and productivity data from FACE experiments support early predictions? New Phytol. 162(2): 253–280. doi:10.1111/j.1469-8137.2004.01033.x.

O'Connor, F.M., Boucher, O., Gedney, N., Jones, C.D., Folberth, G.A., Coppell, R., Friedlingstein, P., Collins, W.J., Chappellaz, J., Ridley, J., and Johnson, C.E. 2010. Possible role of wetlands, permafrost, and methane hydrates in the methane cycle under future climate change: a review. Rev. Geophys. 48(4): RG4005, doi:10.1029/2010RG000326.

O'Donnell, J.A., Jorgenson, M.T., Harden, J.W., McGuire, A.D., Kanevskiy, M.Z., and Wickland, K.P. 2012. The effects of permafrost thaw on soil hydrologic, thermal, and carbon dynamics in an Alaskan peatland. Ecosystems, 15:213–229. doi:10.1007/s10021-011-9504-0.

Ohtsuka, T., Saigusa, N., and Koizumi, H. 2009. On linking multiyear biometric measurements of tree growth with eddy covariance-based net ecosystem production. Global Change Biol. 15: 1015–1024. doi:10.1111/j.1365-2486.2008.01800.x.

Olesinski, J., Krasowski, M.J., Lavigne, M.B., Kershaw, J.A., and Bernier, P.Y. 2012. Fine root production varies with climate in balsam fir (Abies balsamea). Can. J. For. Res. 42(2): 364–374. doi:10.1139/x11-194.

Olthof, I., King, D.J., and Lautenschlager, R.A. 2004. Mapping deciduous forest ice storm damage using Landsat and environmental data. Remote Sens. Environ. 89(4): 484–496. doi:10.1016/j.rse.2003.11.010.

Osawa, A., Kurachi, N., Matsuura, Y., Jomura, M., Kanazawa, Y., and Sanada, M. 2005. Testing a method for reconstructing structural development of evenaged Abies sachalinensis stands. Trees (Heidelberg, Ger.), 19(6): 680–694. doi:10.1007/s00468-005-0432-5.

Pan, Y., Birdsey, R.A., Fang, J., Houghton, R., Kauppi, P.E., Kurz, W.A., Phillips, O.L., Shvidenko, A., Lewis, S.L., Canadell, J.G., Ciais, P., Jackson, R.B., Pacala, S.W., McGuire, A.D., Piao, S., Rautiainen, A., Sitch, S., and Hayes, D. 2011a. A large and persistent carbon sink in the world's forests. Science, 333(6045): 988–993. doi:10.1126/science.1201609.

Pan, Y., Chen, J.M., Birdsey, R., McCullough, K., He, L., and Deng, F. 2011b. Age structure and disturbance legacy of North American forests. Biogeosciences, 8(3): 715–732. doi:10.5194/bg-8-715-2011.

Paquette, A., and Messier, C. 2011. The effect of biodiversity on tree productivity: from temperate to boreal forests. Global Ecol. Biogeogr. 20(1): 170–180. doi:10.1111/j.1466-8238.2010.00592.x.

Parè, D., Boutin, R., Larocque, G.R., and Raulier, F. 2006. Effect of temperature on soil organic matter decomposition in three forest biomes of eastern Canada. Can. J. Soil Sci. 86: 247–256. doi:10.4141/S05-084.

Peltoniemi, M., Thurig, E., Ogle, S., Palosuo, T., Schrumpf, M., Wutzler, T., Butterbach Bahl, K., Chertov, O., Komarov, A., Mikhailov, A., Gardenas, A., Perry, C., Liski, J., Smith, P., and Makipaa, R. 2007. Models in country scale carbon accounting of forest soils. Silva Fenn. 41(3): 575–602.

Pendall, E., Bridgham, S., Hanson, P.J., Hungate, B., Kicklighter, D.W., Johnson, D.W., Law, B.E., Luo, Y., Megonigal, J.P., Olsrud, M., Ryan, M.G., and Wan, S. 2004. Below-ground process responses to elevated CO$_2$ and temperature: a discussion of observations, measurement methods, and models. New Phytol. 162(2): 311–322. doi:10.1111/j.1469-8137.2004.01053.x.

Peng, C., Ma, Z., Lei, X., Zhu, Q., Chen, H., Wang, W., Liu, S., Li, W., Fang, X., and Zhou, X. 2011. A drought-induced pervasive increase in tree mortality across Canada's boreal forests. Nat. Clim. Change, 1(9): 467–471. doi:10.1038/nclimate1293.

Peters, G.P., Marland, G., Le Quere, C., Boden, T., Canadell, J.G., and Raupach, M.R. 2012. Rapid growth in CO$_2$ emissions after the 2008-2009 global financial crisis. Nat. Clim. Change, 2(1): 2–4. doi:10.1038/nclimate1332.

Peters, W., Jacobson, A.R., Sweeney, C., Andrews, A.E., Conway, T.J., Masarie, K., Miller, J.B., Bruhwiler, L.M.P., Petron, G., Hirsch, A.I., Worthy, D.E.J., Van Der Werf, G.R., Randerson, J.T., Wennberg, P.O., Krol, M.C., and Tans, P.P. 2007. An atmospheric perspective on North American carbon dioxide exchange: CarbonTracker. Proc. of the Natl. Acad. Sci. U.S.A. 104(48): 18925–18930. doi:10.1073/pnas.0708986104.

Pinsonneault, A.J., Matthews, H.D., and Kothavala, Z. 2011. Benchmarking climate-carbon model simulations against forest FACE data. Atmos. Ocean, 49(1): 41–50. doi:10.1080/07055900.2011.554784.

Pisaric, M.F.J., King, D.J., MacIntosh, A.J.M., and Bemrose, R. 2008. Impact of the 1998 ice storm on the health and growth of sugar maple (Acer saccharum Marsh.) dominated forests in Gatineau Park, Quebec:1. J. Torrey Bot. Soc. 135(4): 530–539. doi:10.3159/08-RA-053R.1.

Podur, J.J., and Martell, D.L. 2009. The influence of weather and fuel type on the fuel composition of the area burned by forest fires in Ontario, 1996–2006. Ecol. Appl. 19:1246–1252. doi:10.1890/08-0790.1.

Podur, J., and Wotton, M. 2010. Will climate change overwhelm fire management capacity? Ecol. Model. 221(9): 1301–1309. doi:10.1016/j.ecolmodel.2010.01.013.

Pouliot, D., Latifovic, R., and Olthof, I. 2009. Trends in vegetation NDVI from 1

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

km AVHRR data for Canada for the period 1985-2006. Int. J. Remote Sens. 30(1):149–168. doi:10.1080/01431160802302009.

Pregitzer, K.S., and Euskirchen, E.S. 2004. Carbon cycling and storage in world forests: biome patterns related to forest age. Global Change Biol. 10(12): 2052–2077. doi:10.1111/j.1365-2486.2004.00866.x.

Price, D.T., Alfaro, R.I., Brown, K.J., Flannigan, M.D., Fleming, R.A., Hogg, E.H., Girardin, M.P., Lakusta, T., Johnston, M., Pedlar, J., McKenney, D.W., Stratton, T., Sturrock, R., Thompson, I., Trofymow, J.A., and Venier, L.A. 2013. Anticipating the consequences of climate change for Canada's boreal forest ecosystems. Environ. Rev. This issue. doi:10.1139/er-2013-0042.

Quegan, S., Beer, C., Shvidenko, A., McCallum, I.A.N., Handoh, I.C., Peylin, P., Rodenbeck, C., Lucht, W., Nilsson, S., and Schmullius, C. 2011. Estimating the carbon balance of central Siberia using a landscape-ecosystem approach, atmospheric inversion, and dynamic global vegetation models. Global Change Biol. 17(1): 351–365. doi:10.1111/j.1365-2486.2010.02275.x.

Raffa, K.F., Aukema, B.H., Bentz, B.J., Carroll, A.L., Hicke, J.A., Turner, M.G., and Romme, W.H. 2008. Cross-scale drivers of natural disturbances prone to anthropogenic amplification: the dynamics of bark beetle eruptions. Bioscience. 58: 501–517. doi:10.1641/B580607.

Rahmstorf, S., and Coumou, D. 2011. Increase of extreme events in a warming world. Proc. Natl. Acad. Sc. U.S.A. 108(44): 17905–17909. doi:10.1073/pnas.1101766108.

Rapalee, G., Steyaert, L.T., and Hall, F.G. 2001. Moss and lichen cover mapping at local and regional scales in the boreal forest ecosystem of central Can. J. Geophys. Res. 106(D24): 33551–33563. doi:10.1029/2001JD000509.

Reams, G.A., Brewer, C.K., and Guldin, R.W. 2010. Remote sensing alone is insufficient for quantifying changes in forest cover. Proc. Natl. Acad. Sci. U.S.A 107(38): E145. doi:10.1073/pnas.1008665107.

Régnière, J., Nealis, V., and Porter, K. 2009. Climate suitability and management of the gypsy moth invasion into Canada. Biol. Invasions, 11(1): 135–148. doi:10.1007/s10530-008-9325-z.

Régnière, J., St-Amant, R., and Duval, P. 2010. Predicting insect distributions under climate change from physiological responses: spruce budworm as an example. Biol. Invasions, 14(8): 1571–1586. doi:10.1007/s10530-010-9918-1.

Rhemtulla, J.M., Mladenoff, D.J., and Clayton, M.K. 2009a. Legacies of historical land use on regional forest composition and structure in Wisconsin, U.S.A. (mid-1800-1930-2000s). Ecol. Appl. 19(4): 1061–1078. doi:10.1890/08-1453.1.

Rhemtulla, J.M., Mladenoff, D.J., and Clayton, M.K. 2009b. Historical forest baselines reveal potential for continued carbon sequestration. Proc. Natl. Acad. Sci. U.S.A. 106(15): 6082–6087. doi:10.1073/pnas.0810076106.

Richardson, A., Williams, M., Hollinger, D., Moore, D., Dail, D., Davidson, E., Scott, N., Evans, R., Hughes, H., Lee, J., Rodrigues, C., and Savage, K. 2010a. Estimating parameters of a forest ecosystem C model with measurements of stocks and fluxes as joint constraints. Oecologia, 164(1): 25–40. doi:10.1007/s00442-010-1628-y.

Richardson, A.D., Black, T.A., Ciais, P., Delbart, N., Friedl, M.A., Gobron, N., Hollinger, D.Y., Kutsch, W.L., Longdoz, B., Luyssaert, S., Migliavacca, M., Montagnani, L., William Munger, J., Moors, E., Piao, S., Rebmann, C., Reichstein, M., Saigusa, N., Tomelleri, E., Vargas, R., and Varlagin, A. 2010b. Influence of spring and autumn phenological transitions on forest ecosystem productivity. Phil. Trans. R. Soc. B, 365(1555): 3227–3246. doi:10.1098/rstb.2010.0102.

Rodrigo, A., Recous, S., Neel, C., and Mary, B. 1997. Modelling temperature and moisture effects on C-N transformations in soils: comparison of nine models. Ecol. Model. 102(2–3): 325–339. doi:10.1016/S0304-3800(97)00067-7.

Ruel, J.C. 2000. Factors influencing windthrow in balsam fir forests: from landscape studies to individual tree studies. For. Ecol. Manag. 135(1–3): 169–178. doi:10.1016/S0378-1127(00)00308-X.

Ryan, M.G., Binkley, D., and Fownes, J.H. 1997. Age-related decline in forest productivity: pattern and process. Adv. Ecol. Res. 27:213–261. doi:10.1016/S0065-2504(08)60009-4.

Ryan, M.G., Harmon, M.E., Birdsey, R.A., Giardina, C.P., Heath, L.S., Houghton, R.A., Jackson, R.B., McKinley, D.C., Morrison, J.F., Murray, B.C., Pataki, D.E., and Skog, K.E. 2010. A synthesis of the science on forests and carbon for U.S. forests. Ecological Society of America. Synthesis, Rep. No. 13.

Safranyik, L., Carroll, A.L., Régnière, J., Langor, D.W., Riel, W.G., Peter, B., Cooke, B.J., Nealis, V.G., and Taylor, S.W. 2010. Potential for range expansion of mountain pine beetle into the boreal forest of North America. Can. Entomol. 142(5): 415–442. doi:10.4039/n08-CPA01.

Sanborn, P.T., Smith, C.A.S., Froese, D.G., Zazula, G.D., and Westgate, J.A. 2006. Full-glacial paleosols in perennially frozen loess sequences, Klondike goldfields, Yukon Territory, Canada. Quat. Res. 66(1): 147–157. doi:10.1016/j.yqres.2006.02.008.

Sarmiento, J.L., Gloor, M., Gruber, N., Beaulieu, C., Jacobson, A.R., Mikaloff Fletcher, S.E., Pacala, S., and Rodgers, K. 2010. Trends and regional distributions of land and ocean carbon sinks. Biogeosciences, 7(8): 2351–2367. doi:10.5194/bg-7-2351-2010.

Sathre, R., and O'Connor, J. 2010. Meta-analysis of greenhouse gas displacement factors of wood product substitution. Environ. Sci. Policy, 13(2): 104–114. doi:10.1016/j.envsci.2009.12.005.

Schaefer, K., Zhang, T., Bruhwiler, L., and Barrett, A.P. 2011. Amount and timing of permafrost carbon release in response to climate warming. Tellus B, 63(2): 165–180. doi:10.1111/j.1600-0889.2011.00527.x.

Schaphoff, S., Heyder, U., Ostberg, S., Gerten, D., Heinke, J., and Lucht, W. 2013. Contribution of permafrost soils to the global carbon budget. Environ. Res. Lett. 8: stacks.iop.org/ERL/8/014026.

Schelhaas, M.J., van Esch, P.W., Groen, T.A., de Jong, B.H.J., Kanninen, M., Liski, J., Masera, O., Mohren, G.M.J., Nabuurs, G.J., Palosuo, T., Pedroni, L., Vallejo, A., and Vilén, T. 2004. CO2FIX V 3.1 — A modelling framework for quantifying carbon sequestration in forest ecosystems. Alterra, Wageningen, the Netherlands.

Scheuner, E.T., Makeschin, F., Wells, E.D., and Carter, P.Q. 2004. Short-term impacts of harvesting and burning disturbances on physical and chemical characteristics of forest soils in western Newfoundland, Canada. Eur. J. For. Res. 123(4): 321–330. doi:10.1007/s10342-004-0038-2.

Schlesinger, W.H., and Lichter, J. 2001. Limited carbon storage in soil and litter of experimental forest plots under increased atmospheric $CO_2$. Nature, 411(6836): 466–469. doi:10.1038/35078060.

Schmidt, M.W.I., Torn, M.S., Abiven, S., Dittmar, T., Guggenberger, G., Janssens, I.A., Kleber, M., Kögel-Knabner, I., Lehmann, J., Manning, D.A.C., Nannipieri, P., Rasse, D.P., Weiner, S., and Trumbore, S.E. 2011. Persistence of soil organic matter as an ecosystem property. Nature, 478(7367): 49–56. doi:10.1038/nature10386.

Schneider, R.R., Hamann, A., Farr, D., Wang, X., and Boutin, S. 2009. Potential effects of climate change on ecosystem distribution in Alberta. Can. J. For. Res. 39(5): 1001–1010. doi:10.1139/X09-033.

Schuur, E.A.G., and Abbott, B. 2011. Climate change: high risk of permafrost thaw. Nature, 480(7375): 32–33. doi:10.1038/480032a.

Schuur, E.A.G., Vogel, J.G., Crummer, K.G., Lee, H., Sickman, J.O., and Osterkamp, T.E. 2009. The effect of permafrost thaw on old carbon release and net carbon exchange from tundra. Nature, 459(7246): 556–559. doi:10.1038/nature08031.

Schwalm, C.R., Williams, C.A., Schaefer, K., Anderson, R., Arain, M.A., Baker, I., Barr, A., Black, T.A., Chen, G., Chen, J.M., Ciais, P., Davis, K.J., Desai, A., Dietze, M., Dragoni, D., Fischer, M.L., Flanagan, L.B., Grant, R., Gu, L., Hollinger, D., Izaurralde, R.C., Kucharik, C., Lafleur, P., Law, B.E., Li, L., Li, Z., Liu, S., Lokupitiya, E., Luo, Y., Ma, S., Margolis, H., Matamala, R., McCaughey, H., Monson, R.K., Oechel, W.C., Peng, C., Poulter, B., Price, D.T., Riciutto, D.M., Riley, W., Sahoo, A.K., Sprintsin, M., Sun, J., Tian, H., Tonitto, C., Verbeeck, H., and Verma, S.B. 2010. A model-data intercomparison of $CO_2$ exchange across North America: results from the North American Carbon Program site synthesis. J. Geophys. Res. [serial online], 115: G00H05. doi:10.1029/2009JG001229.

Seedre, M., Shrestha, B., Chen, H., Colombo, S., and Jõgiste, K. 2011. Carbon dynamics of North American boreal forest after stand replacing wildfire and clearcut logging. J. For. Res. 16(3): 168–183. doi:10.1007/s10310-011-0264-7.

Seidl, R., Fernandes, P.M., Fonseca, T.F., Gillet, F., Jönsson, A.M., Merganičová, K., Netherer, S., Arpaci, A., Bontemps, J.D., Bugmann, H., González-Olabarria, J.R., Lasch, P., Meredieu, C., Moreira, F., Schelhaas, M.J., and Mohren, F. 2011. Modelling natural disturbances in forest ecosystems: a review. Ecol. Model. 222(4): 903–924. doi:10.1016/j.ecolmodel.2010.09.040.

Shanin, V.N., Mikhailov, A.V., Bykhovets, S.S., and Komarov, A.S. 2010. Global climate change and carbon balance in forest ecosystems of boreal zones: simulation modeling as a forecast tool. Biol. Bull. 37(6):619–629. doi:10.1134/S1062359010060105.

Shaw, C., and Pawluk, S. 1986. Faecal microbiology of Octolasion tyrtaeum, Aporrectodea turgida and Lumbricus terrestris and its relation to the carbon budgets of three artificial soils. Pedobiologia, 29: 377–389.

Shetler, G., Turetsky, M.R., Kane, E., and Kasischke, E. 2008. Sphagnum mosses limit total carbon consumption during fire in Alaskan black spruce forests. Can. J. For. Res. 38(8): 2328–2336. doi:10.1139/X08-057.

Shvidenko, A., and Nilsson, S. 2003. A synthesis of the impact of Russian forests on the global carbon budget for 1961-1998. Tellus B, 55(2): 391–415. doi:10.1034/j.1600-0889.2003.00044.x.

Silim, S., Ryan, N., and Kubien, D. 2010. Temperature responses of photosynthesis and respiration in Populus balsamifera L.: acclimation versus adaptation. Photosynth. Res. 104(1): 19–30. doi:10.1007/s11120-010-9527-y.

Silva, L.C.R., Anand, M., and Leithead, M.D. 2010. Recent widespread tree growth decline despite increasing atmospheric $CO_2$. PLoS ONE, [serial online], 5(7): e11543, doi:10.1371/journal.pone.0011543.

Simard, M., and Payette, S. 2005. Reduction of black spruce seed bank by spruce budworm infestation compromises postfire stand regeneration. Can. J. For. Res. 35(7): 1686–1696. doi:10.1139/x05-083.

Smith, B., Samuelsson, P., Wramneby, A., and Rummukainen, M. 2011. A model of the coupled dynamics of climate, vegetation and terrestrial ecosystem biogeochemistry for regional applications. Tellus A, 63(1): 87–106. doi:10.1111/j.1600-0870.2010.00477.x.

Smith, C.A.S., Sanborn, P.T., Bond, J.D., and Frank, G. 2009. Genesis of turbic cryosols on north-facing slopes in a dissected, unglaciated landscape, west-central Yukon Territory. Can. J. Soil Sci. 89(5): 611–622. doi:10.4141/CJSS09001.

Smith, F.W., and Long, J.N. 2001. Age-related decline in forest growth: an emergent property. For. Ecol. Manag. 144: 175–181. doi:10.1016/S0378-1127(00)00369-8.

Smith, J.E., and Heath, L.S. 2002. A model of forest floor carbon mass for United States forest types. Newtown Square, Penn.: U.S. Department of Agriculture, Forest Service, Northeastern Research Station. Res. Pap. NE-722.

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

Smith, M.S., Horrocks, L., Harvey, A., and Hamilton, C. 2011. Rethinking adaptation for a 4 °C world. Phil. Trans. R. Soc. A, **369**(1934): 196–216. doi:10.1098/rsta.2010.0277.

Smyth, C.E., Trofymow, J.A., Kurz, W.A., and CIDET Working Group. 2010. Decreasing uncertainty in CBM-CFS3 estimates of forest soil C sources and sinks through use of long-term data from the Canadian Intersite Decomposition Experiment. Natural Resources Canada, Canadian Forest Service, Pacific Forestry Centre, B.C. Inf. Rep. BC-X-422.

Smyth, C.E., Kurz, W.A., and Trofymow, J.A. 2011. Including the effects of water stress on decomposition in the Carbon Budget Model of the Canadian Forest Sector CBM-CFS3. Ecol. Model. **222**(5): 1080–1091. doi:10.1016/j.ecolmodel.2010.12.005.

Soil Classification Working Group. 1998. The Canadian system of soil classification. 3rd ed. Publication 1646, Agriculture and Agri-Food Canada, Ottawa, ON.

Stinson, G., Kurz, W.A., Smyth, C.E., Neilson, E.T., Dymond, C.C., Metsaranta, J.M., Boisvenue, C., Rampley, G.J., Li, Q., White, T.M., and Blain, D. 2011. An inventory-based analysis of Canada's managed forest carbon dynamics, 1990 to 2008. Global Change Biol. **17**(6): 2227–2244. doi:10.1111/j.1365-2486.2010.02369.x.

Stocks, B.J., Mason, J.A., Todd, J.B., Bosch, E.M., Wotton, B.M., Amiro, B.D., Flannigan, M.D., Hirsch, K.G., Logan, K.A., Martell, D.L., and Skinner, W.R. 2003. Large forest fires in Canada, 1959-1997. J. Geophys. Res. [serial online], **108**:D1 8149. doi:10.1029/2001JD000484.

Strack, M., Waddington, J.M., Turetsky, M., Roulet, N.T., and Byrne, K.A. 2008. Northern peatlands, greenhouse gas exchange and climate change. *Edited by* M. Strack. International Peat Society, Jyväskylä, Finland. pp. 44–69.

Sturm, M., Racine, C., and Tape, K. 2001. Climate change: increasing shrub abundance in the Arctic. Nature, **411**(6837): 546–547. doi:10.1038/35079180.

Sturrock, R.N., Frankel, S.J., Brown, A.V., Hennon, P.E., Kliejunas, J.T., Lewis, K.J., Worrall, J.J., and Woods, A.J. 2011. Climate change and forest diseases. Plant Pathol. **60**(1): 133–149. doi:10.1111/j.1365-3059.2010.02406.x.

Swedish Environmental Protection Agency. 2011. National Inventory Report 2011 Sweden. Submitted under the United Nations Framework Convention on Climate Change and the Kyoto Protocol. Available from http://unfccc.int/files/national_reports/annex_i_ghg_inventories/national_inventories_submissions/application/zip/swe-2011-nir-31mar.zip [accessed 14 March 2012].

Tamm, C.O. 1991. Nitrogen in terrestrial ecosystems. Springer, Berlin, Heidelberg, New York.

Tans, P., and Keeling, R. 2011. Trends in atmospheric carbon dioxide. Available from http://www.esrl.noaa.gov/gmd/ccgg/trends [accessed April 2012].

Tarnocai, C. 2006. The effect of climate change on carbon in Canadian peatlands. Global Planet. Change, **53**(4): 222–232. doi:10.1016/j.gloplacha.2006.03.012.

Tarnocai, C., Canadell, J.G., Schuur, E.A.G., Kuhry, P., Mazhitova, G., and Zimov, S. 2009. Soil organic carbon pools in the northern circumpolar permafrost region. Global Biogeochem. Cycles, **23**: GB2023. doi:10.1029/2008GB003327.

Thiffault, E., Hannam, K.D., Paré, D., Titus, B.D., Hazlett, P.W., Maynard, D.G., and Brais, S. 2011. Effects of forest biomass harvesting on soil productivity in boreal and temperate forests — A review. Environ. Rev. **19**: 278–309. doi:10.1139/a11-009.

Toledo, M., Poorter, L., Peña-Claros, M., Alarcón, A., Balcázar, J., Leaño, C., Licona, J.C., Llanque, O., Vroomans, V., Zuidema, P., and Bongers, F. 2011. Climate is a stronger driver of tree and forest growth rates than soil and disturbance. J. Ecol. **99**(1): 254–264. doi:10.1111/j.1365-2745.2010.01741.x.

Trindade, M., Bell, T., and Laroque, C. 2011. Changing climatic sensitivities of two spruce species across a moisture gradient in Northeastern Canada. Dendrochronologia, **29**(1): 25–30. doi:10.1016/j.dendro.2010.10.002.

Trofymow, J.A., Stinson, G., and Kurz, W.A. 2008. Derivation of a spatially explicit 86-year retrospective carbon budget for a landscape undergoing conversion from old-growth to managed forests on Vancouver Island, BC. For. Ecol. Manag. **256**(10): 1677–1691. doi:10.1016/j.foreco.2008.02.056.

Trueman, R.J., and Gonzalez-Meler, M.A. 2005. Accelerated belowground C cycling in a managed agriforest ecosystem exposed to elevated carbon dioxide concentrations. Global Change Biol. **11**(8): 1258–1271. doi:10.1111/j.1365-2486.2005.00984.x.

Turetsky, M.R. 2003. The role of bryophytes in carbon and nitrogen cycling. Bryologist, **106**(3): 395–409. doi:10.1639/05.

Turetsky, M.R., Wieder, R.K., Vitt, D.H., Evans, R.J., and Scott, K.D. 2007. The disappearance of relict permafrost in boreal North America: effects on peatland carbon storage and fluxes. Global Change Biol. **13**: 1922–1934. doi:10.1111/j.1365-2486.2007.01381.x.

Turetsky, M.R., Crow, S.E., Evans, R.J., Vitt, D.H., and Wieder, R.K. 2008. Trade-offs in resource allocation among moss species control decomposition in boreal peatlands. J. Ecol. **96**: 1297–1305. doi:10.1111/j.1365-2745.2008.01438.x.

Turetsky, M.R., Mack, M.C., Hollingsworth, T.N., and Harden, J.W. 2010. The role of mosses in ecosystem succession and function in Alaska's boreal forest. Can. J. For. Res. **40**(7): 1237–1264. doi:10.1139/X10-072.

Turetsky, M.R., Kane, E.S., Harden, J.W., Ottmar, R.D., Manies, K.L., Hoy, E., and Kasischke, E.S. 2011. Recent acceleration of biomass burning and carbon losses in Alaskan forests and peatlands. Nature Geosci. **4**(1): 27–31. doi:10.1038/ngeo1027.

Turetsky, M.R., Bond-Lamberty, B., Euskirchen, E., Talbot, J., Frolking, S., McGuire, A.D., and Tuittila, E.S. 2012. The resilience and functional role of

moss in boreal and arctic ecosystems. New Phytol. **196**: 49–67. doi:10.1111/j.1469-8137.2012.04254.x.

Turquety, S., Logan, J.A., Jacob, D.J., Hudman, R.C., Leung, F.Y., Heald, C.L., Yantosca, R.M., Wu, S.L., Emmons, L.K., Edwards, D.P., and Sachse, G.W. 2007. Inventory of boreal fire emissions for North America in 2004: importance of peat burning and pyroconvective injection Art. No. D12S03. J. Geophys. Res. [serial online], **112**(D12): D12S03. doi:10.1029/2006JD007281.

Ulanova, N.G. 2000. The effects of windthrow on forests at different spatial scales: a review. For. Ecol. Manag. **135**(1–3): 155–167. doi:10.1016/S0378-1127(00)00307-8.

Ung, C.H., Bernier, P., and Guo, X.J. 2008. Canadian national biomass equations: new parameter estimates that include British Columbia data. Can. J. For. Res. **38**(5): 1123–1132. doi:10.1139/X07-224.

van der Molen, M.K., Dolman, A.J., Ciais, P., Eglin, T., Gobron, N., Law, B.E., Meir, P., Peters, W., Phillips, O.L., Reichstein, M., Chen, T., Dekker, S.C., Doubková, M., Friedl, M.A., Jung, M., van den Hurk, B.J.J.M., de Jeu, R.A.M., Kruijt, B., Ohta, T., Rebel, K.T., Plummer, S., Seneviratne, S.I., Sitch, S., Teuling, A.J., van der Werf, G.R., and Wang, G. 2011. Drought and ecosystem carbon cycling. Agric. For. Meteorol. **151**(7): 765–773. doi:10.1016/j.agrformet.2011.01.018.

van der Werf, G.R., Morton, D.C., DeFries, R.S., Olivier, J.G.J., Kasibhatla, P.S., Jackson, R.B., Collatz, G.J., and Randerson, J.T. 2009. CO2 emissions from forest loss. Nature Geosci. **2**(11): 737–738. doi:10.1038/ngeo671.

van Mantgem, P.J., Stephenson, N.L., Byrne, J.C., Daniels, L.D., Franklin, J.F., Fule, P.Z., Harmon, M.E., Larson, A.J., Smith, J.M., Taylor, A.H., and Veblen, T.T. 2009. Widespread increase of tree mortality rates in the western United States. Science, **323**(5913): 521–524. doi:10.1126/science.1165000.

Vanderhill, B.G. 1988. Agriculture's struggle for survival in the great clay belt of Ontario and Quebec. Am. Rev. Can. Studies, **18**(4): 455–464. doi:10.1080/02722018809480946.

Vedrova, E.F., Pleshikov, F.I., and Kaplunov, V.Y. 2006. Net ecosystem production of boreal larch ecosystems on the Yenisei Transect. Miti. Adapt. Strat. Global Change, **11**(1): 173–190. doi:10.1007/s11027-006-1016-4.

Venier, L.A., Thompson, I I. Trofymow, J.A., Malcolm, J. Langor, D.W., Fleming, R., Aubin, I., Brandt, J.P., Sturrock, R., Patry, C., Outerbridge, R.O., Holmes, S.B., Haeussler, S., De Grandpré, L., Chen, H., Bayne, E., and Arsenault, A. Effects of anthropogenic change on the terrestrial biodiversity of Canadian boreal forests. Manuscript in preparation.

Vitt, D.H., Halsey, L.A., Bauer, I.E., and Campbell, C. 2000. Spatial and temporal trends in carbon storage of peatlands of continental western Canada through the Holocene. Can. J. Earth Sci. **37**: 683–693. doi:10.1139/e99-097.

Wang, Z., Grant, R.F., Arain, M.A., Chen, B.N., Coops, N., Hember, R., Kurz, W.A., Price, D.T., Stinson, G., Trofymow, J.A., Yeluripati, J., and Chen, Z. 2011. Evaluating weather effects on interannual variation in net ecosystem productivity of a coastal temperate forest landscape: a model intercomparison. Ecol. Model. **222**(17): 3236–3249. doi:10.1016/j.ecolmodel.2011.06.005.

Wania, R., Ross, I., and Prentice, I.C. 2009. Integrating peatlands and permafrost into a dynamic global vegetation model: 2. Evaluation and sensitivity of vegetation and carbon cycle processes. Global Biogeochem. Cycles, [serial online], **23**(3): GB3015, doi:10.1029/2008GB003413.

Warren, R. 2011. The role of interactions in a world implementing adaptation and mitigation solutions to climate change. Phil. Trans. R. Soc. A, **369**(1934): 217–241. doi:10.1098/rsta.2010.0271.

Webster, K.L., Creed, I.F., Beall, F.D., and Bourbonnière, R.A. 2008. Sensitivity of catchment-aggregated estimates of soil carbon dioxide efflux to topography under different climatic conditions. J. Geophys. Res. [serial online], **113**(G3): G03040, doi:10.1029/2008JG000707.

Webster, K.L., Creed, I.F., Beall, F.D., and Bourbonnière, R.A. 2011. A topographic template for estimating soil carbon pools in forested catchments. Geoderma, **160**(3–4): 457–467. doi:10.1016/j.geoderma.2010.10.016.

Werner, F., Taverna, R., Hofer, P., Thürig, E., and Kaufmann, E. 2010. National and global greenhouse gas dynamics of different forest management and wood use scenarios: a model-based assessment. Environ. Sci. Policy, **13**(1): 72–85. doi:10.1016/j.envsci.2009.10.004.

Wernick, I.K., Waggoner, P.E., Kauppi, P.E., Sedjo, R.A., and Ausubel, J.H. 2010. Quantifying forest change. Proc. Natl. Acad. Sci. U.S.A. **107**(38): E147. doi:10.1073/pnas.1008669107.

White, M.A., Thornton, P.E., Running, S.W., and Nemani, R.R. 2000. Parameterization and sensitivity analysis of the BIOME-BGC terrestrial ecosystem model: net primary production controls. Earth Interact. **4**(3): 1–85. doi:10.1175/1087-3562(2000)004<0003:PASAOT>2.0.CO;2.

White, T.M., and Kurz, W.A. 2005. Afforestation on private land in Canada from 1990 to 2002 estimated from historical records. For. Chron. **81**(4): 491–497.

Wieder, R., Vitt, D., and Benscoter, B. 2006. Peatlands and the boreal forest boreal peatland ecosystems. *Edited by* R.K. Wieder and D.H. Vitt. Springer, Berlin, Heidelberg. pp. 1–8.

Wirth, C., Gleixner, G., and Heimann, M. 2009. Old-growth forests: function, fate, and value — A synthesis. *In* Ecological Studies. *Edited by* C. Wirth. Springer-Verlag, Berlin, Heidelberg. pp. 465–491.

Wulder, M.A., White, J.C., Cranny, M., Hall, R.J., Luther, J.E., Beaudoin, A., Goodenough, D.G., and Dechka, J.A. 2008. Monitoring Canada's forests. Part 1: Completion of the EOSD land cover project. Can. J. Remote Sens. **34**(6): 549–562. doi:10.5589/m08-066.

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14
For personal use only.

Wulder, M.A., White, J.C., Nelson, R.F., Næsset, E., Ørka, H.O., Coops, N.C., Hilker, T., Bater, C.B., and Gobakken, T. 2012. Lidar sampling for large-area forest characterization: A review. Remote Sens. Environ. 121: 196–209. doi: 10.1016/j.rse.2012.02.001.

Wutzler, T., and Reichstein, M. 2008. Colimitation of decomposition by substrate and decomposers — A comparison of model formulations. Biogeosci. Discuss 5: 163–190.

Xiao, J., Zhuang, Q., Law, B.E., Baldocchi, D.D., Chen, J., Richardson, A.D., Melillo, J.M., Davis, K.J., Hollinger, D.Y., Wharton, S., Oren, R., Noormets, A., Fischer, M.L., Verma, S.B., Cook, D.R., Sun, G., McNulty, S., Wofsy, S.C., Bolstad, P.V., Burns, S.P., Curtis, P.S., Drake, B.G., Falk, M., Foster, D.R., Gu, L., Hadley, J.L., Katul, G.G., Litvak, M., Ma, S., Martin, T.A., Matamala, R., Meyers, T.P., Monson, R.K., Munger, J.W., Oechel, W.C., Paw, U.K.T., Schmid, H.P., Scott, R.L., Starr, G., Suyker, A.E., and Torn, M.S. 2010. Assessing net ecosystem carbon exchange of U.S. terrestrial ecosystems by integrating eddy covariance flux measurements and satellite observations. Agric. For. Meteorol. 151(1): 60–69. doi:10.1016/j.agrformet.2010.09.002.

Yanai, R.D., Currie, W.S., and Goodale, C.L. 2003. Soil carbon dynamics after forest harvest: an ecosystem paradigm reconsidered. Ecosystems, 6(3): 197–212. doi:10.1007/s10021-002-0206-5.

Yu, Z., Beilman, D.W., Frolking, S., MacDonald, G.M., Roulet, N.T., Camill, P., and Charman, D.J. 2011. Peatlands and their role in the global carbon cycle. Eos Trans. AGU, 92(12): 97–98. doi:10.1029/2011EO120001.

Zaehle, S., Sitch, S., Prentice, I.C., Liski, J., Cramer, W., Erhard, M., Hickler, T., and Smith, B. 2006. The importance of age-related decline in forest NPP for modeling regional carbon balances. Ecol. Appl. 16(4): 1555–1574. doi:10.1890/1051-0761(2006)016[1555:TIOADI]2.0.CO;2.

Zeide, B. 2002. Sharing data. For. Chron. 78(1): 152–153.

Zha, T., Barr, A.G., Black, T.A., McCaughey, J.H., Bhatti, J., Hawthorne, I., Krishnan, P., Kidston, J., Saigusa, N., Shashkov, A., and Nesic, Z. 2009. Carbon sequestration in boreal jack pine stands following harvesting. Global Change Biol. 15(6): 1475–1487. doi:10.1111/j.1365-2486.2008.01817.x.

Zhang, Q., and Justice, C.O. 2001. Carbon emissions and sequestration potential of central African ecosystems. Ambio, 30: 351–355. doi:10.1579/0044-7447-30.6.351.

Zhang, Y., Chen, W., Smith, S.L., and Riseborough, D.W. 2005. Soil temperature in Canada during the twentieth century: Complex responses to atmospheric climate change. J. Geophys. Res. 110: D03112. doi:10.1029/2004JD004910.

Zhang, Y., Chen, W., and Riseborough, D.W. 2008. Transient projections of permafrost distribution in Canada during the 21st century under scenarios of climate change. Global Planet. Change, 60(3–4): 443–456. doi:10.1016/j.gloplacha.2007.05.003.

Zhao, M., and Running, S.W. 2010. Drought-induced reduction in global terrestrial net primary production from 2000 through 2009. Science, 329(5994): 940–943. doi:10.1126/science.1192666.

Zheng, D.L., Prince, S., and Wright, R. 2003. Terrestrial net primary production estimates for 0.5-degree grid cells from field observations — A contribution to global biogeochemical modeling. Global Change Biol. 9(1): 46–64. doi:10.1046/j.1365-2486.2003.00534.x.

Zhou, X., Peng, C., Dang, Q.-L., Sun, J., Wu, H., and Hua, D. 2008. Simulating carbon exchange in Canadian boreal forests: I. Model structure, validation, and sensitivity analysis. Ecol. Model. 219(3–4): 287–299. doi:10.1016/j.ecolmodel.2008.07.011.

Zimov, S.A., Schuur, E.A.G., and Chapin, F.S. 2006. Permafrost and the global carbon budget. Science, 312(5780): 1612–1613. doi:10.1126/science.1128908.

## Appendix A: Land-use change data sources

### Derivation of total area of land-use change in the boreal zone

Data used to estimate the reported 11.8 Mha of land conversion throughout Canada's boreal forest during 1990–2008 (see section 3.2.3.1) include a 1990 land-use map (Hill et al. 2011) derived from a rule-based conversion of several data sources (e.g., National Topographic Database and Earth Observation for Sustainable Development of Forests (Wulder et al. 2008) and Geocover (Koeln et al. 2000) land cover maps), a ca. 2010 crop map produced by Agriculture and Agri-Food Canada (T. Fisette, personal communication, 2011), and information on the land area flooded by hydroelectric reservoirs (e.g., Eichel and Leckie 2006; Lee et al. 2011) (see section 3.2.3.1).

### Details of annual deforestation 1990–2008

Table A1 summarizes the estimated deforestation rate by industrial category from 1990 to 2008.

### Methodology used for deforestation estimates

Deforestation estimates are derived from a national monitoring system operated by the Canadian Forest Service that generates national deforestation estimates for each year from 1970 to present (Leckie et al. 2006, 2009). It is based on interpretation of Landsat satellite images for three time periods (ca. 1975–1990, 1990–2000, and 2000–2008). Additional information is used such as historical aerial photographs; recent high-resolution satellite images; geospatial information such as forest inventory, hydroelectric development, and oil and gas infrastructure data; and sometimes verification through aerial observation or ground visits. Where forest cover loss is related to direct human-induced land clearing for nonforest land use, the area is recorded as deforested, predisturbance forest cover identified, and the sector or industrial category responsible for land clearing recorded. Mapping is conducted on a network of sample cells with a sampling intensity of 4%–12% of the area in the southern boreal forest. In the northern boreal forest where deforestation is extremely rare, mapping is conducted only around known high-activity areas and large events such as mines, hydroelectric developments, and transmission lines, which are easily detected on satellite images. The mapping in each time period is scaled according to sample intensity and interpolated over the three time periods to give annual deforestation estimates.

## References

Eichel, F., and Leckie, D. 2006. A compilation of hydro reservoir records for estimating deforestation in Canada. Natural Resources Canada, Canadian Forest Service, Pacific Forestry Centre, Victoria, B.C. Rep. DRS-N-006. p. 18.

Hill, D., Leckie, D., Huffman, T., and McGovern, M. 2011. A 1990 ational land use map of Canada derived from integration of earth observation and ancillary data: assessment of quality and methods. Natural Resources Canada, Canadian Forest Service, Victoria, B.C.

Koeln, G.T., Jones, T.B., and Melican, J.E. 2000. GEOCOVER LC: Generating global land cover from 7,600 frames of Landsat TM data. In ASPRS Annual Conference, Washington, D.C.

Leckie, D., Paradine, D., Burt, W., Hardman, D., and Tinis, S. 2006. Deforestation area estimation for Canada: methods summary. Pacific Forestry Centre, Canadian Forest Service, Natural Resources Canada, Victoria, B.C., April 2006. Rep. DRS-Q-001.

Leckie, D., Dyk, A., Paradine, D., Tammadge, D., and Tinis, S. 2009. Deforestation interpretation guide (version NIR 2011). Pacific Forestry Centre, Canadian Forest Service, Natural Resources Canada, Victoria, B.C., November 2009. Rep. DRS-M-016.

Lee, X., Goulden, M.L., Hollinger, D.Y., Barr, A., Black, T.A., Bohrer, G., Bracho, R., Drake, B., Goldstein, A., Gu, L., Katul, G., Kolb, T., Law, B.E., Margolis, H., Meyers, T., Monson, R., Munger, W., Oren, R., Paw, U, K.T., Richardson, A.D., Schmid, H.P., Staebler, R., Wofsy, S., and Zhao, L. 2011. Observed increase in local cooling effect of deforestation at higher latitudes. Nature, 479(7373): 384–387. doi:10.1038/nature10588. PMID:22094699.

Wulder, M.A., White, J.C., Cranny, M., Hall, R.J., Luther, J.E., Beaudoin, A., Goodenough, D.G., and Dechka, J.A. 2008. Monitoring Canada's forests. Part 1: Completion of the EOSD land cover project. Can. J. Remote Sens. 34(6): 549–562. doi:10.5589/m08-066.

Table A1 appears on the following page.

Case 4:17-cv-02824-JST   Document 77-6   Filed 11/22/16   Page 17 of 17

Environ. Rev. Vol. 21, 2013

**Table A1.** Area (kha) in Canada's boreal zone annually deforested by industrial class responsible for deforestation (1990–2008).

| Industrial category | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | Average per year | Sum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agriculture | 29.1 | 26.3 | 23.4 | 20.6 | 17.7 | 14.8 | 14.4 | 14.1 | 13.7 | 13.3 | 12.9 | 12.5 | 12.1 | 11.7 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 15.4 | 293.5 |
| Hydro flooding | | | | | | | | | | | | | | | | | | | | | |
|   Flooded standing forest | — | — | — | 34.2 | 0.7 | — | — | — | — | — | — | — | 8.7 | — | — | 0.5 | 27.6 | — | — | 3.8 | 71.7 |
|   Hydro reservoir | 0.9 | 1.6 | 2.1 | 0.6 | — | 0.0 | — | 0.4 | 3.1 | 5.4 | — | — | — | 2.1 | 2.7 | 4.5 | — | — | — | 1.2 | 23.4 |
| Forestry | 2.4 | 2.4 | 2.5 | 2.5 | 2.5 | 2.6 | 2.7 | 2.7 | 2.8 | 2.9 | 3.0 | 3.1 | 3.1 | 3.2 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 2.9 | 54.9 |
| Municipal | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.8 | 14.8 |
| Oil and gas | 5.3 | 5.4 | 5.5 | 5.6 | 5.7 | 5.8 | 6.3 | 6.9 | 7.4 | 7.9 | 8.4 | 9.0 | 9.4 | 10.0 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | 7.9 | 150.8 |
| Other | | | | | | | | | | | | | | | | | | | | — | |
|   Hydro infrastructure | 1.7 | 2.2 | 2.3 | 1.8 | 1.0 | 1.0 | 1.3 | 1.3 | 1.1 | 0.9 | 0.5 | 0.5 | 0.6 | 0.8 | 1.0 | 0.8 | 1.3 | 1.5 | 1.3 | 1.2 | 23.1 |
|   Industry | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 4.5 |
|   Mining | 0.8 | 0.9 | 0.9 | 0.9 | 1.1 | 1.3 | 1.3 | 1.1 | 1.1 | 1.1 | 1.1 | 1.2 | 1.1 | 1.1 | 1.1 | 1.0 | 1.0 | 1.0 | 0.9 | 1.0 | 19.9 |
|   Peat mining | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 |
|   Recreation | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 2.9 |
|   Transportation | 0.9 | 0.9 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.7 | 0.7 | 0.7 | 0.6 | 0.6 | 0.6 | 0.7 | 0.7 | 0.6 | 0.7 | 14.1 |
| Total | 42.5 | 40.9 | 38.9 | 68.3 | 30.8 | 27.6 | 28.2 | 28.5 | 31.2 | 33.5 | 27.8 | 28.1 | 37.0 | 30.6 | 31.6 | 33.6 | 56.8 | 29.3 | 29.0 | 35.5 | 674.2 |

Environ. Rev. Downloaded from www.nrcresearchpress.com by Natural Resources Canada on 01/10/14. For personal use only.

Published by NRC Research Press