IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1-20, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:16-CV-00071-JRH-BKE |

## **APPLICATION FOR A LEAVE OF ABSENCE PURSUANT TO LR 83.9**

COMES NOW Thomas M. Barton, and files this application for a leave of absence pursuant to LR 83.9. The periods during which time the undersigned will be away from the practice of law, and for which leave is respectfully requested, are: May 5, 2017 through May 9, 2017; May 30, 2017 through June 1, 2017; June 21, 2017 through June 29, 2017; July 5, 2017 through July 12, 2017; August 4, 2017 through August 8, 2017; September 7, 2017 through September 12, 2017; October 5, 2017 through October 10, 2017; November 27, 2017 through November 29, 2017; December 26, 2017 through December 29, 2017; and January 2, 2018 through January 5, 2018. Notice of this request has been provided to all counsel of record in this action via the CM/ECF System.

WHEREFORE, the undersigned respectfully requests that this Court grant his application for a leave of absence for the periods referenced above.

Respectfully submitted, this the 19th day of April, 2017.

                                                COLES BARTON LLP

                                                */s/ Thomas M. Barton*

                                                Thomas M. Barton
                                                Georgia Bar Number 040821

150 South Perry Street, Suite 100
Lawrenceville, Georgia  30046
(770) 995-5552 – Telephone
(770) 995-5582 – Facsimile
tbarton@colesbarton.com              Attorney for Defendants Stand and Todd Paglia

## **CERTIFICATE OF SERVICE**

This is to certify that on this day, the 19th day of April, 2017, I electronically filed the foregoing document and have served all parties in this case using the CM/ECF System, which will automatically generate an e-mail notification of such filing to all the attorneys of record listed with the Clerk of Court.

                                      */s/ Thomas M. Barton*

                                      Thomas M. Barton
                                      Georgia Bar Number 040821

COLES BARTON LLP
150 South Perry Street, Suite 100
Lawrenceville, Georgia  30046
(770) 995-5552 – Telephone
(770) 995-5582 – Facsimile
tbarton@colesbarton.com                Attorney for Defendants Stand and Todd Paglia