# U.S. District Court
# Southern District of Georgia (Augusta)
# CIVIL DOCKET FOR CASE #: 1:16–cv–00071–JRH–BKE

| | |
|---|---|
| Resolute Forest Products, Inc. et al v. Greenpeace International et al | Date Filed: 05/31/2016 |
| Assigned to: Chief Judge J. Randal Hall | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Brian K. Epps | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Demand: $100,000,000 | |
| Cause: 18:1961 Racketeering (RICO) Act | Jurisdiction: Federal Question |

**Plaintiff**

**Resolute Forest Products, Inc.**      represented by    **James B. Ellington**
Hull Barrett, PC
P.O. Box 1564
Augusta, GA 30903–1564
706–722–4481
Fax: 706–722–9779
Email: jellington@hullbarrett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Tabaksblat**
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
212–506–1700
Email: ltabaksblat@kasowitz.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Bowe**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
212–506–1700
Email: MBowe@kasowitz.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Resolute FP US, Inc.**      represented by    **James B. Ellington**
Hull Barrett, PC
801 Broad Street
7th Floor
P.O. Box 1564
Augusta, GA 30903–1564
706–722–4481
Fax: 706–722–9779
Email: jellington@hullbarrett.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Tabaksblat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Bowe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Resolute FP Augusta, LLC**     represented by    **James B. Ellington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Tabaksblat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Bowe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fibrek General Partnership**     represented by    **James B. Ellington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Tabaksblat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Bowe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fibrek U.S., Inc.**     represented by

**James B. Ellington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Tabaksblat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Bowe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fibrek International, Inc.**          represented by   **James B. Ellington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Tabaksblat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Bowe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Resolute FP Canada, Inc.**          represented by   **James B. Ellington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Tabaksblat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Bowe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

| | | |
|---|---|---|
| **The Reporters Committee for Freedom of the Press and 11 additional media organizations** | represented by | **Gerald Weber** <br> Law Offices of Gerry Weber, LLC <br> P O Box 5391 <br> Atlanta, GA 31107 <br> 404−522−0507 <br> Fax: 404−688−9440 <br> Email: wgerryweber@gmail.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Greenpeace International** <br> *also known as* <br> Greenpeace Stichting Council | represented by | **Lance L. Koonce** <br> Davis, Wright, and Tremaine, LLP <br> 1919 Pennsylvania Avenue, N.W. <br> Suite 800 <br> Washington, DC 20006 <br> 212−603−6467 <br> Fax: 212.489.8340 <br> Email: lancekoonce@dwt.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Laura R. Handman** <br> Davis, Wright, and Tremaine, LLP <br> 1919 Pennsylvania Avenue, N.W. <br> Suite 800 <br> Washington, DC 20006 <br> 202−973−4200 <br> Email: laurahandman@dwt.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Lisa Zycherman** <br> Davis, Wright, and Tremaine, LLP <br> 1919 Pennsylvania Avenue, N.W. <br> Suite 800 <br> Washington, DC 20006 <br> (202) 973−4200 <br> Email: lisazycherman@dwt.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Thomas W. Tucker** <br> Tucker, Long, PC |

P.O. Box 2426
Augusta, GA 30903
706–722–0771
Fax: 706–722–7028
Email: ttucker@tuckerlong.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greenpeace, Inc.** represented by **Lance L. Koonce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura R. Handman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa Zycherman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas W. Tucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greenpeace Fund, Inc.** represented by **James S. Murray**
Warlick, Stebbins, Murray, Chew LLP
P.O. Box 1495
Augusta, GA 30903–1495
706–722–7543
Fax: 706–722–1822
Email: jmurray@wsmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lance L. Koonce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura R. Handman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  |  | Lisa Zycherman<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **ForestEthics** | represented by | **Shaun M. Daugherty**<br>Coles Barton, LLP<br>150 South Perry Street<br>Suite 100<br>Lawrenceville, GA 30046<br>770–818–0000<br>Fax: 770–937–9960<br>Email: sdaugherty@fmglaw.com<br>*TERMINATED: 01/11/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas M. Barton**<br>Coles Barton, LLP<br>150 South Perry Street<br>Suite 100<br>Lawrenceville, GA 30046<br>770–995–5570<br>Fax: 770–995–5582<br>Email: tbarton@colesbarton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Aaron P.M. Tady**<br>Coles Barton, LLP<br>150 South Perry Street<br>Suite 100<br>Lawrenceville, GA 30046<br>770–995–5560<br>Fax: 770–995–5582<br>Email: atady@colesbarton.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Daniel Brindis** | represented by | **Lance L. Koonce**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura R. Handman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **Lisa Zycherman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Thomas W. Tucker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Amy Moas** | represented by | **Lance L. Koonce**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Laura R. Handman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Lisa Zycherman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Thomas W. Tucker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Matthew Daggett** | represented by | **Lance L. Koonce**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Laura R. Handman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Lisa Zycherman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Thomas W. Tucker** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rolf Skar** represented by **Lance L. Koonce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura R. Handman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa Zycherman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas W. Tucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Paglia** represented by **Shaun M. Daugherty**
(See above for address)
*TERMINATED: 01/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron P.M. Tady**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John and Jane Does 1–20**

**Amicus**

**Alaska Wilderness League** represented by **Robert B. Jackson , IV**
Robert B. Jackson, IV, LLC
260 Peachtree St.
Suite 2200
Atlanta, GA 30303
404–313–2039

Fax: 404–420–2084
Email: rbj4law@email.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Center for Biological Diversity**               represented by   **Robert B. Jackson , IV**
Robert B Jackson IV LLC                                            (See above for address)
260 Peachtree Street                                               *LEAD ATTORNEY*
Suite 2200                                                         *ATTORNEY TO BE NOTICED*
Atlanta, GA 30303

**Amicus**

**Center for International Environmental Law**    represented by   **Robert B. Jackson , IV**
Robert B Jackson IV LLC                                            (See above for address)
260 Peachtree Street                                               *LEAD ATTORNEY*
Suite 2200                                                         *ATTORNEY TO BE NOTICED*
Atlanta, GA 30303

**Amicus**

**Defenders of Wildlife**                         represented by   **Robert B. Jackson , IV**
Robert B Jackson IV LLC                                            (See above for address)
260 Peachtree Street                                               *LEAD ATTORNEY*
Suite 2200                                                         *ATTORNEY TO BE NOTICED*
Atlanta, GA 30303

**Amicus**

**FishWise**                                      represented by   **Robert B. Jackson , IV**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Physicians for Social Responsibility**          represented by   **Robert B. Jackson , IV**
Robert B Jackson IV LLC                                            (See above for address)
260 Peachtree Street                                               *LEAD ATTORNEY*
Suite 2200                                                         *ATTORNEY TO BE NOTICED*
Atlanta, GA 30303

**Amicus**

**Sierra Club**                                   represented by   **Robert B. Jackson , IV**
Robert B Jackson IV LLC                                            (See above for address)
260 Peachtree Street                                               *LEAD ATTORNEY*
Suite 2200                                                         *ATTORNEY TO BE NOTICED*
Atlanta, GA 30303

**Amicus**

**Sustainable Fisheries Partnership**             represented by   **Robert B. Jackson , IV**
**Foundation**                                                     (See above for address)
Robert B Jackson IV LLC                                            *LEAD ATTORNEY*

260 Peachtree Street  
Suite 2200  
Atlanta, GA 30303

*ATTORNEY TO BE NOTICED*

## **Amicus**

| | |
|---|---|
| **The Wilderness Society**<br>Robert B Jackson IV LLC<br>260 Peachtree Street<br>Suite 2200<br>Atlanta, GA 30303 | represented by **Robert B. Jackson , IV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2016 | Ï 1 | COMPLAINT against Greenpeace International, Greenpeace, Inc., Greenpeace Fund, Inc., ForestEthics, Daniel Brindis, Amy Moas, Matthew Daggett, Rolf Skar, Todd Paglia, John and Jane Does 1–20, filed by Resolute Forest Products, Inc., Resolute FP US, Inc., Resolute FP Augusta, LLC, Fibrek General Partnership, Fibrek U.S., Inc., Fibrek International, Inc., Resolute FP Canada, Inc. (Fee paid on 5/31/2016: $400.00, Receipt # 113J–1984046) (Ellington, James B.) (Attachments: # 1 Appendix A–F, # 2 Civil Cover Sheet, # 3 Proposed summons – Greenpeace International, # 4 Proposed summons – Greenpeace, Inc., # 5 Proposed summons – Greenpeace Fund, Inc., # 6 Proposed summons – ForestEthics, # 7 Proposed summons – Brindis, # 8 Proposed – Moas, # 9 Proposed summons – Daggett, # 10 Proposed summons – Skar, # 11 Proposed summons – Skar)(jah) (Entered: 05/31/2016) |
| 05/31/2016 | Ï 2 | DISCLOSURE STATEMENT pursuant to Local Rule 7.1.1 by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (jah) (Entered: 05/31/2016) |
| 05/31/2016 | Ï 3 | NOTICE of Filing LOCAL RULE 9.1 CIVIL RICO CASE STATEMENT by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc. (jah) (Entered: 05/31/2016) |
| 05/31/2016 | Ï 4 | MOTION for Leave to Appear Pro Hac Vice *Michael J. Bowe* Receipt Number 113J–1984717, Fee Amount $200, by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. Responses due by 6/17/2016. (Ellington, James) (Entered: 05/31/2016) |
| 05/31/2016 | Ï 5 | MOTION for Leave to Appear Pro Hac Vice *Lauren Tabaksblat* Receipt Number 113J–1984749, Fee Amount $200, by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. Responses due by 6/17/2016. (Ellington, James) (Entered: 05/31/2016) |
| 05/31/2016 | Ï 6 | Summonses Issued as to Greenpeace International, Greenpeace, Inc., Greenpeace Fund, Inc., ForestEthics, Daniel Brindis, Amy Moas, Matthew Daggett, Rolf Skar, Todd Paglia. (Clerk's note: The original summons, as issued, were returned by U.S. mail to Plaintiffs' counsel, James B. Ellington.) (jah) (Entered: 05/31/2016) |
| 05/31/2016 | Ï 7 | RULE 26 INSTRUCTION ORDER. Signed by Magistrate Judge Brian K. Epps on 05/31/2016. (Attachments: # 1 Certificate of Counsel of Refiled or Related Cases – Local Rule 3.1, # 2 Disclosure Statement – Local Rule 7.1.1, # 3 Litigants' Bill of Rights – Local Rule 16.7, # 4 Notice of Availability of the United States Magistrate Judge) (jah) (Entered: 05/31/2016) |
| 05/31/2016 | Ï | MOTIONS REFERRED: 4 MOTION for Leave to Appear Pro Hac Vice *Michael J. Bowe* Receipt Number 113J–1984717, Fee Amount $200,, 5 MOTION for Leave to Appear Pro Hac Vice *Lauren Tabaksblat* Receipt Number 113J–1984749, Fee Amount $200, (jah) (Entered: |

| | | |
|---|---|---|
| | | 05/31/2016) |
| 06/01/2016 | Ï 8 | ORDER granting 5 Motion of Lauren Tabaksblat for Leave to Appear Pro Hac Vice on behalf of the Plaintiffs. Signed by Magistrate Judge Brian K. Epps on 6/1/2016. (jah) (Entered: 06/01/2016) |
| 06/03/2016 | Ï 9 | ORDER granting 4 Motion of Michael J. Bowe for Leave to Appear Pro Hac Vice on behalf of the Plaintiffs. Signed by Magistrate Judge Brian K. Epps on 6/3/2016. (jah) (Entered: 06/03/2016) |
| 06/14/2016 | Ï 10 | Litigants' Bill of Rights by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Ellington, James) (Entered: 06/14/2016) |
| 06/14/2016 | Ï 11 | Summons Issued as to Greenpeace Inc., Greenpeace Fund, Inc. (Attachments: # 1 Cover letter) (Clerk's note: The original summons, as issued, were mailed back to Plaintiff's counsel, Lauren Tabaksblat.(jah) (Entered: 06/15/2016) |
| 07/06/2016 | Ï 12 | Summons Issued as to Greenpeace International. (Attachments: # 1 Cover letter) (Note: The original summons, as issued, was returned via FedEx overnight letter to Plaintiff's co−counsel, Lauren Tabaksblat, in New York, New York.)(jah) (Entered: 07/06/2016) |
| 07/06/2016 | Ï 13 | Consent MOTION for Extension of Time to File Answer re 1 Complaint by Amy Moas, Resolute Forest Products, Inc., et al. (Attachments: # 1 Text of Proposed Order)(Ellington, James) Modified on 7/6/2016 (jah). (Entered: 07/06/2016) |
| 07/06/2016 | Ï | MOTION REFERRED: 13 Consent MOTION for Extension of Time to File Answer re 1 Complaint. (jah) (Entered: 07/06/2016) |
| 07/07/2016 | Ï 14 | ORDER granting Defendant Amy Moas's 13 Consent Motion for Extension of Time to Answer re 1 Complaint; and directing that this Defendant shall have through and including July 20, 2016, within which to answer, move, otherwise plead to Plaintiffs' complaint. Amy Moas answer due 7/20/2016. Signed by Magistrate Judge Brian K. Epps on 7/7/2016. (jah) Modified on 7/7/2016 (jah). (Entered: 07/07/2016) |
| 07/15/2016 | Ï 15 | Consent MOTION for Extension of Time to file answer or move in response to complaint . by Daniel Brindis, Greenpeace Fund, Inc., Greenpeace, Inc., Rolf Skar. Responses due by 8/1/2016. (Attachments: # 1 Text of Proposed Order)(Tucker, Thomas) (Entered: 07/15/2016) |
| 07/15/2016 | Ï | MOTION REFERRED: 15 Consent MOTION for Extension of Time to file answer or move in response to complaint . (jah) (Entered: 07/15/2016) |
| 07/15/2016 | Ï 16 | ORDER granting Defendants Greenpeace, Inc., Greenpeace Fund, Inc., Daniel Brindis, and Rolf Skar's 15 Consent Motion for Extension of Time to File Answer or Move in Response to Complaint; and directing that these Defendants shall have through and including August 1, 2016, within which to answer, move, or otherwise plead to Plaintiff's complaint. Signed by Judge J. Randal Hall on 7/15/2016. (jah) (Entered: 07/15/2016) |
| 07/15/2016 | Ï | Set/Reset Deadlines: Daniel Brindis answer due 8/1/2016; Greenpeace Fund, Inc. answer due 8/1/2016; Greenpeace, Inc. answer due 8/1/2016; Rolf Skar answer due 8/1/2016. (jah) (Entered: 07/15/2016) |
| 07/18/2016 | Ï 17 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on Daniel Brindis on June 18, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 18 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on Matthew Daggett on July 13, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute |

| | | |
|---|---|---|
| | | Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 19 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on ForestEthics (d/b/a Stand) on June 25, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 20 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on Greenpeace Fund, Inc. on June 17, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 21 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on Greenpeace Fund, Inc. c/o Georgia Secretary of State on June 22, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 22 | NOTICE of Appearance by Shaun M. Daugherty on behalf of ForestEthics, Todd Paglia (Daugherty, Shaun) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 23 | Consent MOTION for Extension of Time to File Answer *Or Move In Response to Complaint* by ForestEthics, Todd Paglia. Responses due by 8/4/2016. (Daugherty, Shaun) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 24 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on Greenpeace, Inc. on June 17, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 25 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on Greenpeace, Inc. c/o Georgia Secretary of State on June 22, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 26 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on Greenpeace International aka Greenpeace Stichting Council on July 18, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 27 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on Amy Moas on June 15, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 28 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on Todd Paglia on June 25, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 29 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on Rolf Skar on June 18, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 30 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet *(secondary mailing service)* served on Rolf Skar on June 21, 2016, filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., |

| | | |
|---|---|---|
| | | Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 07/18/2016) |
| 07/18/2016 | Ï 31 | CLERK'S ORDER granting 23 Motion for Extension of Time to Answer re 1 Complaint. ForestEthics answer due 8/1/2016; Todd Paglia answer due 8/1/2016. Signed by on 7/18/16. (cmr) (Entered: 07/18/2016) |
| 07/19/2016 | Ï 32 | CONSENT MOTION for Extension of Time to File Answer re 1 Complaint, filed by Daniel Brindis, Matthew Daggett, Greenpeace Fund, Inc., Greenpeace International, Greenpeace, Inc., Amy Moas, Rolf Skar. (Attachments: # 1 Text of Proposed Order)(Tucker, Thomas) (Entered: 07/19/2016) |
| 07/19/2016 | Ï | MOTION REFERRED: 32 Consent MOTION for Extension of Time to File Answer re 1 Complaint. (jah) (Entered: 07/19/2016) |
| 07/20/2016 | Ï 33 | ORDER granting the parties' 32 Consent Motion for Extension of Time to Answer or Move in Response to Complaint and for Extension of Opposition and Reply Dates. Defendants have through and including September 1, 2016 to file their Answer(s) or Responsive Pleadings or to move in response to the Complaint; plaintiffs have through and including October 31, 2016 to file their Response(s) in Opposition to any such motions(s) by defendants; and defendants have through and including December 2, 2016 to file their Reply on any such motions(s). Daniel Brindis answer due 9/1/2016; Matthew Daggett answer due 9/1/2016; ForestEthics answer due 9/1/2016; Greenpeace Fund, Inc. answer due 9/1/2016; Greenpeace International answer due 9/1/2016; Greenpeace, Inc. answer due 9/1/2016; Amy Moas answer due 9/1/2016; Todd Paglia answer due 9/1/2016; Rolf Skar answer due 9/1/2016. Signed by Magistrate Judge Brian K. Epps on 7/20/2016. (jah) Modified on 7/20/2016 (jah). (Entered: 07/20/2016) |
| 07/26/2016 | Ï 34 | AMENDED RULE 26 INSTRUCTION ORDER re 7 Rule 26 Instruction Order. Signed by Magistrate Judge Brian K. Epps on 7/26/2016. (Attachments: # 1 Rule 26 (f) Report (blank)) (jah) (Entered: 07/26/2016) |
| 07/29/2016 | Ï 35 | MOTION to Stay *DISCOVERY* by Daniel Brindis, Matthew Daggett, Greenpeace Fund, Inc., Greenpeace International, Greenpeace, Inc., Amy Moas, Rolf Skar. Responses due by 8/15/2016. (Attachments: # 1 Briefs, # 2 Text of Proposed Order)(Tucker, Thomas) (Entered: 07/29/2016) |
| 07/29/2016 | Ï | MOTIONS REFERRED: 35 MOTION to Stay *DISCOVERY*. (cmr) (Entered: 07/29/2016) |
| 08/01/2016 | Ï 36 | NOTICE of Intent *To File Response in Opposition* by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc. re 35 MOTION to Stay *DISCOVERY*. (Ellington, James) (Entered: 08/01/2016) |
| 08/08/2016 | Ï 37 | NOTICE of Appearance by James S. Murray on behalf of Greenpeace Fund, Inc. (Murray, James) (Entered: 08/08/2016) |
| 08/15/2016 | Ï 38 | RESPONSE in Opposition re 35 MOTION to Stay *DISCOVERY* filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Ellington, James) (Entered: 08/15/2016) |
| 08/16/2016 | Ï 39 | NOTICE of Intent *TO FILE REPLY BRIEF* by Daniel Brindis, Matthew Daggett, John and Jane Does 1–20, ForestEthics, Greenpeace Fund, Inc., Greenpeace International, Greenpeace, Inc., Amy Moas, Todd Paglia, Rolf Skar re 38 Response in Opposition to Motion,. (Murray, James) (Entered: 08/16/2016) |
| 08/17/2016 | Ï 40 | ORDER deferring ruling on Defendants' 35 Motion to Stay Discovery; and issuing a temporary stay of discovery to remain in place until a ruling on the motion to stay. Signed by Magistrate Judge Brian K. Epps on 8/17/2016. (jah) (Entered: 08/17/2016) |

| 08/19/2016 | Ï 41 | First MOTION for Leave to File Excess Pages by Daniel Brindis, Matthew Daggett, John and Jane Does 1–20, ForestEthics, Greenpeace Fund, Inc., Greenpeace International, Greenpeace, Inc., Amy Moas, Todd Paglia, Rolf Skar. Responses due by 9/6/2016. (Murray, James) (Entered: 08/19/2016) |
|---|---|---|
| 08/19/2016 | Ï | MOTIONS REFERRED: 41 First MOTION for Leave to File Excess Pages. (cmr) (Entered: 08/19/2016) |
| 08/19/2016 | Ï | Motions No Longer Referred: 41 First MOTION for Leave to File Excess Pages. (cmr) (Entered: 08/19/2016) |
| 08/23/2016 | Ï 42 | MOTION to Withdraw as Attorney by Greenpeace Fund, Inc.. Responses due by 9/9/2016. (Attachments: # 1 Exhibit Email to Greenpeace Fund, Inc. General Counsel, # 2 Text of Proposed Order)(Tucker, Thomas) (Entered: 08/23/2016) |
| 08/24/2016 | Ï 43 | ORDER granting 41 Motion for Leave to File Excess Pages. Defendants' motions shall not exceed 41 pages. Signed by Judge J. Randal Hall on 08/24/2016. (pts) (Entered: 08/24/2016) |
| 08/24/2016 | Ï 44 | ORDER granting 42 Motion to Withdraw as Attorney. Attorney Thomas W. Tucker terminated as counsel of record for Greenpeace Fund, Inc. Attorney James S. Murray will represent this Defendant. Signed by Judge J. Randal Hall on 08/24/2016. (pts) (Entered: 08/24/2016) |
| 08/26/2016 | Ï 45 | Consent MOTION for Extension of Time to File Answer re 33 Order on Motion for Extension of Time to Answer,,, *or Move in Response to Complaint*, Consent MOTION for Extension of Time to File Response/Reply as to 33 Order on Motion for Extension of Time to Answer,,, *Opposition and Reply Dates* by Greenpeace Fund, Inc.. Responses due by 9/12/2016. (Murray, James) (Entered: 08/26/2016) |
| 08/26/2016 | Ï | MOTION REFERRED: 45 Consent MOTION for Extension of Time to File Answer re 33 Order on Motion for Extension of Time to Answer,,, *or Move in Response to Complaint*Consent MOTION for Extension of Time to File Response/Reply as to 33 Order on Motion for Extension of Time to Answer,,, *Opposition and Reply Dates* (jah) (Entered: 08/26/2016) |
| 08/26/2016 | Ï 46 | ORDER granting 45 Consent Motion for Extension of Time to File Answer or Move in Response to Complaint and for Extension of Opposition and Reply Dates; and noting that defendants have through and including September 8, 2016 to file their Answers or Responsive Pleadings or to move in response to the Complaint; and noting that plaintiffs have through and including November 10, 2016 to file their Responses in Opposition to any such motions by defendants; and noting that defendants have through and including December 9, 2016 to file their reply on any such motions. Daniel Brindis answer due 9/8/2016; Matthew Daggett answer due 9/8/2016; ForestEthics answer due 9/8/2016; Greenpeace Fund, Inc. answer due 9/8/2016; Greenpeace International answer due 9/8/2016; Greenpeace, Inc. answer due 9/8/2016; Amy Moas answer due 9/8/2016; Todd Paglia answer due 9/8/2016; Rolf Skar answer due 9/8/2016. Signed by Magistrate Judge Brian K. Epps on 8/26/2016. (jah) Modified on 8/26/2016 (jah). (Entered: 08/26/2016) |
| 08/26/2016 | Ï | Reset Deadline as to 35 MOTION to Stay *DISCOVERY*. Responses due by 8/15/2016. (jah) (Entered: 08/26/2016) |
| 08/29/2016 | Ï 47 | REPORT of Rule 26(f) Planning Meeting. (Ellington, James) (Entered: 08/29/2016) |
| 08/30/2016 | Ï 48 | MOTION for Leave to Appear Pro Hac Vice Receipt Number 113J–2036211, Fee Amount $200, by Greenpeace International. Responses due by 9/16/2016. (Tucker, Thomas) (Entered: 08/30/2016) |
| 08/30/2016 | Ï 49 | MOTION for Leave to Appear Pro Hac Vice Receipt Number 113J–2036241, Fee Amount $200, by Greenpeace International. Responses due by 9/16/2016. (Tucker, Thomas) (Entered: |

| | | |
|---|---|---|
| | | 08/30/2016) |
| 08/30/2016 | Ï 50 | MOTION for Leave to Appear Pro Hac Vice Receipt Number 113J–2036248, Fee Amount $200, by Greenpeace International. Responses due by 9/16/2016. (Tucker, Thomas) (Entered: 08/30/2016) |
| 08/30/2016 | Ï | MOTIONS REFERRED: 48 MOTION for Leave to Appear Pro Hac Vice Receipt Number 113J–2036211, Fee Amount $200,, 49 MOTION for Leave to Appear Pro Hac Vice Receipt Number 113J–2036241, Fee Amount $200,, 50 MOTION for Leave to Appear Pro Hac Vice Receipt Number 113J–2036248, Fee Amount $200, (jah) (Entered: 08/30/2016) |
| 09/01/2016 | Ï 51 | TEXT ORDER granting 48 Motion for Leave to Appear pro hac vice by Laura R. Handman and finding the requirements in Local Rule 83.4 have been satisfied by Magistrate Judge Brian K. Epps on 9/1/2016. (rc) (Entered: 09/01/2016) |
| 09/01/2016 | Ï 52 | TEXT ORDER granting 49 Motion for Leave to Appear Pro Hac Vice by Lacy H. Koonce, III, and finding the requirements in Local Rule 83.4 have been satisfied by Magistrate Judge Brian K. Epps on 9/1/2016. (rc) (Entered: 09/01/2016) |
| 09/01/2016 | Ï 53 | TEXT ORDER granting 50 Motion for Leave to Appear Pro Hac Vice by Lisa B. Zycherman and finding the requirements in Local Rule 83.4 have been satisfied by Magistrate Judge Brian K. Epps on 9/1/2016. (rc) (Entered: 09/01/2016) |
| 09/01/2016 | Ï 54 | REPLY to Response to Motion re 35 MOTION to Stay *DISCOVERY* filed by Daniel Brindis, Matthew Daggett, ForestEthics, Greenpeace Fund, Inc., Greenpeace International, Greenpeace, Inc., Amy Moas, Todd Paglia. (Tucker, Thomas) (Entered: 09/01/2016) |
| 09/08/2016 | Ï 55 | MOTION to Dismiss by ForestEthics, Todd Paglia. Responses due by 9/26/2016. (Attachments: # 1 Briefs, # 2 Affidavit Declaration of Todd Paglia)(Daugherty, Shaun) (Entered: 09/08/2016) |
| 09/08/2016 | Ï 56 | MOTION to Strike 1 Complaint,,, *under OCGA sec. 9–11–11.1* by ForestEthics, Todd Paglia. Responses due by 9/26/2016. (Attachments: # 1 Briefs)(Daugherty, Shaun) (Entered: 09/08/2016) |
| 09/08/2016 | Ï 57 | MOTION to Change Venue by ForestEthics, Todd Paglia. Responses due by 9/26/2016. (Daugherty, Shaun) (Entered: 09/08/2016) |
| 09/08/2016 | Ï 58 | Corporate Disclosure Statement by Daniel Brindis, Greenpeace International, Greenpeace, Inc., Amy Moas, Rolf Skar. (Zycherman, Lisa) (Entered: 09/08/2016) |
| 09/08/2016 | Ï 59 | Corporate Disclosure Statement by Greenpeace Fund, Inc.. (Murray, James) (Entered: 09/08/2016) |
| 09/08/2016 | Ï 60 | MOTION to Strike *Pursuant to O.C.G.A. Section 9–11–11.1 and Memorandum in Support* by Daniel Brindis, Matthew Daggett, Greenpeace International, Greenpeace, Inc., Amy Moas, Rolf Skar. Responses due by 9/26/2016. (Attachments: # 1 Declaration of L. Koonce, # 2 Exhibit 1–9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Exhibit 12, # 6 Exhibit 13, # 7 Exhibit 14, # 8 Exhibit 15 Pt 1, # 9 Exhibit 15 Pt 2, # 10 Exhibit 16–17, # 11 Exhibit 18–20, # 12 Exhibit 21 Pt 1, # 13 Exhibit 21 Pt 2, # 14 Exhibit 21 Pt 3, # 15 Exhibit 21 Pt 4, # 16 Exhibit 21 Pt 5, # 17 Exhibit 21 Pt 6, # 18 Exhibit 21 Pt 7, # 19 Exhibit 21 Pt 8, # 20 Exhibit 21 Pt 9, # 21 Exhibit 21 Pt 10, # 22 Exhibit 21 Pt 11, # 23 Exhibit 21 Pt 12, # 24 Exhibit 21 Pt 13, # 25 Exhibit 21 Pt 14, # 26 Exhibit 21 Pt 15, # 27 Exhibit 21 Pt 16, # 28 Exhibit 21 Pt 17, # 29 Exhibit 22–25)(Zycherman, Lisa) (Entered: 09/08/2016) |
| 09/08/2016 | Ï 61 | MOTION to Dismiss by Greenpeace Fund, Inc.. Responses due by 9/26/2016. (Attachments: # 1 Briefs)(Murray, James) (Entered: 09/08/2016) |
| 09/08/2016 | Ï 62 | MOTION to Dismiss *Pursuant to Rule 12(B)(6) and Memordandum in Support* by Daniel Brindis, Matthew Daggett, Greenpeace International, Greenpeace, Inc., Amy Moas, Rolf Skar. Responses |

| | | |
|---|---|---|
| | | due by 9/26/2016. (Attachments: # [1](#) Declaration of T. Wetterer, # [2](#) Declaration of L. Koonce, # [3](#) Table A, # [4](#) Table B–1, # [5](#) Table B–2, # [6](#) Table C, # [7](#) Table D, # [8](#) Exhibit 1 Pt 1, # [9](#) Exhibit 1 Pt 2, # [10](#) Exhibit 1 Pt 3, # [11](#) Exhibit 1 Pt 4, # [12](#) Exhibit 1 Pt 5, # [13](#) Exhibit 1 Pt 6, # [14](#) Exhibit 2, # [15](#) Exhibit 3, # [16](#) Exhibit 4, # [17](#) Exhibit 5 Pt 1, # [18](#) Exhibit 5 Pt 2, # [19](#) Exhibit 5 Pt 3, # [20](#) Exhibit 5 Pt 4, # [21](#) Exhibit 5 Pt 5, # [22](#) Exhibit 5 Pt 6, # [23](#) Exhibit 6, # [24](#) Exhibit 7, # [25](#) Exhibit 8, # [26](#) Exhibit 9, # [27](#) Exhibit 10 Pt 1, # [28](#) Exhibit 10 Pt 2, # [29](#) Exhibit 10 Pt 3, # [30](#) Exhibit 10 Pt 4, # [31](#) Exhibit 11, # [32](#) Exhibit 12, # [33](#) Exhibit 13, # [34](#) Exhibit 14, # [35](#) Exhibit 15, # [36](#) Exhibit 16, # [37](#) Appendix A Pt 1, # [38](#) Appendix A Pt 2, # [39](#) Appendix A Pt 3, # [40](#) Appendix B, # [41](#) Appendix C Pt 1, # [42](#) Appendix C Pt 2, # [43](#) Appendix D, # [44](#) Appendix E, # [45](#) Appendix F Pt 1, # [46](#) Appendix F Pt 2, # [47](#) Appendix F Pt 3, # [48](#) Appendix F Pt 4, # [49](#) Appendix CA Pt 1, # [50](#) Appendix CA Pt 2, # [51](#) Appendix CA Pt 3, # [52](#) Appendix (Supplemental))(Zycherman, Lisa) (Entered: 09/08/2016) |
| 09/15/2016 | Ï 63 | MOTION for Leave to Appear as Amicus Curiae in Support of Greenpeace's Motion to Dismiss and Motion to Strike by The Reporters Committee for Freedom of the Press and 11 Media Companies. Responses due by 10/3/2016. (Attachments: # 1 Briefs Proposed Amicus Brief)(Weber, Gerald) Modified on 9/23/2016 (jah). (Entered: 09/15/2016) |
| 09/15/2016 | Ï 64 | Amicus Curiae APPEARANCE entered by Robert B. Jackson, IV on behalf of Alaska Wilderness League, Center for Biological Diversity, Center for International Environmental Law, Defenders of Wildlife, FishWise, Physicians for Social Responsibility, Sierra Club, Sustainable Fisheries Partnership Foundation, The Wilderness Society. (Jackson, Robert) (Entered: 09/15/2016) |
| 09/22/2016 | Ï 65 | RESPONSE in Opposition re 63 MOTION Amicus Filing *of Reporters Committee for Freedom of the Press and Eleven Additional Media Organizations* filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Ellington, James) (Entered: 09/22/2016) |
| 09/22/2016 | Ï 66 | ORDER granting Defendants' 35 Motion to Stay Discovery pending resolution of their motions to transfer, strike, or dismiss filed on September 8, 2016; and directing that, should any portion of the case remain in this Court after resolution of these motions, the remaining parties shall confer and submit an amended Rule 26(f) report within seven days of the District Court's rulings. Signed by Magistrate Judge Brian K. Epps on 9/22/2016. (jah) (Entered: 09/22/2016) |
| 09/23/2016 | Ï 67 | NOTICE of Intent *(to file reply brief)* by Gerald Weber Reporter's Committee re 65 Response in Opposition to Motion, 63 MOTION Amicus Filing . (Weber, Gerald) (Entered: 09/23/2016) |
| 10/05/2016 | Ï 68 | REPLY to Response to Motion re 63 MOTION Amicus Filing filed by The Reporters Committee for Freedom of the Press and 11 additional media organizations. (Weber, Gerald) (Entered: 10/05/2016) |
| 10/12/2016 | Ï 69 | MOTION for Leave to File Excess Pages *in Single Consolidated Response* by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. Responses due by 10/31/2016. (Attachments: # 1 Text of Proposed Order)(Ellington, James) (Entered: 10/12/2016) |
| 10/12/2016 | Ï 70 | NOTICE of Appearance by Aaron P.M. Tady on behalf of ForestEthics, Todd Paglia (Tady, Aaron) (Entered: 10/12/2016) |
| 10/13/2016 | Ï 71 | ORDER granting Plaintiffs' 69 Motion for Leave to File Excess Pages. Plaintiffs may file a single response brief. Their brief may not exceed ninety pages.. Signed by Judge J. Randal Hall on 10/13/2017. (jah) Modified on 10/13/2016 (jah). (Entered: 10/13/2016) |
| 10/21/2016 | Ï 72 | Consent MOTION for Extension of Time to File Response/Reply *in Opposition to Defendants Motions and for Extension of Reply Date* by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. Responses due by 11/7/2016. (Attachments: # 1 Text of Proposed |

| | | |
|---|---|---|
| | | Order)(Tabaksblat, Lauren) (Entered: 10/21/2016) |
| 10/24/2016 | Ï 73 | ORDER granting parties' 72 Consent Motion for Extension of Time to File Response/Reply re 61 MOTION to Dismiss , 62 MOTION to Dismiss *Pursuant to Rule 12(B)(6) and Memordandum in Support*, 55 MOTION to Dismiss Responses due by 11/22/2016. Replies due by 1/20/2017. Signed by Judge J. Randal Hall on 10/24/2016. (jah) (Entered: 10/24/2016) |
| 10/24/2016 | Ï 74 | NOTICE of Appearance by Thomas M. Barton on behalf of ForestEthics, Todd Paglia (Barton, Thomas) (Entered: 10/24/2016) |
| 11/22/2016 | Ï 75 | MEMORANDUM in Opposition re 62 MOTION to Dismiss *Pursuant to Rule 12(B)(6) and Memordandum in Support /Plaintiffs' Response in Opposition to Defendants' Motions to Strike, Dismiss, and Transfer Forum* filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 11/22/2016) |
| 11/22/2016 | Ï 76 | AFFIDAVIT in Opposition re 62 MOTION to Dismiss *Pursuant to Rule 12(B)(6) and Memordandum in Support /Declaration of Frederick Cubbage in Support of Plaintiffs' Response to Defendants' Motions to Strike, Dismiss, and Transfer Venue* filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S)(Tabaksblat, Lauren) (Entered: 11/22/2016) |
| 11/22/2016 | Ï 77 | AFFIDAVIT in Opposition re 62 MOTION to Dismiss *Pursuant to Rule 12(B)(6) and Memordandum in Support /Declaration of Peter Reich in Support of Plaintiffs' Response to Defendants' Motions to Strike, Dismiss, and Transfer Venue* filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E (Part I), # 6 Exhibit E (Part II), # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Tabaksblat, Lauren) (Entered: 11/22/2016) |
| 12/16/2016 | Ï 78 | MOTION */ Notice of Plaintiffs' Motion to Lift the Stay of Discovery* by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. Responses due by 12/30/2016. (Attachments: # 1 Plaintiffs' Memorandum of Law in Support of Motion to Lift Stay of Discovery, # 2 (Proposed) Order)(Tabaksblat, Lauren) (Entered: 12/16/2016) |
| 12/16/2016 | Ï | MOTION REFERRED: 78 MOTION */ Notice of Plaintiffs' Motion to Lift the Stay of Discovery* (jah) (Entered: 12/16/2016) |
| 12/18/2016 | Ï 79 | NOTICE of Intent *to File Response Brief in Opposition to Plaintiffs' Motion to Lift the Stay of Discovery* by ForestEthics, Todd Paglia re 78 MOTION */ Notice of Plaintiffs' Motion to Lift the Stay of Discovery*. (Tady, Aaron) (Entered: 12/18/2016) |
| 12/22/2016 | Ï 80 | RESPONSE in Opposition re 78 MOTION */ Notice of Plaintiffs' Motion to Lift the Stay of Discovery* filed by ForestEthics, Todd Paglia. (Tady, Aaron) (Entered: 12/22/2016) |
| 12/27/2016 | Ï 81 | NOTICE of Intent *to File Reply Brief* by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc. re 80 Response in Opposition to Motion. (Ellington, James) (Entered: 12/27/2016) |
| 12/29/2016 | Ï 82 | |

| | | |
|---|---|---|
| | | MEMORANDUM in Opposition re 78 MOTION / *Notice of Plaintiffs' Motion to Lift the Stay of Discovery* filed by Daniel Brindis, Matthew Daggett, Greenpeace International, Greenpeace, Inc., Amy Moas, Rolf Skar. (Tucker, Thomas) (Entered: 12/29/2016) |
| 12/29/2016 | Ï 83 | RESPONSE in Opposition re 78 MOTION / *Notice of Plaintiffs' Motion to Lift the Stay of Discovery* filed by Greenpeace Fund, Inc.. (Murray, James) (Entered: 12/29/2016) |
| 12/30/2016 | Ï 84 | NOTICE of Intent *to File Reply Brief* by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc. re 82 Memo in Opposition to Motion, 83 Response in Opposition to Motion. (Ellington, James) (Entered: 12/30/2016) |
| 01/05/2017 | Ï 85 | REPLY to Response to Motion re 78 MOTION / *Notice of Plaintiffs' Motion to Lift the Stay of Discovery* filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Attachments: # 1 Exhibit A)(Ellington, James) (Entered: 01/05/2017) |
| 01/10/2017 | Ï 86 | MOTION to Withdraw as Attorney by ForestEthics, Todd Paglia. Responses due by 1/24/2017. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Daugherty, Shaun) (Entered: 01/10/2017) |
| 01/10/2017 | Ï 87 | MOTION for Leave to File Excess Pages by Daniel Brindis, Matthew Daggett, Greenpeace International, Greenpeace, Inc., Amy Moas, Rolf Skar. Responses due by 1/24/2017. (Handman, Laura) (Entered: 01/10/2017) |
| 01/11/2017 | Ï 88 | ORDER granting Defendants' 87 Motion to exceed Local Rule 7.1.'s page limit. Defendants may file a consolidated reply in support of their motions to dismiss. The brief may not exceed fifty (50) pages. Signed by Judge J. Randal Hall on 1/11/2017. (jah) (Entered: 01/11/2017) |
| 01/11/2017 | Ï 89 | ORDER granting 86 Motion to Withdraw as Attorney. Attorney Shaun M. Daugherty terminated. Signed by Judge J. Randal Hall on 1/11/2017. (jah) (Entered: 01/11/2017) |
| 01/13/2017 | Ï 90 | ORDER clarifying the Court's 88 Order. That Order applies only to those Defendants that requested permission to file a consolidated brief. Signed by Judge J. Randal Hall on 01/13/2017. (thb) (Entered: 01/13/2017) |
| 01/17/2017 | Ï 91 | ORDER denying 78 Motion to Lift the Stay of Discovery. Signed by Magistrate Judge Brian K. Epps on 01/17/2017. (thb) (Entered: 01/17/2017) |
| 01/18/2017 | Ï 92 | Consent MOTION for Extension of Time to File Response/Reply as to 62 MOTION to Dismiss *Pursuant to Rule 12(B)(6) and Memordandum in Support* by Daniel Brindis, Matthew Daggett, Greenpeace Fund, Inc., Greenpeace International, Greenpeace, Inc., Amy Moas, Rolf Skar. Responses due by 2/1/2017. (Attachments: # 1 Text of Proposed Order)(Handman, Laura) (Entered: 01/18/2017) |
| 01/19/2017 | Ï 93 | ORDER granting 92 Motion for Extension of Time to File Response/Reply re 61 MOTION to Dismiss , 62 MOTION to Dismiss *Pursuant to Rule 12(B)(6) and Memordandum in Support*, 60 MOTION to Strike *Pursuant to O.C.G.A. Section 9−11−11.1 and Memorandum in Support* Replies due by 1/23/2017.. Signed by Judge J. Randal Hall on 1/19/2017. (jah) (Entered: 01/19/2017) |
| 01/20/2017 | Ï 94 | REPLY to Response to Motion re 55 MOTION to Dismiss filed by ForestEthics, Todd Paglia. (Tady, Aaron) (Entered: 01/20/2017) |
| 01/20/2017 | Ï 95 | REPLY to Response to Motion re 56 MOTION to Strike 1 Complaint,,, *under OCGA sec. 9−11−11.1* filed by ForestEthics, Todd Paglia. (Tady, Aaron) (Entered: 01/20/2017) |
| 01/20/2017 | Ï 96 | Disclosure Statement pursuant to Local Rule 7.1.1 by ForestEthics, Todd Paglia. (Tady, Aaron) (Entered: 01/20/2017) |

| | | |
|---|---|---|
| 01/23/2017 | Ï 97 | REPLY to Response to Motion re 61 MOTION to Dismiss filed by Greenpeace Fund, Inc.. (Murray, James) (Entered: 01/23/2017) |
| 01/23/2017 | Ï 98 | REPLY to Response to Motion re 60 MOTION to Strike *Pursuant to O.C.G.A. Section 9–11–11.1 and Memorandum in Support*, 62 MOTION to Dismiss *Pursuant to Rule 12(B)(6) and Memordandum in Support* filed by Daniel Brindis, Matthew Daggett, Greenpeace International, Greenpeace, Inc., Amy Moas, Rolf Skar. (Attachments: # 1 Declaration of Lisa Zycherman, # 2 Declaration of Keith Moore, # 3 Declaration of Jay Malcolm, # 4 Declaration of Daniel Kneeshaw, # 5 Request for Oral Argument)(Handman, Laura) (Entered: 01/23/2017) |
| 02/22/2017 | Ï 99 | NOTICE of Filing by Daniel Brindis, Matthew Daggett, Greenpeace International, Greenpeace, Inc., Amy Moas, Rolf Skar re 62 MOTION to Dismiss *Pursuant to Rule 12(B)(6) and Memordandum in Support Notice of Supplemental Authority* (Handman, Laura) (Entered: 02/22/2017) |
| 03/07/2017 | Ï 100 | RESPONSE to 99 Notice of Filing, filed by Greenpeace International, Matthew Daggett, Amy Moas, Greenpeace, Inc., Rolf Skar, Daniel Brindis filed by Fibrek General Partnership, Fibrek International, Inc., Fibrek U.S., Inc., Resolute FP Augusta, LLC, Resolute FP Canada, Inc., Resolute FP US, Inc., Resolute Forest Products, Inc.. (Tabaksblat, Lauren) (Entered: 03/07/2017) |
| 04/19/2017 | Ï 101 | NOTICE by ForestEthics, Todd Paglia *of an Application for a Leave of Absence Pursuant to LR 83.9* (Barton, Thomas) Modified on 4/19/2017 (cmr). (Entered: 04/19/2017) |
| 04/19/2017 | Ï | MOTIONS REFERRED: 101 MOTION for Leave of Absence. (cmr) (Entered: 04/19/2017) |
| 04/24/2017 | Ï 102 | TEXT ORDER granting 101 Motion for Leave of Absence by Magistrate Judge Brian K. Epps on 4/24/2017. (rc) (Entered: 04/24/2017) |
| 04/28/2017 | Ï 103 | NOTICE of Change of Address by Lauren Tabaksblat. (Tabaksblat, Lauren) (Entered: 04/28/2017) |
| 05/16/2017 | Ï 104 | ORDER granting 57 Motion to Change Venue; granting 62 Motion to Dismiss. The Clerk is Ordered to transfer this case to the United States District Court for the Northern District of California. The Clerk is further Ordered to close this case. Signed by Chief Judge J. Randal Hall on 05/16/2017. (thb) (Entered: 05/16/2017) |