# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., *et al.*<br><br>  Plaintiffs,<br><br>  v.<br><br>GREENPEACE INTERNATIONAL, *et al.*<br><br>  Defendants. | CASE NO. 3:17-CV-02824-JST<br><br>Hon. Jon S. Tigar<br>Courtroom 9<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SUPPLEMENT BRIEFING ON MOTIONS TO DISMISS AND STRIKE AND TO SET ORAL ARGUMENT**<br><br>Action Filed:  May 31, 2016 |

WHEREAS, Plaintiffs Resolute Forest Products, Inc., Resolute FP US, Inc., Resolute FP Augusta, LLC, Fibrek General Partnership, Fibrek US, Inc., Fibrek International Inc., and Resolute FP Canada, Inc. ("Plaintiffs") and Defendants Greenpeace International (aka Greenpeace Stichting Council) ("GPI"), Greenpeace, Inc., Greenpeace Fund, Inc., Daniel Brindis, Amy Moas, Matthew Daggett, Rolf Skar and (the "Greenpeace Defendants") have stipulated to a schedule for supplemental briefing and oral argument on Defendants' pending motions to dismiss and strike (the "Pending Motions"), and good cause appearing therefore,

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

- Plaintiffs will file their supplemental brief in further opposition to the Pending Motions by August 8, 2017;
- Greenpeace Defendants will file their supplemental reply brief in further support of the Pending Motions by August 25, 2017;
- Oral argument on the Pending Motions is set for ~~September 7, 2017~~ September 28, 2017 at 2:00 p.m.

DATED: July 12, 2017

_____
Hon. Jon S. Tigar

1