ARTHUR W. CURLEY, BAR NO. 60902
PETER F. FINN, BAR NO. 267810
BRADLEY, CURLEY, BARRABEE & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887

Attorneys for Defendants
STAND (formerly known as FORESTETHICS);
TODD PAGLIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | No. 3:17-CV-02824-JST<br><br>**RE-NOTICE OF DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' COMPLAINT**<br><br>Date: October 12, 2017<br>Time: 2:00 p.m.<br>Courtroom: 9<br><br>Complaint Filed: May 31, 2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the hearing on Defendants STAND's (formerly known as FORESTETHICS) and TODD PAGLIA's Motion to Strike Plaintiffs' Complaint in the above-entitled action is hereby re-noticed for October 12, 2017, at 2:00 p.m. in Courtroom 9 of the Northern District Court of California, located at 450 Golden Gate Avenue, San Francisco.

///

///

BRADLEY, CURLEY, BARRABEE & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -
RE-NOTICE OF DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' COMPLAINT

| | |
|---|---|
| Dated: July 17, 2017 | BRADLEY, CURLEY, BARRABEE & KOWALSKI, P.C. |

By: _____
ARTHUR W. CURLEY
Attorneys for Defendants
STAND (formerly known as FORESTETHICS);
TODD PAGLIA

H:\Docs\NIAC\10269 Resolute v Greenpeace\P\Anti-SLAPP Motion\Re-Not MTS.wpd

BRADLEY, CURLEY,
BARRABEE &
KOWALSKI, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -
RE-NOTICE OF DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' COMPLAINT