| | |
|---|---|
| 1 | KARL OLSON (SBN 104760) |
| 2 | AARON R. FIELD (SBN 310648) |
|   | CANNATA, O'TOOLE, FICKES & ALMAZAN LLP |
| 3 | 100 Pine Street, Suite 350 |
|   | San Francisco, California 94111 |
| 4 | Telephone:  (415) 409-8900 |
|   | Facsimile:   (415) 409-8904 |
| 5 | Email:        kolson@cofalaw.com |
|   |                    afield@cofalaw.com |

Attorneys for Defendant
GREENPEACE FUND, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1-20, <br><br> Defendants. | CASE NO.  3:17-CV-02824-JST <br><br> **RE-NOTICE OF DEFENDANT GREENPEACE FUND, INC.'S MOTION TO STRIKE** <br><br> Date:            October 10, 2017 <br> Time:           2:00 p.m. <br> Department:   Ctrm. 9, 19th Floor |

**RE-NOTICE OF DEFENDANT GREENPEACE FUND, INC.'S MOTION TO STRIKE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant GREENPEACE FUND, INC.'S anti-SLAPP special motion to strike is hereby re-noticed for October 10, 2017, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102.

This motion seeks to strike the plaintiffs' complaint in its entirety under O.C.G.A. section 9-11-11.1 and/or California Code of Civil Procedure section 425.16 because all of plaintiffs' causes of action against GREENPEACE FUND, INC. arise from protected activity, and plaintiffs cannot establish a probability of success on the merits against defendant GREENPEACE FUND, INC.

This motion is based on this Re-Notice of Motion; the original anti-SLAPP special motion to strike and the Memorandum of Points and Authorities in support, ECF No. 60; the reply in support, ECF No. 98; any and all supplemental briefing in support of all pending motions to dismiss and special motions to strike, including ECF No. 127-1; the Court's records and files in this action; and such other and further evidence and argument as may be presented prior to or at the time of the hearing on this motion.

DATED: August 7, 2017            CANNATA, O'TOOLE, FICKES & ALMAZAN LLP

                                 By:    /s/ Karl Olson
                                        KARL OLSON

                                 Karl Olson
                                 Aaron R. Field

                                 Attorneys for Defendant
                                 GREENPEACE FUND, INC.