UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GREENPEACE INTERNATIONAL, et al., <br><br> Defendants. | Case No.17-cv-02824-JST <br><br> **ORDER** <br><br> Re: ECF No. 150 |

Having considered the stipulation filed by Plaintiffs and Defendant STAND, ECF No. 150, the Court sets the following supplemental briefing schedule:[1]

- STAND may file one supplemental brief no longer than fifteen pages in support of the Pending Motions on or before August 25, 2017; and
- Plaintiffs may file a responsive brief no longer than ten pages on or before September 19, 2017.

The Court will not accept a reply brief.

IT IS SO ORDERED.

Dated: August 18, 2017

JON S. TIGAR
United States District Judge

---

[1] The Court acknowledges that it previously approved a similar supplemental briefing schedule stipulated to by Plaintiffs and Defendant Greenpeace Fund, Inc, which permitted replies and did not contain page limits. ECF No. 149. In hindsight, the Court should have placed similar page limits on that set of supplemental briefs. While the Court will not withdraw its prior order, it encourages the parties to that stipulation to consider the limits set forth in this order as helpful guidelines.