UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREENPEACE INTERNATIONAL, et al.,<br><br>　　　　　Defendants. | Case No.  17-cv-02824-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

　　　　Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Donna M. Ryu for settlement.

　　　　The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Ryu.  It is anticipated that settlement efforts will begin in earnest after resolution of the pending motions to strike and dismiss.  See ECF Nos. 55, 56, 60, 62.

　　　　**IT IS SO ORDERED.**

Dated:  August 18, 2017

_____
JON S. TIGAR
United States District Judge