IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC., | Case No. 17-cv-02824-JST <br><br> [PROPOSED] ORDER <br><br><br> Date: January 29, 2018 <br> Time: 2:00 p.m. <br> Location: Courtroom 9, 19th Floor: |
|       Plaintiffs, | |
|       v. | |
| GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"). GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1 through 20, inclusive, | |
|       Defendant. | |

The Court has considered the parties' Stipulation Regarding Deadline for Defendants to Move for Fees. For the reasons stated therein, the Stipulation is GRANTED and the deadline for Defendants to move for fees, to the extent that it is currently October 30, 2017, is rescheduled to January 29, 2018.

IT IS SO ORDERED.

Dated: ___October 31___, 2017       By: _____

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP

Order
Case No. 17-cv-02824-JST