KASOWITZ BENSON TORRES LLP
LYN R. AGRE (State Bar No. 178218)
*lagre@kasowitz.com*
101 California Street
Suite 2300
San Francisco, CA 94111
(415) 421-6140 (telephone)
(415) 398-5030 (facsimile)

KASOWITZ BENSON TORRES LLP
Michael J. Bowe (admitted *pro hac vice*)
mbowe@kasowitz.com
Lauren Tabaksblat (admitted *pro hac vice*)
ltabaksblat@kasowitz.com
1633 Broadway, New York, NY 10019
(212) 506-1700 (telephone)
(212) 506-1800 (facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL, *et al.*<br><br>Defendants. | CASE NO. 3:17-CV-02824-JST<br><br>Hon. Jon S. Tigar<br>Courtroom 9<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT**<br><br>Action Filed: May 31, 2016 |

| | |
|---|---|
| 1 | Plaintiffs Resolute Forest Products, Inc., Resolute FP US, Inc., Resolute FP Augusta, |
| 2 | LLC, Fibrek General Partnership, Fibrek U.S., Inc., Fibrek International, Inc., and Resolute FP |
| 3 | Canada, Inc., (collectively, "Resolute" or "Plaintiffs"), on the one hand, and Defendants |
| 4 | Greenpeace International (aka "Greenpeace Stichting Council"), Greenpeace, Inc. ("GP-Inc."), |
| 5 | Greenpeace Fund, Inc. ("GP-Fund"), Daniel Brindis, Amy Moas, Matthew Daggett, Rolf Skar |
| 6 | (collectively, "Greenpeace Defendants"), and Defendants Stand (previously known as |
| 7 | ForestEthics) and Todd Paglia (together, "Stand"), on the other hand, through their respective |
| 8 | counsel, hereby stipulate and agree as follows: |
| 9 | IT IS HEREBY STIPULATED by and between the parties that the deadline for Plaintiffs |
| 10 | to file an amended complaint is hereby extended from November 6, 2017 to November 8, 2017. |
| 11 | WHEREFORE, the Parties respectfully request an order of the Court setting the deadline |
| 12 | for Plaintiffs to file an amended complaint to November 8, 2017. |

Dated: November 6, 2017

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: /s/ Lyn R. Agre
  Lyn R. Agre
  Michael J. Bowe
  Lauren Tabaksblat

*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: /s/ Lacy H. Koonce II
  Lacy H. Koonce, III

*Attorney for Defendants*
GREENPEACE INTERNATIONAL (aka
"GREENPEACE STICHTING COUNCIL"),
GREENPEACE, INC., DANIEL BRINDIS,
AMY MOAS, MATTHEW DAGGETT and
ROLF SKAR

1

|   |                                                                                          |
|---|------------------------------------------------------------------------------------------|
| 1 | BRADLEY, CURLEY, BARRABEE & KOWALSKI, P.C.                                               |
| 2 |                                                                                          |
| 3 | By: /s/ Peter F. Finn                                                                    |
|   |     Peter F. Finn                                                                        |
| 4 | *Attorneys for Defendants*                                                               |
| 5 | STAND (formerly known as FORESTETHICS) and TODD PAGLIA                                   |

CANNATA, O'TOOLE, FICKES & ALMAZAN LLP

By: /s/ Karl Olson
    Karl Olson

*Attorney for Defendants*
GREENPEACE FUND, INC.

### Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)

I, Lyn R. Agre, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content.

Dated: November 6, 2017                                    /s/ Lyn R. Agre

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Plaintiffs' deadline to file their First Amended Complaint shall be extended to November 8, 2017.

DATED: November 6, 2017

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA