# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  November 8, 2017                                    Judge:  Jon S. Tigar

Time:  8 minutes

Case No.        **3:17-cv-02824-JST**
Case Name       **Resolute Forest Products, Inc., et al v. Greenpeace International, et al.**

Attorneys for Plaintiffs:          Michael J Bowe
                                   Lauren Tabaksblat
                                   Lyn R. Agre

Attorneys for Defendants:          Lance L. Koonce
                                   Laura R. Handman

                                   Karl Olson
                                   Aaron R. Field

                                   Peter F. Finn

Deputy Clerk:  William Noble                         Court Reporter: Not reported

## PROCEEDINGS

Telephonic case management conference.

## RESULT OF HEARING

1.  Conference conducted.