IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"). GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 17-cv-02824-JST<br><br>[PROPOSED] **ORDER**<br><br>Date: January 29, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 9, 19th Floor: |

The Court has considered the parties' Stipulation Regarding Deadline for Defendants to Move for Fees. For the reasons stated therein, the Stipulation is GRANTED and the deadline for Defendants to move for fees, to the extent that it is currently January 29, 2018, is rescheduled to 30 days after this Court issues its final ruling on defendants' forthcoming motions to dismiss or strike the Amended Complaint.

IT IS SO ORDERED.

Dated: January 22, 2018

By: _____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Order
Case No. 17-cv-02824-JST