# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL, *et al.*<br><br>Defendants. | CASE NO. 3:17-CV-02824-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO ALLOW PLAINTIFFS TO FILE CONSOLIDATED OPPOSITION IN EXCESS OF 25 PAGES**<br><br>Action Filed: May 31, 2016<br>Hon. Jon S. Tigar<br>Courtroom 9 |

Plaintiffs Resolute Forest Products, Inc., Resolute FP US, Inc., Resolute FP Augusta, LLC, Fibrek General Partnership, Fibrek U.S., Inc., Fibrek International, Inc., and Resolute FP Canada, Inc., (collectively, "Resolute" or "Plaintiffs"), on the one hand, Defendants Greenpeace International (aka Greenpeace Stichting Council) ("GPI"), Greenpeace, Inc., Daniel Brindis, Amy Moas, Matthew Daggett, Rolf Skar and (collectively, the "Greenpeace Defendants"), Defendant Greenpeace Fund, Inc. ("Greenpeace Fund"), and Defendants Todd Paglia and Stand, formerly known as ForestEthics (collectively, "Stand") (collectively "Defendants"), on the other hand, through their respective counsel, have agreed and stipulated to an order allowing Resolute to file a consolidated opposition to Defendants Motions to Dismiss and Strike Plaintiffs' First Amended Complaint, not to exceed 80 pages, and good cause appearing therefore,

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Plaintiffs may file a consolidated opposition to Defendants' Motions to Dismiss and Strike Plaintiffs' First Amended Complaint that exceeds 25 pages but which shall not exceed 80 pages.

DATED: March 20, 2018



Hon. Jon S. Tigar

Case No. 3:17-CV-02824-JST