IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"). GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 17-cv-02824-JST<br><br>[PROPOSED] ORDER<br><br>Date:<br>Time:<br>Location: Courtroom 9, 19th Floor: |

The Court has considered the parties' Stipulation Regarding Defendants Filing Replies in Support of Their Motions to Dismiss and/or Strike the Amended Complaint in Excess of the Page Limit Imposed by Local Rule 7-4. For the reasons stated therein, the Stipulation is GRANTED and the Greenpeace Defendants' reply in support of its motion to dismiss and/or strike the Amended Complaint may not exceed 30 pages; Greenpeace Fund's reply in support of its motion to dismiss and/or strike the Amended Complaint may not exceed 20 pages; and Stand's reply in support of its motion to dismiss and/or strike the Amended Complaint may not exceed 20 pages.

IT IS SO ORDERED.

Dated: __April 7__, 2018    By: _____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Order
Case No. 17-cv-02824-JST