# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., *et al*. <br> Plaintiffs, <br> v. <br> GREENPEACE INTERNATIONAL, *et al.* <br> Defendants. | CASE NO. 3:17-CV-02824-JST <br><br> Hon. Jon S. Tigar <br> Courtroom 9 <br><br> **[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR STAND AND TODD PAGLIA'S MOTION FOR ATTORNEY'S FEES** <br><br> Action Filed: May 31, 2016 |

WHEREAS, Plaintiffs Resolute Forest Products, Inc., Resolute FP US, Inc., Resolute FP Augusta, LLC, Fibrek General Partnership, Fibrek US, Inc., Fibrek International Inc., and Resolute FP Canada, Inc. ("Plaintiffs") and Defendants Stand (formerly ForestEthics) and Todd Paglia (together, "Stand Defendants") have stipulated to a briefing schedule and hearing on Stand Defendants' Motion for Attorney's Fees and Costs ("Stand Defendants' Motion"), and good cause appearing therefore,

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

- Plaintiffs shall file their opposition to Stand Defendants' Motion on or before March 7, 2019;
- Stand Defendants shall file their reply in support of their Motion on or before March 14, 2019;
- Oral argument on the Stand Defendants' Motion will be held on April 4, 2019 at 2:00 p.m.

DATED: February 13, 2019

_____
Hon. Jon S. Tigar

1