IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 17-cv-02824-JST<br><br>**DECLARATION OF THOMAS W. WETTERER IN SUPPORT OF GREENPEACE DEFENDANTS' MOTION TO RECOVER ATTORNEYS' FEES AND COSTS [C.C.P. § 425.16(C)]**<br><br>Date: April 4, 2019<br>Time: 2:00 pm<br>Place: Courtroom 9<br><br>Complaint Filed: May 31, 2016<br>Amended Complaint Filed: November 8, 2017 |

## DECLARATION OF THOMAS W. WETTERER

I, Thomas W. Wetterer, declare as follows:

1. I am the General Counsel of Greenpeace, Inc. ("GP Inc."), defendant in the above-captioned matter.

2. I have managed the in-house legal department of GP Inc. for more than 20 years. In that capacity, I routinely hire and oversee legal work performed by outside law firms.

3. The instant Declaration is submitted in support of the Greenpeace Defendants' Motion to Recover Attorneys' Fees ands Costs [C.C.P. ¶ 425.16(c)] from Resolute Forest Products, Inc. ("Resolute FP"), Resolute FP US , Inc., Resolute FP Augusta, LLC ("Resolute Augusta"), Fibrek General Partnership, Fibrek U.S., Inc., Fibrek International Inc., and Resolute FP Canada, Inc.

DAVIS WRIGHT TREMAINE LLP

1

Declaration of Thomas W. Wetterer in Support of Greenpeace Defendants' Motion to Recover Attorneys' Fees and Costs
Case No. 3:17-CV-02824-JST

4. The Greenpeace Defendants retained the services of Davis Wright Tremaine LLP ("DWT") to provide legal counsel in this above-referenced matter. I reviewed the bills for all time entries by DWT personnel regarding this matter, and all costs and expenses DWT billed GP Inc. for this matter. Based on my experience as General Counsel, I found the amount of time and rates charged by DWT to be reasonable.

5. In my role as General Counsel of GP Inc. I contributed my legal skill to the litigation by collaborating on strategy, reviewing legal briefs, and participating in moot arguments.

6. The Greenpeace Defendants retained the legal services of attorneys at Tucker Long, P.C. in Augusta, Georgia to provide local counsel while this litigation was pending before the Southern District of Georgia. In a conservative exercise of billing judgment, the Greenpeace Defendants do not seek to recover attorneys' fees they incurred with Tucker Long in the instant motion for fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of February, 2019, in Washington, D.C.

_____
Thomas W. Wetterer