1  THOMAS R. BURKE (CA State Bar No. 141930)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, CA  94111
3  Telephone:(415) 276-6500
   Facsimile: (415) 276-6599
4  Email:     thomasburke@dwt.com

5  LAURA HANDMAN (appearing *pro hac vice*)
   LISA ZYCHERMAN (appearing *pro hac vice*)
6  DAVIS WRIGHT TREMAINE LLP
   1301 K Street NW, Suite 500 East
7  Washington, DC 20006
   Telephone:(202) 973-4200
8  Facsimile: (202) 973-4499
   Email:     laurahandman@dwt.com
9              lisazycherman@dwt.com

10 LACY H. KOONCE, III (appearing *pro hac vice*)
   DAVIS WRIGHT TREMAINE LLP
11 1251 Avenue of the Americas, 21st Floor
   New York, NY 10020
12 Telephone:  (212) 489-8230
   Facsimile:  (212) 489-8340
13 Email:      lancekoonce@dwt.com

14 Attorneys for Defendants
   GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING
15 COUNCIL"), GREENPEACE, INC., DANIEL BRINDIS, AMY MOAS, and
   ROLF SKAR

16 LEO J. PRESIADO (State Bar No. 166721)
   BROWN RUDNICK LLP
17 2211 Michaelson Drive, 7th Floor
   Irvine, CA 92612
18 Telephone: (949) 752-7100
   Facsimile: (949) 252-1514
19 Email: lpresiado@brownrudnick.com

20
   MICHAEL J. BOWE (admitted *pro hac vice*)
21 LAUREN TABAKSBLAT (admitted *pro hac vice*)
   BROWN RUDNICK LLP
22 7 Times Square
   New York, New York 10036
23 Telephone: (212) 209-4800
24 Facsimile: (212) 209-4801
   Email: *mbowe@brownrudnick.com*
25        *ltabaksblat@brownrudnick.com*

26 Attorneys for Plaintiffs

DAVIS WRIGHT TREMAINE LLP

Joint Submission of Letters of Request to Quebec Ministry of Forests, Wildlife and Parks

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"). GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:17-cv-02824-JST (KAW)<br><br>**JOINT SUBMISSION OF LETTERS OF REQUEST TO QUEBEC MINISTRY OF FORESTS, WILDLIFE AND PARKS**<br><br><br><br>Complaint Filed:  May 31, 2016<br>Amended Complaint Filed:  November 8, 2017 |

Pursuant to the Order of Magistrate Judge Kandis A. Westmore entered September 16, 2020 (ECF No. 340) (the "Order"), Defendants Greenpeace International, Greenpeace, Inc., Daniel Brindis, Amy Moas, and Rolf Skar (collectively the "Greenpeace Defendants"), and Plaintiffs Resolute Forest Products, Inc., Resolute FP US, Inc., Resolute FP Augusta, LLC, Fibrek General Partnership, Fibrek U.S., Inc., Fibrek International, Inc., and Resolute FP Canada, Inc. (collectively "Resolute" or "Plaintiffs"), by and through their respective counsel, hereby jointly submit the attached proposed order to issue the letters of request to the Quebec Ministry of Forests, Wildlife and Parks (the "Letters of Request").  The parties attest that they have complied with Section 9 of the Northern District's Guidelines for Professional Conduct, and that, as required by this Court's Order (ECF No. 340), counsel for Plaintiffs and for Greenpeace Defendants met and conferred telephonically regarding the Letters of Request on February 5, 2021.  Plaintiffs do not object to the Letters of Request but do not endorse the Defendants' content or characterizations found therein as true.

This 8th day of February, 2021.

          Respectfully submitted,

          DAVIS WRIGHT TREMAINE LLP

          By:
/s/ *Lacy H. Koonce, III*

          Lacy H. Koonce, III

          Attorneys for Defendants
GREENPEACE INTERNATIONAL
(aka "GREENPEACE STICHTING
COUNCIL"), GREENPEACE, INC.,
DANIEL BRINDIS, AMY MOAS, and
ROLF SKAR

          BROWN RUDNICK LLP

          By:
/s/ *Lauren Tabaksblat*

          Lauren Tabaksblat

          Attorneys for Plaintiffs

**[PROPOSED] ORDER**

This Court, having considered all of the evidence and submissions in connection with the Defendants' request for the issuance of Letters of Request to the Ministry of Forests, Wildlife and Parks, and for good cause appearing, hereby rules as follows:

IT IS ORDERED that the request to issue the Letters of Request to the Ministry of Forests, Wildlife and Parks annexed hereto as Exhibit A, is GRANTED.

IT IS SO ORDERED.

Dated:

_____
The Honorable Kandis A. Westmore