# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL INTERNATIONAL, INC., and RESOLUTE FP CANADA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GREENPEACE INTERNATIONAL, (aka "GREENPEACE STITCHING COUNCIL"), GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case Number: 4:17-CV-02824-JST (KAW) <br><br> [PROPOSED] ORDER |

[PROPOSED] ORDER
Case No. 4:17-cv-02824-JST

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| EVENT | CURRENT DEADLINE | EXTENDED DEADLINE |
|---|---|---|
| Fact discovery cut-off | March 29, 2021 | November 30, 2021 |
| Expert disclosures | June 18, 2021 | February 18, 2022 |
| Expert rebuttal reports | August 16, 2021 | April 18, 2022 |
| Expert discovery cut-off | September 13, 2021 | May 13, 2022 |
| Dispositive motions | October 8, 2021 | June 8, 2022 |
| Pretrial conference statement | January 21, 2022 | September 21, 2022 |
| Pretrial conference | January 28, 2022 | September 28, 2022 |
| Trial | February 22, 2022 | October 24, 2022 |

This case will be tried to a jury.

Counsel may not modify these dates without leave of Court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at a trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial dates as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: March 18, 2021

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 4:17-cv-02824-JST