THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email:     thomasburke@dwt.com

LAURA HANDMAN (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, DC 20005
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email:     laurahandman@dwt.com

LACY H. KOONCE (admitted *pro hac vice*)
KLARIS LAW
1115 Broadway, 11th Floor
New York, NY 10010
Telephone: (917) 822-7468
Email:     lance.koonce@klarislaw.com

Attorneys for Defendants
GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., DANIEL BRINDIS, AMY MOAS, and ROLF SKAR

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"). GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 4:17-cv-02824-JST<br><br>**NOTICE OF CHANGE IN COUNSEL AND CHANGE OF ADDRESS**<br><br><br>Complaint Filed: May 31, 2016<br>Amended Complaint Filed: November 8, 2017 |

TO: The Clerk of the Court and to All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT, under Civil L.R.5-1(c)(2)(C), Lisa B. Zycherman is no longer an attorney at the law firm of Davis Wright Tremaine LLP and hereby withdraws as counsel for Defendants Greenpeace International (aka "Greenpeace Stichting Council"), Greenpeace, Inc., Daniel Brindis, Amy Moas, and Rolf Skar (collectively, the "Greenpeace Defendants"). The Greenpeace Defendants will continue to be represented by counsel of record from Davis Wright Tremaine LLP, and all future correspondence and papers in this action should continue to be directed as such.

PLEASE TAKE FURTHER NOTICE THAT Lacy H. Koonce is no longer an attorney at the law firm of Davis Wright Tremaine LLP. However, he is now an attorney at the law firm of Klaris Law, located at 1115 Broadway, 11th Floor, New York, NY 10010 (telephone: 917-822-7468). He remains counsel of record for the Greenpeace Defendants along with Laura R. Handman and Thomas R. Burke of Davis Wright Tremaine LLP. All future correspondence and papers in this action should be directed to his new email address at lance.koonce@klarislaw.com. Counsel for Defendants requests that all service lists be updated accordingly.

DATED: August 9, 2021

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Thomas R. Burke*
Thomas R. Burke

Attorneys for Defendants
GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., DANIEL BRINDIS, AMY MOAS, and ROLF SKAR