# EXHIBIT B

Resolute Forest Products, Inc. et al v. Greenpeace International et al
12/20/2021 - Resolute Privilege Log Regarding Counterpoint Subpoena Production

| Document Id | Date | Document Type | To | From | Subject | Privilege Note |
|---|---|---|---|---|---|---|
| 100384 | 2/12/2017 12:52 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Daniel Foster <dfoster@counterpointstrategies.com> | Re: Garneau op-ed | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 101017 | 5/14/2017 2:38 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Daniel Foster <dfoster@counterpointstrategies.com> | Re: NRDC and Greenpeace | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 112990 | 2/19/2016 5:18 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Thursday, February 19 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 113304 | 2/23/2016 5:15 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Tuesday, February 23 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 113476 | 2/11/2016 4:22 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Friday, February 11 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 113512 | 3/2/2016 3:48 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Wednesday, March 2 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 113707 | 3/9/2016 4:32 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Wednesday, March 9 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 114135 | 2/17/2016 4:30 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Friday, February 17 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 114303 | 2/25/2016 5:00 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Thursday, February 25 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 114638 | 3/10/2016 4:21 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Thursday, March 10 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 115034 | 2/3/2016 5:08 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 115190 | 2/26/2016 4:39 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Friday, February 26 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 115200 | 2/8/2016 3:51 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Monday, February 8 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 115414 | 12/18/2015 10:01 AM | Email | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | Re: what's status of WWF Release on Climate Savers as we discussed? | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 116061 | 2/10/2016 4:23 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Wednesday, February 10 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 116126 | 3/11/2016 4:59 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Friday, March 11 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 116245 | 2/3/2016 4:22 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Wednesday, February 3 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 116441 | 3/14/2016 4:32 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Friday, March 14 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 116664 | 2/24/2016 4:23 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Wednesday, February 24 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 117007 | 3/14/2016 4:33 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Monday, March 14 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 117123 | 2/18/2016 5:01 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Wednesday, February 18 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 118457 | 2/22/2016 5:23 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Friday, February 22 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 119268 | 2/9/2016 4:09 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Tuesday, February 9 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 119511 | 3/24/2016 3:50 PM | Email | Jim McCarthy <jim@counterpointstrategies.com>;habsteam@counterpointstrategies.com | Kenny Robinson <krobinson@counterpointstrategies.com> | Resolute Forest Products Recon: Thursday, March 24 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 119774 | 3/3/2016 4:49 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | RFP Recon: Thursday, March 3 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 127796 | 7/16/2018 2:51 PM | Email | Justin Hayes <jhayes@counterpointstrategies.com> | Kenny Robinson <krobinson@counterpointstrategies.com> | Re: Next Week | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 132732 | 11/3/2017 2:28 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 134562 | 6/1/2017 12:58 AM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Dan Foster <dfoster@counterpointstrategies.com> | Re: Now Magazine: Greenpeace's battle royal over the boreal | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 134946 | 6/1/2017 1:45 AM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Dan Foster <dfoster@counterpointstrategies.com> | Re: Now Magazine: Greenpeace's battle royal over the boreal | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 136362 | 11/9/2017 3:22 PM | Email | Jim McCarthy <jim@counterpointstrategies.com>;habsteam@counterpointstrategies.com | Justin Link-Hayes <jhayes@counterpointstrategies.com> | Re: Stand.Earth statement on Filing of Amended Complaint | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 136413 | 11/8/2017 8:02 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 148826 | 7/14/2016 3:52 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Christina Sartori <csartori@counterpointstrategies.com> | Re: Video concepts/scripts... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 149062 | 7/4/2016 11:45 AM | Email | Jim McCarthy <jim@counterpointstrategies.com>;Seth Kursman <seth.kursman@resolutefp.com> | Michael J. Bowe <MBowe@kasowitz.com> | Re: Clips for approval... | Communications with counsel reflecting legal strategy. |
| 149353 | 2/21/2017 2:36 PM | Email | seth.kursman@resolutefp.com | stephanie.shumsky@resolutefp.com | Re: New NRDC Blog Series | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 149354 | 5/14/2017 2:04 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | seth.kursman@resolutefp.com | Re: NRDC and Greenpeace | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 149513 | 2/21/2017 2:55 PM | Email | stephanie.shumsky@resolutefp.com | seth.kursman@resolutefp.com | Re: New NRDC Blog Series | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 149522 | 2/21/2017 2:36 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 149760 | 2/21/2017 2:54 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 149918 | 4/7/2017 2:59 PM | Email | Blumberger, David <dblumberger@cara.com> | Jim McCarthy <jim@counterpointstrategies.com> | Idea to run by you... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 150478 | 7/4/2016 12:14 PM | Email | Michael Bowe <MBowe@kasowitz.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Clips for approval... | Communications with counsel reflecting legal strategy. |
| 151320 | 7/14/2016 4:02 PM | Email | seth.kursman@resolutefp.com | Christina Sartori <csartori@counterpointstrategies.com> | Re: Video concepts/scripts... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 151459 | 7/14/2016 3:58 PM | Email | Christina Sartori <csartori@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Video concepts/scripts... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 151491 | 4/7/2016 9:38 AM | Email | Paul.Monkazun@resolutefp.com | Jim McCarthy <jim@counterpointstrategies.com> | Re: EN_Commentaires sur le texte que Nicolas Mainville a mis en ligne sur son blogue le 25 mars 2016_A.docx | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 151494 | 12/20/2016 7:33 PM | Email | Dan Foster <dfoster@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Latest GP salvo... | Communications with counsel reflecting legal strategy. |
| 151635 | 6/2/2016 2:55 PM | Email | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Brandon Phillips <bphillips@nfi.org> | RE: Reaction to Greenpeace Lawsuit | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 151979 | 12/20/2016 8:01 PM | Email | Daniel Foster <dfoster@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Attached Image | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 152380 | 5/25/2016 12:32 PM | Email | habsteam@counterpointstrategies.com | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: Québec part en guerre contre Greenpeace | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153019 | 5/14/2017 1:50 PM | Email | Seth Kursman <seth.kursman@resolutefp.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: NRDC and Greenpeace | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153181 | 6/28/2016 11:48 AM | Email | William.lajeunesse@foxnews.com | Jim McCarthy <jim@counterpointstrategies.com> | Following up for Resolute Forest Products... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153199 | 1/6/2017 11:38 AM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153314 | 6/2/2016 3:04 PM | Email | Dan Foster <dfoster@counterpointstrategies.com> | Brandon Phillips <bphillips@nfi.org> | RE: Reaction to Greenpeace Lawsuit | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153340 | 5/18/2017 8:45 AM | Email | Recon@counterpointstrategies.com | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: Media Monitoring - May 18, 2017 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153444 | 1/5/2017 5:19 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Payne Packet Materials | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153565 | 12/20/2016 7:53 PM | Email | Jim McCarthy <jim@counterpointstrategies.com>;habsteam@counterpointstrategies.com | Daniel Foster <dfoster@counterpointstrategies.com> | Fwd: Attached Image | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153725 | 11/6/2016 7:14 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153729 | 6/12/2015 2:33 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153731 | 6/3/2015 12:39 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153735 | 7/6/2015 11:21 AM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153736 | 5/15/2014 12:31 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153751 | 6/2/2016 3:01 PM | Email | Brandon Phillips <bphillips@nfi.org> | Dan Foster <dfoster@counterpointstrategies.com> | Re: Reaction to Greenpeace Lawsuit | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153853 | 11/16/2016 5:04 PM | Email | habsteam@counterpointstrategies.com | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: Infographics and post | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153889 | 2/23/2017 2:58 PM | Email | Christina Sartori <csartori@counterpointstrategies.com> | stephanie.shumsky@resolutefp.com | Re: NRDC phone call plan | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153908 | 11/16/2016 3:38 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153909 | 11/16/2016 4:51 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 153960 | 3/23/2017 9:45 AM | Email | habsteam@counterpointstrategies.com;Kevin Schmidt <kschmidt@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: Video Greenpace | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 154126 | 7/4/2016 12:10 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Michael J. Bowe <MBowe@kasowitz.com> | Re: Clips for approval... | Communications with counsel reflecting legal strategy. |
| 154149 | 2/23/2017 2:58 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 154786 | 7/4/2016 11:47 AM | Email | Michael Bowe <MBowe@kasowitz.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Clips for approval... | Communications with counsel reflecting legal strategy. |
| 155112 | 5/13/2016 1:49 PM | Email | habsteam@counterpointstrategies.com | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: Resolute Environmental Facts | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155265 | 6/12/2015 2:33 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155266 | 1/6/2016 2:33 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155267 | 5/13/2016 9:26 AM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155268 | 5/13/2016 9:27 AM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155269 | 4/21/2016 3:22 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155271 | 4/6/2016 4:10 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155272 | 5/11/2016 3:55 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155273 | 4/21/2016 3:13 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155275 | 5/11/2016 3:57 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155276 | 6/3/2015 12:39 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155277 | 6/10/2015 11:46 AM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155279 | 5/15/2014 12:31 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 155282 | 7/6/2015 11:21 AM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 156031 | 12/15/2017 12:50 PM | Email | Chris Glaze <cglaze@counterpointstrategies.com> | Robert Panzenbeck <rpanzenbeck@counterpointstrategies.com> | Re: GP Discovery Delay - Communications Materials | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 156201 | 5/10/2017 5:05 PM | Email | seth.kursman@resolutefp.com | Dan Foster <dfoster@counterpointstrategies.com> | Re: NRDC Bundle | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 156321 | 6/2/2016 9:41 AM | Email | Brandon Phillips <bphillips@nfi.org> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Reaction to Greenpeace Lawsuit | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 156342 | 9/18/2013 9:49 AM | Excel | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 156344 | 5/10/2017 4:50 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 156623 | 5/14/2017 3:38 PM | Email | Seth Kursman <seth.kursman@resolutefp.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: NRDC and Greenpeace | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 157559 | 3/7/2017 4:06 PM | Email | Andrew Follett <andrew@dailycallernewsfoundation.org> | Jim McCarthy <jim@counterpointstrategies.com> | Follow up Bkgd / sources... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 157685 | 12/31/9999 7:00 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 158135 | 5/10/2016 12:26 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 159502 | 11/2/2017 11:39 PM | Email | Dan Foster <dfoster@counterpointstrategies.com>;habsteam@counterpointstrategies.com | Jim McCarthy <jim@counterpointstrategies.com> | High Priority --  Fwd: Resolute - Draft Amended Complaint | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 159626 | 1/16/2017 11:44 AM | Email | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 159653 | 1/12/2017 12:34 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 159672 | 12/31/9999 7:00 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 159686 | 12/17/2015 8:26 PM | Email | Carolyn.Pinto@resolutefp.com | Jim McCarthy <jim@counterpointstrategies.com> | Re: what's status of WWF Release on Climate Savers as we discussed? | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 159751 | 12/7/2017 10:03 AM | Email | Justin Hayes <jhayes@counterpointstrategies.com>; seth.kursman@resolutefp.com;Carolyn.Pinto/MTL/CPO/CSC <Carolyn.Pinto@resolutefp.com>; stephanie.shumsky@resolutefp.com;Nathalie.Guilbault@resolutefp.com; | Carolyn.Pinto@resolutefp.com | Re: Forest Coalition Blog Post | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 160839 | 4/28/2017 11:57 AM | Email | Julie-Anne.Jean-Pierre@resolutefp.com Seth Kursman <seth.kursman@resolutefp.com>; | Kevin Schmidt <kschmidt@counterpointstrategies.com> | New Petition and Caribou Update | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 161512 | 10/13/2017 12:23 PM | Email | Carolyn Pinto/MTL/CPO/CSC <Carolyn.Pinto@resolutefp.com> | Justin Link-Hayes <jhayes@counterpointstrategies.com> | Blog Post on Petition | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 161979 | 7/4/2016 11:36 AM | Email | Michael Bowe <mbowe@kasowitz.com>;Seth Kursman <seth.kursman@resolutefp.com>; Christina Sartori <csartori@counterpointstrategies.com>; | Jim McCarthy <jim@counterpointstrategies.com> | Clips for approval... | Communications with counsel reflecting legal strategy. |
| 162037 | 5/31/2017 6:23 PM | Email | Robert Panzenbeck <rpanzenbeck@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: Now Magazine: Greenpeace's battle royal over the boreal | Communications reflecting legal strategy development upon direction of Resolute counsel. |

| ID | Date | Type | From | To | Subject | Privilege Description |
|---|---|---|---|---|---|---|
| 163230 | 11/18/2016 8:43 AM | Email | Jim McCarthy <jim@counterpointstrategies.com>; Kevin Schmidt <kschmidt@counterpointstrategies.com> Chris Glaze <cglaze@counterpointstrategies.com>; | Chris Glaze <cglaze@counterpointstrategies.com> | Re: RFP STAND ads update | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 171497 | 7/17/2017 11:38 AM | Email | Justin Hayes <jhayes@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Fwd: Wikipedia Audit and Recommendations | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 171720 | 11/24/2015 1:04 PM | Word | [Native attachment] | | | Communications with counsel reflecting legal strategy. |
| 178566 | 3/27/2016 5:25 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 186176 | 10/28/2015 1:27 PM | Email | habsteam@counterpointstrategies.com | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: GP responses - FYI | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 186589 | 12/31/9999 7:00 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 188158 | 10/6/2015 1:25 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Christina Sartori <csartori@counterpointstrategies.com> | Resolute Backgrounder | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 188986 | 10/13/2015 2:41 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Cathleen Mayrose <cathleen@counterpointstrategies.com> | Re: Complaint: Resolute Forest Products vs. Greenpeace Canada | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 192610 | 10/6/2015 1:36 PM | Email | Christina Sartori <csartori@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Resolute Backgrounder | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 192726 | 11/24/2015 1:06 PM | Email | Dan Foster <dfoster@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Re: Wikipedia Audit and Recommendations | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 193190 | 10/6/2015 1:49 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Christina Sartori <csartori@counterpointstrategies.com> | Re: Resolute Backgrounder | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 193288 | 11/24/2015 12:58 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 193356 | 11/24/2015 1:04 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 193795 | 11/24/2015 12:36 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 193965 | 11/9/2015 2:56 PM | Email | jim@counterpointstrategies.com;habsteam@counterpointstrategies.com | Carolyn.Pinto@resolutefp.com | Wikipedia | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 194173 | 1/18/2016 3:17 PM | Email | Carolyn.Pinto@resolutefp.com | Dan Foster <dfoster@counterpointstrategies.com> | Re: Fwd: Resolute Garneau letter | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 194329 | 3/11/2016 4:44 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Re: Next concept for RFP clip | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 194466 | 10/19/2015 2:24 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Cathleen Mayrose <cathleen@counterpointstrategies.com> | Re: Complaint: Resolute Forest Products vs. Greenpeace Canada | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 194650 | 1/5/2016 10:21 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Philip Suderman <psuderman@counterpointstrategies.com> | Re: Foster story just posted online for tomorrow's National Post | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 194701 | 3/11/2016 2:26 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 194761 | 10/26/2015 12:28 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 194764 | 6/12/2015 10:02 AM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 194766 | 10/26/2015 12:34 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 195184 | 3/24/2016 9:16 AM | Email | habsteam@counterpointstrategies.com | Lindsey Gnazzo <lgnazzo@counterpointstrategies.com> | Clip_ Standoff between Greenpeace and Resolute | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 195387 | 3/11/2016 4:52 PM | Email | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Next concept for RFP clip | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 195661 | 1/6/2016 12:32 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Re: Foster story just posted online for tomorrow's National Post [IWOV-Legal.FID1634762] | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 195824 | 12/18/2015 9:32 AM | Email | Kenny Robinson <krobinson@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Fwd: what's status of WWF Release on Climate Savers as we discussed? | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 195985 | 3/28/2016 9:10 AM | Email | Jim McCarthy <jim@counterpointstrategies.com>;habsteam@counterpointstrategies.com | Paul.Monlezun@resolutefp.com | Jim. Can you update me on the transcript, etc. for the Enquete story. | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 196402 | 2/18/2016 5:51 PM | Email | Carolyn.Pinto@resolutefp.com | Jim McCarthy <jim@counterpointstrategies.com> | Re: Greenpeace blog re: Resolute & FSC | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 196502 | 1/6/2016 9:19 AM | Email | habsteam@counterpointstrategies.com | Jim McCarthy <jim@counterpointstrategies.com> | Excerpts on RFP articles... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 196747 | 1/6/2016 9:42 AM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Philip Suderman <psuderman@counterpointstrategies.com> | Re: Excerpts on RFP articles... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 196861 | 3/14/2016 6:36 PM | Email | habsteam@counterpointstrategies.com | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: FSC preparation Maurice | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 197007 | 1/6/2016 12:04 PM | Email | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: Foster story just posted online for tomorrow's National Post [IWOV-Legal.FID1634762] | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 197194 | 2/3/2016 6:08 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 197215 | 12/21/2015 12:07 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 197255 | 3/14/2016 5:38 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 197256 | 3/14/2016 5:51 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 197704 | 1/5/2016 10:22 PM | Email | Philip Suderman <psuderman@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Foster story just posted online for tomorrow's National Post | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 197948 | 3/11/2016 4:58 PM | Email | Paul.Monlezun@resolutefp.com | Jim McCarthy <jim@counterpointstrategies.com> | Further GP video concept... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 198086 | 1/15/2016 4:15 PM | Email | Jim McCarthy <jim@counterpointstrategies.com>; Dan Foster <dfoster@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | RFP Recon: Friday January 15 | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 198332 | 3/23/2016 5:40 PM | Email | habsteam@counterpointstrategies.com | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: Information from Greenpeace about your paper sourcing | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 198430 | 12/31/9999 7:00 PM | Image | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 198431 | 3/23/2016 3:02 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 198432 | 3/8/2016 10:13 AM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 199269 | 1/6/2016 10:55 AM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Philip Suderman <psuderman@counterpointstrategies.com> | Re: Excerpts on RFP articles... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 199628 | 1/18/2016 3:19 PM | Email | Dan Foster <dfoster@counterpointstrategies.com> | Carolyn.Pinto@resolutefp.com | Re: Fwd: Resolute Garneau letter | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 199820 | 1/6/2016 12:44 PM | Email | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Foster story just posted online for tomorrow's National Post [IWOV-Legal.FID1634762] | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 200194 | 11/16/2016 9:48 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Chris Glaze <cglaze@counterpointstrategies.com> | Re: backup as requested by Colin | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 200266 | 1/6/2016 11:28 AM | Email | Phillip Suderman <psuderman@counterpointstrategies.com> | Dan Foster <dfoster@counterpointstrategies.com> | Re: Excerpts on RFP articles... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 200335 | 12/7/2014 9:44 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 200420 | 11/16/2016 9:47 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 201107 | 10/19/2018 4:46 PM | Email | jim@counterpointstrategies.com;Justin Hayes <jhayes@counterpointstrategies.com>; | seth.kursman@resolutefp.com | Fw: Public Affairs Committee - Update on Key Items | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 201418 | 1/30/2016 8:19 PM | Email | Carolyn.Pinto@resolutefp.com | Chris Glaze <cglaze@counterpointstrategies.com> | Re: Confidential, Attorney Client Privilege | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 202190 | 10/29/2018 4:59 PM | Email | Derek Nighbor <DNighbor@fpac.ca> | Cheryl Miltimore <cmiltimore@fpac.ca> | Re: NRDC content | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 202257 | 11/16/2016 7:23 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Chris Glaze <cglaze@counterpointstrategies.com> | Re: backup as requested by Colin | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 202395 | 11/16/2016 7:22 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 203006 | 1/30/2016 8:15 PM | Email | Dan Foster <dfoster@counterpointstrategies.com> | Chris Glaze <cglaze@counterpointstrategies.com> | Re: Confidential, Attorney Client Privilege | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 203017 | 1/6/2016 1:50 PM | Email | Dan Foster <dfoster@counterpointstrategies.com> | Chris Glaze <cglaze@counterpointstrategies.com> | Re: Recommended Keyword List for forthcoming RFP blogpost | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 203159 | 1/6/2016 1:00 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 203445 | 10/29/2014 4:53 PM | Email | Justin Hayes <jhayes@counterpointstrategies.com> | Derek Nighbor <DNighbor@fpac.ca> | RE: NRDC content | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 203551 | 1/30/2016 7:47 PM | Email | Dan Foster <dfoster@counterpointstrategies.com> | Chris Glaze <cglaze@counterpointstrategies.com> | Re: Confidential, Attorney Client Privilege | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 204011 | 11/3/2016 2:25 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Chris Glaze <cglaze@counterpointstrategies.com> | Re: Question re litigation site... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 205053 | 1/30/2016 6:45 PM | Email | Dan Foster <dfoster@counterpointstrategies.com> | Chris Glaze <cglaze@counterpointstrategies.com> | Re: Confidential, Attorney Client Privilege | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 205153 | 1/30/2016 8:13 PM | Email | Dan Foster <dfoster@counterpointstrategies.com> | Chris Glaze <cglaze@counterpointstrategies.com> | Re: Confidential, Attorney Client Privilege | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 206367 | 1/30/2016 8:16 PM | Email | Dan Foster <dfoster@counterpointstrategies.com> | Chris Glaze <cglaze@counterpointstrategies.com> | Re: Confidential, Attorney Client Privilege | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 209411 | 1/11/2019 3:20 PM | Email | seth.kursman@resolutefp.com | Julie-Anne.Jean-Pierre@resolutefp.com | Re: Carte synthèse des principales affectations du territoire certifié | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 210028 | 1/11/2019 2:34 PM | Email | Carolyn.Pinto@resolutefp.com; Seth Kursman <seth.kursman@resolutefp.com>; | seth.kursman@resolutefp.com | Fw: Tr : RE: Carte synthèse des principales affectations du territoire certifié | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 214573 | 6/3/2018 12:54 PM | Email | Carolyn Pinto/MTL/CPO/CSC <Carolyn.Pinto@resolutefp.com> | Justin Hayes <jhayes@counterpointstrategies.com> | TFT Background | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 218059 | 3/1/2017 11:20 AM | Email | Christina Sartori <csartori@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Fwd: NRDC Response Tweet set | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 220574 | 3/1/2017 11:23 AM | Email | Christina Sartori <csartori@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Re: NRDC Response Tweet set | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 220598 | 3/14/2017 1:26 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Re: Following up for Resolute Forest Products... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 222822 | 5/22/2017 12:34 PM | Email | Justin Link-Hayes <jhayes@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 225160 | 3/10/2021 10:25 AM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 228881 | 3/10/2021 10:25 AM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 229592 | 12/15/2017 12:39 PM | Email | Chris Glaze <cglaze@counterpointstrategies.com> | seth.kursman@resolutefp.com | Re: GP Discovery Delay - Communications Materials | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 229772 | 12/14/2017 7:01 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 229776 | 12/14/2017 7:10 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 231434 | 5/12/2020 1:22 PM | Email | Carolyn.Pinto@resolutefp.com;Justin Hayes <jhayes@counterpointstrategies.com>; jim@counterpointstrategies.com;David.Marshall@resolutefp.com | seth.kursman@resolutefp.com | Fw: For Information – Wood pellets from clear-cut, old-growth forests may not be carbon neutral | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 236926 | 4/3/2019 3:45 PM | Email | Justin Hayes <jhayes@counterpointstrategies.com> | Julie-Anne.Jean-Pierre@resolutefp.com | Re: Wikipedia Updates | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 237337 | 5/6/2019 10:16 AM | Email | seth.kursman@resolutefp.com | Carolyn.Pinto@resolutefp.com | Re: Fw: Important Conference Announcement | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 237482 | 5/3/2019 1:58 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 237484 | 4/26/2019 2:12 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 237487 | 5/1/2019 4:04 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 237489 | 5/2/2019 6:00 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 237806 | 5/6/2019 9:25 AM | Email | Carolyn.Pinto@resolutefp.com;Nathalie.Guilbault@resolutefp.com jim@counterpointstrategies.com;Justin Hayes <jhayes@counterpointstrategies.com>; | seth.kursman@resolutefp.com | Fw: Important Conference Announcement | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 31128 | 7/15/2016 2:51 PM | Email | Christina Sartori <csartori@counterpointstrategies.com> | Chris Glaze <cglaze@counterpointstrategies.com> | Re: Video concepts/scripts... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 33339 | 5/22/2017 12:44 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Justin Link-Hayes <jhayes@counterpointstrategies.com> | Re: | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 34696 | 5/22/2017 12:39 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Justin Link-Hayes <jhayes@counterpointstrategies.com> | Re: | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 35639 | 5/21/2015 5:33 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Justin Hayes <jhayes@counterpointstrategies.com> | Re: GP USA Tweet | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 36055 | 5/16/2017 5:58 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Justin Link-Hayes <jhayes@counterpointstrategies.com> | Re: Tactical idea... | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 45757 | 11/5/2018 1:32 PM | Email | Justin Hayes <jhayes@counterpointstrategies.com> | Derek Nighbor <DNighbor@fpac.ca> | Re: Ad Stats and Greenpeace Traction | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 54077 | 2/28/2017 6:11 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Kevin Schmidt <kschmidt@counterpointstrategies.com> | Re: NRDC Response Tweet set | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 56827 | 3/1/2017 10:11 AM | Email | habsteam@counterpointstrategies.com | Christina Sartori <csartori@counterpointstrategies.com> | Re: Draft responses  Re: Latest NRDC response(s) | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 63676 | 5/1/2019 5:20 PM | Email | Seth Kursman <seth.kursman@resolutefp.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: STAND Letter to Walgreens | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 73067 | 2/13/2021 5:48 PM | Email | Justin Hayes <jhayes@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: Privileged and confidential - draft response to NRDC's letter of late last week | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 74566 | 6/19/2017 4:42 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | seth.kursman@resolutefp.com | Re: Where we at with the Publishers Weekly piece? | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 74596 | 6/21/2017 1:59 PM | Email | Carolyn.Pinto@resolutefp.com;Jim McCarthy <jim@counterpointstrategies.com> | seth.kursman@resolutefp.com | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 74667 | 6/21/2017 1:55 PM | Email | Jim McCarthy <jim@counterpointstrategies.com>;seth.kursman@resolutefp.com | Carolyn.Pinto@resolutefp.com | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 74985 | 6/21/2017 1:20 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | seth.kursman@resolutefp.com | Re: Where we at with the Publishers Weekly piece? | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 75012 | 6/21/2017 2:26 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Christina Sartori <csartori@counterpointstrategies.com> | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 76371 | 6/21/2017 2:29 PM | Email | Seth Kursman <seth.kursman@resolutefp.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 76386 | 6/21/2017 1:36 PM | Email | Seth Kursman <seth.kursman@resolutefp.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 76754 | 6/21/2017 2:22 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | seth.kursman@resolutefp.com | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 76773 | 6/21/2017 1:57 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | seth.kursman@resolutefp.com | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 76843 | 6/21/2017 1:34 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 77041 | 6/21/2017 2:06 PM | Email | Seth Kursman <seth.kursman@resolutefp.com>; | Jim McCarthy <jim@counterpointstrategies.com> | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 77050 | 6/19/2017 4:37 PM | Email | Seth Kursman <seth.kursman@resolutefp.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Where we at with the Publishers Weekly piece? | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 77321 | 6/21/2017 1:05 PM | Email | Christina Sartori <csartori@counterpointstrategies.com> | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: Where we at with the Publishers Weekly piece? | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 77323 | 6/21/2017 1:08 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | Christina Sartori <csartori@counterpointstrategies.com> | Re: Where we at with the Publishers Weekly piece? | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 77680 | 6/19/2017 4:29 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 77707 | 6/21/2017 1:34 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 78052 | 6/21/2017 1:42 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | seth.kursman@resolutefp.com | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 78132 | 6/21/2017 2:10 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | seth.kursman@resolutefp.com | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 78602 | 6/21/2017 1:33 PM | Email | Jim McCarthy <jim@counterpointstrategies.com> | seth.kursman@resolutefp.com | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 79497 | 6/21/2017 1:51 PM | Email | Seth Kursman <seth.kursman@resolutefp.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 79623 | 6/21/2017 1:19 PM | Email | Seth Kursman <seth.kursman@resolutefp.com> | Jim McCarthy <jim@counterpointstrategies.com> | Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 80028 | 6/21/2017 1:18 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 80047 | 6/21/2017 1:34 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 81543 | 6/21/2017 2:17 PM | Email | Seth Kursman <seth.kursman@resolutefp.com> | Jim McCarthy <jim@counterpointstrategies.com> | Re: Revised post on PW piece | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 81816 | 6/21/2017 2:15 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 87025 | 7/10/2018 4:47 PM | Word | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 88525 | 1/22/2019 2:33 PM | Email | Seth Kursman <seth.kursman@resolutefp.com>; Carolyn Pinto/MTL/CPO/CSC <Carolyn.Pinto@resolutefp.com> | Justin Hayes <jhayes@counterpointstrategies.com> | U.S. Court Ruling | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 88712 | 1/22/2019 12:53 PM | Pdf | [Native attachment] | | | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 89949 | 12/15/2017 12:41 PM | Email | habsteam@counterpointstrategies.com | Chris Glaze <cglaze@counterpointstrategies.com> | Re: GP Discovery Delay - Communications Materials | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 91527 | 12/15/2017 12:55 PM | Email | Jim McCarthy <jim@counterpointstrategies.com>;habsteam@counterpointstrategies.com | Chris Glaze <cglaze@counterpointstrategies.com> | Re: GP Discovery Delay - Communications Materials | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 92132 | 5/12/2020 1:41 PM | Email | habsteam@counterpointstrategies.com | Jim McCarthy <jim@counterpointstrategies.com> | Fwd: For Information – Wood pellets from clear-cut, old-growth forests may not be carbon neutral | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 96998 | 10/12/2018 1:34 PM | Email | Seth Kursman <seth.kursman@resolutefp.com>; Carolyn Pinto/MTL/CPO/CSC <Carolyn.Pinto@resolutefp.com> | Justin Hayes <jhayes@counterpointstrategies.com> | FPAC Response to NRDC Materials | Communications reflecting legal strategy development upon direction of Resolute counsel. |
| 97704 | 10/23/2019 11:28 PM | Email | Seth Kursman <seth.kursman@resolutefp.com> | Justin Hayes <jhayes@counterpointstrategies.com> | Re: TFT Background | Communications reflecting legal strategy development upon direction of Resolute counsel. |