# EXHIBIT C



November 2, 2015

Seth Kursman
Vice President, Corporate Communications, Sustainability & Government Affairs
Resolute Forest Products
111 Duke Street, Suite 5000
Montreal, Quebec H3C 2M1

Dear Seth,

This Agreement is between CounterPoint Strategies, Ltd. (CPS), and Resolute Forest Products (RFP), and, when signed by both parties, shall constitute the Agreement in its entirety.

A.   Scope of Services:
CPS is retained to provide RFP with media accountability initiatives as well as other strategic consulting services as outlined in the attached Exhibit B – Scope of Work (SOW).

B.   Fees for Services:
Fee = $25K per month:
The charges for services provided by CPS are based on hourly rates of the various members of the professional team assigned to your account. Current fees for our staff are included as an exhibit to this document. (See Exhibit A attached hereto.) CPS shall invoice RFP for services on a monthly basis and RFP agrees to make payment of such invoices upon receipt.

Expenses Related to Services:
In addition to the above referenced fee, CPS will bill RFP for digital ads with a budget of $10K per month. (Note: Production costs for gathering testimonial video footage are not included.) Further, RFP understands that the public relations projects will entail, in addition to the fees provided for CPS services and digital ad spends, other out–of–pocket expenses, or other direct costs (ODCs.) CPS will include with its invoices an administrative fee of 17.65 percent on all ODCs billed directly to CPS for work performed on behalf of RFP. CPS will provide reasonable detail on its invoices and any such expenses, in the aggregate, other than agreed upon ad spends, in excess of $1,000 per month will be approved in advance.

RFP agrees to make prompt payment to CPS upon receipt of CPS.

1010 Wisconsin Avenue, N.W., Suite 650          416 West 13th Street, Suite 303
Washington, DC 20007                             New York, NY 10014
202-730-0800                                     212-359-0050

www.counterpointstrategies.com

**Highly Confirdential - Attorneys Eyes Only**

COUNTERPOINT STRATEGIES

C. <u>Confidentiality</u>:
CPS agrees to keep confidential all information, which RFP specifies in writing as constituting "Confidential Information." Upon termination of the Agreement and full payment to CPS, we agree to return to RFP all documents so identified upon notification by RFP of RFP's desire to have them returned. CPS agrees that it will hold in confidence the content of this Agreement and any information whatsoever concerning the activities or business of RFP provided pursuant to this Agreement, unless such disclosure is (a) mutually agreed upon in writing; (b) reasonably required in connection with the fulfillment of the disclosing party's obligations hereunder, and provided that any such disclosure is made only to the minimum extent necessary to carry out such obligations; (c) of information which had generally become known to the public other than through the disclosure thereof by the disclosing party; (d) of information that is or hereafter becomes known by the disclosing party on a non-confidential basis from a source which is not legally prohibited from disclosing it; (e) to attorneys, accountants or other professional advisors of the disclosing party under confidentiality agreements substantially identical to this one; or (f) pursuant to compulsory legal processes including subpoena.

D. <u>Mutual Indemnification</u>:
CPS agrees that it will indemnify and hold RFP, its officers, employees, affiliates and respective representatives, agents and members harmless against and from any and all claims, demands, judgments, liability, executions, actions and causes of action, which arise out of the negligence or willful misconduct of CPS, or any violation by CPS and/or its representatives, of any local, state, or federal law, rule or regulation applicable to the performance of their obligations under this Agreement. Indemnification under this provision shall survive termination of this Agreement.

RFP agrees that it will indemnify and hold CPS, its officers, employees, affiliates and respective representatives, agents and members harmless against and from any and all claims, demands, judgments, liability, executions, actions and causes of action, which arise out of the negligence or willful misconduct of RFP, any breach of this Agreement, or any violation by RFP and/or its representatives, of any local, state, or federal law, rule or regulation applicable to the performance of their obligations under this Agreement. RFP shall assume no liability for any damages that may result from CPS's (and its representatives') negligence in the performance of their obligations hereunder.

E. <u>Term of Agreement</u>:  The term of this Agreement shall commence on November 2, 2015 and will continue for a period of 90-days through January 31, 2016 (the "Initial Term"), subject to earlier termination as set forth in this Agreement.

In order that CPS might plan for the efficient use of CPS staff and that RFP might plan for RFP's budgetary needs, each party agrees to give to the other no less than thirty (30) days notice of intention to end the working relationship (except that CPS reserves the right to immediately cease performing services for RFP in the event that all fees and

Highly Confirdential - Attorneys Eyes Only



expenses provided for in this agreement have not been promptly paid).  Notwithstanding any termination, RFP agrees to pay for all CPS fees and expenses through the date of termination.

F.   Choice of Law/Venue:
This Agreement shall be governed and construed in accordance with the laws of the District of Columbia.  Both parties agree to submit to the exclusive jurisdiction of the courts of the District of Columbia to litigate any matters relative to this Agreement.  In addition, the parties may agree in writing to non-binding mediation or binding arbitration to resolve any disputes.

Notices:  Any notice given by either party shall be sent to the following address:

CounterPoint Strategies, Ltd.:
James A. McCarthy, President & CEO
416 West 13th Street, Suite 303
New York, NY 10014

Resolute Forest Products:
Seth Kursman
Vice President, Corporate Communications, Sustainability & Government Affairs
111 Duke Street, Suite 5000
Montreal, Quebec H3C 2M1

Please indicate RFP's agreement with all of the above by executing and returning this letter to the undersigned.

By: _____
    James A. McCarthy
    President & CEO
ACCEPTED AND AGREED TO THIS
2nd DAY OF NOVEMBER 2015




By: _____
    **Seth Kursman**
    *Authorized Signatory*
ACCEPTED AND AGREED TO THIS

_____ DAY OF _____ 2015

**Highly Confirdential - Attorneys Eyes Only**



## Exhibit A

Billing Rates

| Position | Rates |
|---|---|
| Senior Counsel (Chairman, CEO, President) | $■ |
| Executive Vice President/Managing Director | $■ |
| Senior Vice President | $■ |
| Vice President | $■ |
| Creative Director | $■ |
| Graphic Designer/Creative | $■ |
| Senior Account Executive | $■ |
| Account Executive | $■ |
| Assistant Account Executive | $■ |
| Researcher | $■ |
| Account Coordinator/Media Monitoring | $■ |
| Administrative Support/Intern | $■ |

**Highly Confirdential - Attorneys Eyes Only**



*Exhibit B*

Scope of Work (SOW)

**Tactics**

**Open Declaration:** CounterPoint will compose a declaration of principles that details the rationale for defending the integrity of Resolute's supply chain against threats and dishonesty in the public discourse – and specifically why the company is holding Greenpeace accountable with civil litigation. It will make the case that tactics from groups like Greenpeace, ForestEthics, and Canopy go beyond the realm of public rhetoric and into unethical, unlawful interference, intimidation, and deception. This essay will be the foundation for op-eds, first-person commentary, and media accountability detailed below. As legal action against Greenpeace proceeds, CounterPoint will bring its full suite of tactics to bear in communicating each step and milestone, thus making the legal process and discovery an ongoing vehicle for compelling communications and timely relevance.

**Media Accountability:** CounterPoint will monitor the public discourse and hold journalists to accepted standards of accuracy, balance, sourcing, and objectivity on coverage of Resolute, its supply chain, its customer relationships, and its interaction with Greenpeace and other ENGOS—including as litigants. Distorted or slanted reporting will be met with assertive, principled responses.

**Greenpeace Counter-Adversarial Campaign:** CounterPoint will conceptualize, co-produce, edit, and distribute an ongoing series of digital video testimonials and vignettes from Northern and First Nations community leaders, ordinary citizens, public officials, and forest products workers that highlight ENGOs duplicity and hypocrisy toward local communities that care and depend the most on responsible forest practices. For the initial phase of the campaign, we envision 6 to 8 video vignettes with an aim toward further production and rollout on a regular basis thereafter.

We will also produce a set of videos that expose the dishonesty and intellectual shallowness of the activists toward Resolute and the Boreal issue as a whole. Those will highlight specific content/instances of activist misconduct, such as the deceptive video they pushed on German television.

The campaign will include the following elements:
- **Search Ads:** [redacted]
- **Sponsored Tweets:** [redacted]

**Highly Confirdential - Attorneys Eyes Only**

COUNTERPOINT STRATEGIES

███████████████████████████████
███████████████████████████████
████████████

**Editorial Outreach / Editorial Meeting:** ████████
███████████████████████████████
███████████████████████████████
████████████████████

███████████████████████████████
███████████████████████████████
███████████████████████

**Third Party Sustainability Op-Ed:** ██████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
█████████████████████████

███████████████████████████████
███████████████████████████████
███████████████████████

**Commentator / Cohort Outreach:** ████████████
███████████████████████████████
███████████████████████████████
██████████████████

███████████████████████████████
███████████████████████████████
███████████████████████████

**Highly Confirdential - Attorneys Eyes Only**