United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    RESOLUTE FOREST PRODUCTS, INC.,          Case No.  17-cv-02824-JST   (KAW)
     et al.,
8
                    Plaintiffs,               **ORDER TERMINATING NON-
9                                             COMPLIANT DISCOVERY LETTER**
            v.
10                                            Re: Dkt. No. 423
     GREENPEACE INTERNATIONAL, et al.,
11
                    Defendants.
12

13          On January 28, 2022, the parties filed a discovery letter regarding Plaintiffs' assertion of

14   privilege as to certain documents.  (Dkt. No. 423.)  The Court TERMINATES the discovery letter

15   for failure to comply with the undersigned's standing order and the Civil Local Rules.

16          First, the parties did not properly meet and confer as they met and conferred only by

17   telephone on January 10, 2022.  Per the undersigned's standing order, parties are required to "meet

18   and confer **in person or by video conference**, if an in-person conference is not feasible, regarding

19   the discovery dispute(s) in an effort to resolve these matter(s).  (Meet and confers may only occur

20   by telephone if it is impossible to meet in person or by video.)."  (Judge Westmore Standing Order

21   ¶ 13.)  Further, the discovery letter must be filed "within five (5) days of the lead trial counsel's

22   meet and confer session."  (Judge Westmore Standing Order ¶ 14(a).)

23          Second, the discovery letter includes no fewer than 47 pages of exhibits, contrary to the

24   undersigned's standing order.  (*See* Judge Westmore Standing Order ¶ 14(b)(ii) ("The parties may

25   only attach 12 pages of exhibit(s), which must be clearly marked and tabbed.").)  One of the

26   exhibits also appears to be in a font size that is frankly illegible.[1]  (Dkt. No. 423-2.)  The discovery

27

28   _____
     [1] Even at 152% zoom, the text is barely legible.

1   letter also includes exhibits that are not permitted by the undersigned's standing order.  (*See* Judge

2   Westmore Standing Order ¶ 14(b)(i) ("The joint letter . . . may not be accompanied by exhibits or

3   affidavits other than exact copies of interrogatories, requests for production of documents and/or

4   responses, privilege logs, and relevant deposition testimony.").)

5           Third, the discovery letter includes footnotes that fail to comply with Civil Local Rule 3-

6   4(c), which requires that the font size of footnotes by "in 12 point type or larger."  The parties

7   have previously been warned that footnotes must be in 12-point standard font, and that the parties

8   should request leave of Court if they require additional pages.  (Dkt. No. 269 at 2 n.1.)  The Court

9   is also under no obligation to consider arguments made solely in footnotes.  *See Riegels v. Comm'r*

10  *(In re Estate of Saunders)*, 745 F.3d 953, 963 (9th Cir. 2014) ("Arguments raised only in footnotes

11  . . . are generally deemed waived.").

12          The Court observes that this is not the first (nor even the second or third) time the Court

13  has terminated the parties' discovery letter for failure to comply with these exact requirements.

14  (*See* Dkt. Nos. 276 (terminating discovery letter for failure to comply with exhibit requirements),

15  324 (terminating discovery letter for failure to comply with meet and confer requirements), 380

16  (terminating discovery letter for failure to comply with exhibit requirements).)  The Court has also

17  repeatedly instructed the parties to file a request for additional pages *prior* to filing a non-

18  compliant discovery letter.  (*See* Dkt. No. 269 at 2 n.1, 276, 380, 397.)

19          Accordingly, the Court TERMINATES the discovery letter.  Given the repeated flagrant

20  disregard for the Court's requirements and Civil Local Rules, failure to comply with **all**

21  requirements in the undersigned's standing order and Civil Local Rules **will** result in the summary

22  termination of future discovery letters without further explanation.

23          IT IS SO ORDERED.

24  Dated: January 31, 2022

25                                                      _____
                                                        KANDIS A. WESTMORE
26                                                      United States Magistrate Judge

27

28

United States District Court
Northern District of California

2