BROWN RUDNICK LLP
LEO J. PRESIADO (State Bar No. 166721)
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
Email: lpresiado@brownrudnick.com

Michael J. Bowe (admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat (admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br>v.<br>GREENPEACE INTERNATIONAL, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 4:17-CV-02824-JST (JST)<br><br>Hon. Jon S. Tigar<br><br>**NOTICE OF MOTION FOR PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS**<br><br>**Action Filed: May 31, 2016**<br>**Amended Complaint: Nov. 8, 2017**<br>Date: May 12, 2022<br>Time: 2:00 PM<br>Location: ZOOM |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON May 12, 2022 at 2:00 PM, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Jon S. Tigar, located at the Oakland Courthouse, Courtroom 6 – 2nd Floor, 1301 Clay Street, Oakland, CA 94612, or, as appropriate, by videoconference, Plaintiffs Resolute Forest Products, Inc., Resolute FP US, Inc., Resolute FP Augusta, LLC, Fibrek General Partnership, Fibrek U.S., Inc., Fibrek International, Inc., and Resolute FP Canada, Inc. (collectively, "Resolute" or "Plaintiffs"), by and through its attorneys, Brown Rudnick LLP, will move the Court to issue an order finding spoliation sanctions, among other relief set forth in Plaintiffs' Memorandum of Law.

This motion is based upon this Notice, the accompanying Memorandum of Law, the Declaration of Lauren Tabaksblat in support of the motion, the pleadings and papers on file in this action, and on such other evidence as may be submitted to the Court. A proposed order accompanies this application.

DATED: March 15, 2022                    BROWN RUDNICK LLP


By:  */s/ Lauren Tabaksblat*
     LEO J. PRESIADO (State Bar No. 166721)
     2211 Michaelson Drive, 7th Floor
     Irvine, CA 92612
     Telephone: (949) 752-7100
     Facsimile: (949) 252-1514
     Email: lpresiado@brownrudnick.com

     Michael J. Bowe (admitted *pro hac vice*)
     mbowe@brownrudnick.com
     Lauren Tabaksblat (admitted *pro hac vice*)
     ltabaksblat@brownrudnick.com
     7 Times Square
     New York, New York 10036
     Telephone: (212) 209-4800
     Facsimile: (212) 209-4801

     *Attorneys for Plaintiffs*