THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

LAURA HANDMAN (appearing *pro hac vice*)
CHELSEA T. KELLY (appearing *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: laurahandman@dwt.com
       chelseakelly@dwt.com

LACY H. KOONCE, III (appearing *pro hac vice*)
KLARIS LAW
29 Little West 12th Street
New York, NY 10014
Telephone: (917) 612-5861
Email: lance.koonce@klarislaw.com

Attorneys for Defendants
GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., DANIEL BRINDIS, AMY MOAS, and ROLF SKAR

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 4:17-cv-02824-JST <br><br> **JOINT NOTICE OF FILING OF REDACTED AGREEMENTS PURSUANT TO COURT'S ORDER (ECF NO. 439)** <br><br> Complaint Filed: May 31, 2016 <br> Amended Complaint Filed: November 8, 2017 |

On March 23, 2022, the Court entered an Order Granting in Part and Denying in Part Administrative Motion to File Under Seal. *See* ECF No. 439 (the "Order"). The Order found that certain information in third-party CounterPoint Strategies, Ltd. ("CounterPoint['s]) agreements was properly sealable, but other sections did not appear to be confidential or proprietary. *See id.* at 1. Accordingly, the Court ordered the parties "to file the agreements on the public docket with the appropriate redactions within **seven days** of the date of this order. In the alternative, if CounterPoint believes that such information is properly sealable, the parties may file a renewed motion to file under seal within seven days of the date of this order." *Id.* at 1-2 (emphasis in original).

The parties conferred with CounterPoint's counsel, who agreed to file the agreements on the public docket with the redactions ordered by the Court. Accordingly, the newly redacted agreements are attached hereto as Exhibits A and B.

DATED: March 30, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ *Lauren Tabaksblat* <br> Lauren Tabaksblat (admitted *pro hac vice*) <br> BROWN RUDNICK LLP <br> 7 Times Square <br> New York, NY 10036 <br> Telephone: (212) 209-4800 <br> Email: ltabaksblat@brownrudnick.com <br><br> *Attorneys for Plaintiffs* | /s/ *Laura Handman* <br> Laura Handman (admitted *pro hac vice*) <br> DAVIS WRIGHT TREMAINE LLP <br> 1301 K Street NW, Suite 500 <br> Washington, DC 20005 <br> Telephone:   (202) 973-4200 <br> Facsimile:    (202) 973-4499 <br> Email: laurahandman@dwt.com <br><br> *Attorneys for Defendants Greenpeace International, Greenpeace, Inc., Daniel Brindis, Amy Moas, and Rolf Skar* |

**Certification of Compliance with N.D. Cal. L.R. 5-1(h)(3)**

I, Laura Handman, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content.

Dated: March 30, 2022

                                                Respectfully submitted,

                                                DAVIS WRIGHT TREMAINE LLP

                                                By:  /s/ *Laura Handman*
                                                        Laura Handman

                                                Attorneys for Greenpeace Defendants GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., DANIEL BRINDIS, AMY MOAS, and ROLF SKAR