# EXHIBIT 7

| | |
|---|---|
| **From:** | Kelly, Chelsea |
| **Sent:** | Friday, April 8, 2022 2:34 PM |
| **To:** | Baldwin, Mark; Lance Koonce |
| **Cc:** | Tabaksblat, Lauren; Mullarney, Chelsea E.; Kerns, Daniel F.; Handman, Laura; Elings, G. Roxanne; Burns, Sarah; Casey, Susan |
| **Subject:** | RE: Depo Dates, etc. |

Mark,

We are amenable to extending the schedule by an additional three weeks.  We agree to the conditions you raise, with the clarification that the parties would jointly seek to amend the scheduling order without allocating blame to either side and predominantly citing the Magistrate's recent ruling, outstanding CP production, and other third-party depositions.  But we will take the laboring oar on drafting and filing it.  Regarding Kursman, is he available on any other dates other than 4/22?  Lance has a long-scheduled deposition in another matter that day (his only other conflict after April 15 is April 27, when he has another deposition).  Also, is Mr. Vachon possibly available any other dates before the new cut-off as well?

Thanks and have a good weekend,
Chelsea


**Chelsea Kelly** | Davis Wright Tremaine LLP
Associate
1301 K Street NW, Suite 500 | Washington, D.C. 20005
Tel: (202) 973-4250 | Fax: (202) 973-4450
Email: chelseakelly@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Baldwin, Mark <MBaldwin@brownrudnick.com>
**Sent:** Friday, April 8, 2022 12:37 PM
**To:** Lance Koonce <lance.koonce@klarislaw.com>
**Cc:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Mullarney, Chelsea E. <CMullarney@brownrudnick.com>; Kerns, Daniel F. <DKerns@brownrudnick.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>; Handman, Laura <laurahandman@dwt.com>; Elings, G. Roxanne <RoxanneElings@dwt.com>; Burns, Sarah <SarahBurns@dwt.com>
**Subject:** RE: Depo Dates, etc.

**[EXTERNAL]**

---

Lance, we have discussed internally the current scheduling order.  As mentioned, we thought the idea was that the current schedule would be the last and final scheduling order, with fact discovery ending on 4/15.  Without allocating blame, we appreciate that it will be difficult to conclude all depos by that deadline.  We are amenable to another short extension of the present fact discovery deadline (say three weeks) providing (1) all other outstanding deadlines are similarly extended; (2) you can confirm that Lafave (if necessary), Garneau and Kursman are the last RFP witnesses to be deposed;  (3) GP takes responsibility for seeking the amendment to the current scheduling order, without allocating blame for the extension on RFP; and (4) the CP documents can be produced Monday (instead of today).  With respect to

item (3), it seems like the Magistrate's recent ruling, the outstanding CP production and the unscheduled third-party depositions are good cause for an extension of the current deadlines.

Please let us know ASAP.  If we can agree on the foregoing, we can also make Mr. Kursman available on 4/22, instead of next week.  Thanks

---

**From:** Lance Koonce <lance.koonce@klarislaw.com>
**Sent:** Friday, April 8, 2022 12:00 PM
**To:** Baldwin, Mark <MBaldwin@brownrudnick.com>
**Cc:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Mullarney, Chelsea E. <CMullarney@brownrudnick.com>; Kerns, Daniel F. <DKerns@brownrudnick.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>; Handman, Laura <laurahandman@dwt.com>; Elings, G. Roxanne <RoxanneElings@dwt.com>; Burns, Sarah <SarahBurns@dwt.com>
**Subject:** RE: Depo Dates, etc.

**CAUTION: External E-mail. Use caution accessing links or attachments.**

Sorry, I am on my way to the airport for a flight back to NY from the west coast, so will be unavailable until this evening.  I will have wifi on the plane so let's discuss by email, if that's ok with you.

**From:** Baldwin, Mark <MBaldwin@brownrudnick.com>
**Sent:** Friday, April 8, 2022 11:45 AM
**To:** Lance Koonce <lance.koonce@klarislaw.com>
**Cc:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Mullarney, Chelsea E. <CMullarney@brownrudnick.com>; Kerns, Daniel F. <DKerns@brownrudnick.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>; Handman, Laura <laurahandman@dwt.com>; Elings, G. Roxanne <RoxanneElings@dwt.com>; Burns, Sarah <SarahBurns@dwt.com>
**Subject:** Re: Depo Dates, etc.

Lance, just following up on the below. Any free time today to chat?

Mark S. Baldwin
Sent from my iPhone

> On Apr 7, 2022, at 12:18 PM, Baldwin, Mark <MBaldwin@brownrudnick.com> wrote:
>
> Lance, seems like we should chat about the issues raised in your email. Are you free tomorrow?  I am generally around. Thanks
>
> Mark S. Baldwin
> Sent from my iPhone
>
>> On Apr 7, 2022, at 11:19 AM, Lance Koonce <lance.koonce@klarislaw.com> wrote:
>>
>> **CAUTION: External E-mail. Use caution accessing links or attachments.**