# EXHIBIT 19



**UPDATE** FEBRUARY 2016

# Endangered Forests in the Balance

The impact of logging reaches new heights in the Montagnes Blanches Endangered Forest



GPDEFS00000050

# The Montagnes Blanches Endangered Forest



Map of the Montagnes Blanches Endangered Forest within Quebec

- Montagnes Blanches Endangered Forest
- Forest allocated to the logging industry

Located 700 kilometres north of Montreal, the Montagnes Blanches ("White Mountains") Endangered Forest[1,i] encompasses some of the most important Intact Forest Landscapes remaining in Canada's managed Boreal Forest.

At more than 2.3 million hectares (5.7 million acres, an area equivalent to the State of Vermont), this Endangered Forest is a sanctuary for woodland caribou, a species designated as threatened under Canada's *Species at Risk Act*.[2] This forest has high conservation and cultural value, is largely unprotected, and has been a key focus of conservation organizations for many years due to threats posed to its unique features by industrial logging.

Between 2000 and 2013, according to an analysis of statellite data, nearly 50% of the Intact Forest Landscapes in the Montagne Blanches Endangered Forest have been lost or degraded.

In order to preserve the globally important values of this area, including its significant carbon stores, wildlife habitat and cultural landscapes, this Endangered Forest needs to be better protected and managed sustainably. Forest Stewardship Council (FSC) certification, complemented by a robust system of protected areas and Indigenous managed and established 'tribal' parks, presents an economically viable and socially responsible pathway to preventing further degradation.

This briefing first examines the impact of current and recent forestry operations on caribou habitat and Intact Forest Landscapes in the Montagnes Blanches Endangered Forest. It then outlines what steps should be taken for long-term solutions in the area and what role forest product customers must play.

i  Endangered Forests are unique, intact, or ecologically critical forests found in ecosystems around the world. Not all Endangered Forests are necessarily facing imminent extinction or complete degradation; however, due to the threats posed by one or more stressors (climate change, industrial use, urbanization, etc.), they are in danger of losing their ability to function as complete and intact, natural ecosystems, and thereby to continue supporting numerous species and essential ecological processes. Vulnerable forests of high ecological value that require protection to maintain these values are what characterize Endangered Forests.

Greenpeace and other conservation organizations developed a set of common criteria to define Endangered Forests. The term Endangered Forest is recognized by companies and governments in purchasing policies designed to prevent ancient forest destruction. See for example: Lowes, Kimberly-Clark and Hewlett-Packard.

# Resolute Forest Products' central role and stalled solutions

Timber, paper, and pulp giant Resolute Forest Products' logging operations are central to the fate of the Montagnes Blanches Endangered Forest. Five of the company's sawmills and four of its pulp and paper mills[3,ii] operate using wood from Forest Management Units (FMUs) overlapping or neighbouring the Montagnes Blanches Endangered Forest.[iii] With over 2 million cubic meters of wood (848 million board feet) allocated to Resolute in 2015 (see graph, right), the logging giant has the largest wood allocations in the region of Saguenay–Lac-Saint-Jean.[4] Moreover, in 2013–2014, Resolute successfully bid on approximately 175,000 m³ of wood from 2200 hectares located directly within the Montagnes Blanches Endangered Forest.[5] Logging in these areas will likely have a significant impact on the intactness of the Endangered Forest.

Until recently, Resolute held FSC certificates for logging operations in several of the Forest Management Units overlapping the Montagnes Blanches (FMUs 24-51, 25-51, 27-51 overlap with this Endangered Forest). Unfortunately, independent auditors found that within 6 million hectares covered by two FSC certificates, Resolute failed to meet many of the elements of the FSC National Boreal Standard. These non-compliances led to the suspension of one certificate (called the Lac St-Jean certificate) and the suspension and eventually the termination of another (the Mistassini–Péribonka certificate).[6,iv] The auditors noted shortcomings in regards to woodland caribou habitat protection, the maintenance of old-growth areas and high conservation value forests, and disputes with Indigenous Peoples, amongst others.[7] Directly east of those FMUs, another logging operator has also seen its FSC certificate suspended. In April 2015, Arbec/Remabec lost its FSC certificate covering FMU 24-52, which also overlaps a portion of the Montagnes Blanches Endangered Forest, for failing to secure consent from the Innu First Nation.[8] Media reports indicate that the loss of this certificate has impacted Resolute's Alma mill, which was receiving FSC certified wood chips from Arbec to meet customer requests for FSC certified paper.[9]

Previously, there had been hope that work under the Canadian Boreal Forest Agreement would address threats posed by industrial logging in this area. However, talks between remaining environmental organisations (Greenpeace and others are no longer signatories) and Resolute broke down in 2013 as a result of the company's unwillingness to do "the minimum that the science says is required to protect our forests and the threatened caribou that call them home."[10]

Any long-term solution for the Montagnes Blanches Endangered Forest will include FSC certification for forestry operations occurring there. As the primary operator in this Endangered Forest, Resolute must look to regain its FSC certificates. Arbec/Remabec should do so as well.



**Main logging companies and sawmills operating in or near the Montagnes Blanches Endangered Forest**

Several Quebec Forest Management Units where different logging companies have wood allocations for pulp, paper and lumber products overlap the Montagnes Blanches Endangered Forest. The graph below shows the main mills sourcing from the FMUs overlapping or close to the Montagnes Blanches Endangered Forest.[11]

ii  Resolute's sawmills operating in the Saguenay–Lac-Saint-Jean region in 2015 include Dolbeau–Mistassini, Girardville, Saint-Félicien, La Doré and Saint-Thomas. Resolute's pulp and paper mills operating in the Saguenay–Lac-Saint-Jean region in 2015 include Alma, Dolbeau–Mistassini, Saint-Félicien and Kénogami.

iii  Quebec's provincial forests are broken down into area-defined Forest Management Units (FMUs) for forestry planning purposes. The Saguenay–Lac-Saint-Jean region of Quebec (Administrative Region 02), where Resolute is the most active, is divided into seven FMUs. The main FMUs overlapping the Montagnes Blanches Endangered Forest are 24-51, 24-52, 25-51 and 27-51. The other FMUs not overlapping the Montagnes Blanches are 22-51, 23-51 and 23-52.

iv  In Quebec's Saguenay–Lac-Saint-Jean region, 13 major non-conformances led to the suspension of the "Lac St-Jean" certificate (RA-FM/COC-005956) and the suspension of the "Mistassini–Péribonka" certificate (RA-FM/COC-004525). The latter certificate was terminated in December 2014.



Status of forests in the Saguenay–Lac-Saint-Jean Region[12]

- ▭ Montagnes Blanches Endangered Forest
- ▮ Tree cover loss 2000–2013
- ▮ Protected areas
- ▮ Intact forests in 2013
- ▮ Intact forests degraded since 2000
- ▮ Main Forest Management Units
- ▮ Commercial forest

## What is an Intact Forest Landscape (IFL)?

The term Intact Forest Landscape (IFL) is well recognized in scientific literature[13] and certification standards,[14] as well as within the supply chains and policies of major forest product companies.[15] IFLs are defined as unbroken expanses of natural forest ecosystems showing no signs of significant human activity, and large enough (minimum 500km² or 123 000 acres) that all native biodiversity, including viable populations of wide-ranging species, can be maintained.[16] In addition to playing a critical role in maintaining biodiversity, intact forests also regulate air and water cycles and store carbon to slow and prevent climate change. Intact Forest Landscapes, such as those in the Montagnes Blanches Endangered Forest, very often overlap with the traditional territories (or Indigenous Cultural Landscapes) of Indigenous Peoples, who have inhabited and shaped the landscape for thousands of years.

**Canada leads the world in IFL loss**

The primary drivers of IFL loss are clearing and logging, human-ignited forest fires and fragmentation by disturbance and infrastructure. New data published in 2014 revealed that Canada leads the world in loss of intact forests, with 21% of intact forest loss worldwide between 2000 and 2013 occurring in Canada.[17]

---

"None of the units analyzed [in the Saguenay–Lac-Saint-Jean region] have long-term disturbance rates that will allow caribou populations to be self-sustaining."

—Chief Forester, 2014.[20]

# From 2000 to 2013, nearly half of all intact forests within the Montagnes Blanches Endangered Forest have been lost due to logging and road building

Photo: Markus Mauthe/Greenpeace

## Significant loss of Intact Forest Landscapes in the Montagnes Blanches

Intact Forest Landscapes in the Montagnes Blanches have incurred significant loss between 2000 and 2013.[18,i] Recent satellite imagery from the University of Maryland, the World Resources Institute and Global Forest Watch,[19] analyzed by Greenpeace's GIS Lab, revealed that between 2000 and 2013, logging, road building, and other industrial development led to a loss of nearly half of the intact forest cover in the Montagnes Blanches Endangered Forest. This means that more than 1.05 million hectares of IFLs have been logged or fragmented over the course of 13 years.

Analysis of the the four main FMUs overlapping the Montagnes Blanches, where most wood volumes are allocated (FMUs 24-51, 24-52, 25-51, and 27-51), reveals an even greater amount of intact forest has been degraded, totalling more than 1.2 million hectares (3 million acres), equivalent to ten times the area of New York City.

## Consequences of Intact Forest Landscape loss in the Montagnes Blanches

Forest degradation on this scale endangers both ecosystem functions and biodiversity. In the Montagnes Blanches, the most immediate and tangible impact is increased disturbance to the habitat range of the woodland caribou.

The Boreal Forest's most iconic animal and a key indicator species for overall forest health, the woodland caribou, requires large areas of relatively intact, old-growth forest to survive. The remaining undisturbed woodland caribou ranges in the Canadian Boreal Region for the most part overlap remaining IFLs.[21] According to Canada's federal government environmental agency (Environment Canada), at least 65% of a woodland caribou herd's range needs to remain undisturbed for the herd to have a fighting chance of survival.[22]



Loss of Intact Forest Landscapes in the Montagnes Blanches Endangered Forest from 2000 to 2013

Total area of the Montagnes Blanches Endangered Forest 2.3 million ha

Remaining Intact Forest 1.25 million ha 50.4%

IFL loss 2000–2013 due to all disturbances except fires* 1.05 million ha 49.6%

* In the Montagnes Blanches Endangered Forest, only 0.12% of the IFL loss is due solely to fires.

A recent independent report by Quebec's Chief Forester,[ii] released in May 2015, documented the significant disturbance of caribou herd ranges and declining populations associated with this disturbance. In one specific area, the Saguenay–Lac-Saint-Jean region, which overlaps much of the Montagnes Blanches Endangered Forest, the Chief Forester concluded that 92% of the region's critical caribou habitat had been greatly disturbed and therefore cannot support healthy and self-sustaining caribou populations under current conditions.[23] In other words, in the ongoing absence of science-based conservation measures, products sourced from this area risk accelerating the decline of the threatened woodland caribou. The Pekuakamiulnuatsh First Nation's own action plan for the protection of this species, based on their millennia of knowledge, was provided to the Quebec government in May of 2015[24] and will be an essential contribution to the growing and robust body of scientific knowledge.

---

i Due to ongoing degradation of these intact forest areas, the original boundaries of the Montagnes Blanches hotspot set in 2010 in Greenpeace's Boreal Refuge report were slightly modified in order to recognize the impact of recent development, the loss of Intact Forest Landscapes and the impact on ecological values that lay in a broader forest landscape. Unfortunately, the integrity of the Montagnes Blanches Endangered Forest identified in Greenpeace's Boreal Alarm report in 2013 has continued to be impacted, experiencing further degradation.

ii Quebec's Chief Forester is an independent nonpartisan office created by the Quebec government following a public inquiry over forest mismanagement. The Chief Forester answers to Quebec's Ministry of Forests, Fauna and Parks. Its primary mandate is to evaluate the provincial annual allowable cut and state of forests.

### State of caribou herds within the Montagnes Blanches Endangered Forest[29]

| Herd | Estimated Population Size | | Disturbed Range (%) | | |
| --- | --- | --- | --- | --- | --- |
| | | | Human disturbance | Fire disturbance | Total range disturbed* |
| Pipmuacan | 134 (2011) | | 51 | 11 | 59 |
| Manouane | 358 (2011) | | 23 | 18 | 39 |
| Manicouagan | 181 (2011) | | 32 | 3 | 33 |
| Témiscamie | 96 (2002) | 29 (2012) | 35.6 (roads only) | (unknown) | 46 |

* Total range disturbed does not necessarily equal the sum of human and natural disturbances due to overlap between these disturbances.

Photo: Markus Mauthe/Greenpeace

Of the four caribou herds whose ranges, in whole or in part, overlap with the Montagnes Blanches Endangered Forest (Pipmuacan, Manouane, Manicouagan, and Témiscamie herds), three have populations below 200 individuals.[25] Between 2002 and 2012, the Témiscamie herd numbers fell from 96 to a perilously low 29 individuals.[26]

Nonetheless in 2015, many of the logging plans developed by the Quebec government overlapped with critical caribou habitat.[27] For example, the Quebec government granted Resolute the right to cut more than 2 million cubic metres of wood in the region,[28] despite warnings by the Chief Forester that logging as usual is threatening caribou populations.

**Major gaps in forest protection around the Montagnes Blanches**

Protected areas are legislated and regulated zones that are off-limits to industrial logging and other associated uses, including roads. As part of the United Nations Convention on Biological Diversity, many countries (including Canada) set a target to establish protected areas covering 17% of their land base.[30] Quebec committed to 17% protection by 2020 with a milestone of 12% protected by the end of 2015. At time of publication only 9% of Quebec was formally protected.[31]

A large number of scientists state that 50% of the Boreal

## Forest Stewardship Council

The Forest Stewardship Council is an independent nonprofit organization established to promote the responsible and sustainable management of the world's forests. The FSC is a voluntary scheme that independently inspects and evaluates forestry operations for sustainability best practices, compliance with local laws, respect for Indigenous peoples' rights, the health, safety and rights of forest workers, and the provision of a wide range of other social benefits. Established more than 20 years ago, the Forest Stewardship Council is the only certification standard widely recognized by environmental organizations to truly mandate responsible forest management. It is the preferred certification for many major purchases of forest products globally.

To acquire and maintain FSC certification, companies must ensure on-the-ground compliance with the FSC National Boreal Standard and these practices are audited by independent firms. Some of the key requirements that companies operating in the Boreal Forest need to pay special attention to include:

- Acquire free, prior and informed consent from First Nations before any operations on the ground
- Ensure adequate protection for species at risk, such as woodland caribou and their habitat
- Avoid fragmentation and degradation of High Conservation Value Forests, including Intact Forest Landscapes
- Maintain old-growth forests in proportions comparable to natural levels
- Ensure that harvesting levels do not compromise conservation measures

Failing to meeting these requirements can lead to auditors issuing major non-conformances. Where the certificate holder fails or is unwilling to adjust operations within the timeframe set by the FSC and auditors, certificate suspension and terminations will result.

Forest should be protected from development to ensure a resilient forest in the future for species, communities and economies.[32] Worryingly, less than 5% of the area of the main forest management units overlapping the Montagnes Blanches Endangered Forest is protected.[33] This lack of protection explains in part why woodland caribou herds are at risk as disturbance of their critical habitat continues.

## Customer action vital for forest solutions and business certainty

The stark loss of Intact Forest Landscapes and caribou habitat, the lack of adequate forest protection and the suspension or termination of FSC certificates in the Montagnes Blanches area signals to customers of Boreal Forest products that all is not well in this region. Customers should establish and implement a clear procurement policy for all pulp, paper and lumber supplies that addresses these and other sustainability issues. Forest products customers have been, and continue to be, a key part of the solution for forests like the Montagnes Blanches and to the creation of a sustainable supply of controversy-free forest products.

There are forest products companies willing to create credible science-based conservation plans that respect and support Indigenous rights and interests. Greenpeace collaborates with many of these leaders around the world, in regions such as in the Great Bear Rainforest[34] and the Brazilian Amazon, to create real change in a meaningful timeframe.[35] Together, we are both following the science and doing what is right for the ecology of the forests while at the same time supporting healthy communities, respecting Indigenous rights, and ensuring those forests support viable economies that the marketplace will recognize.

### Steps for Boreal Forest customers

Customers are part of the solution and can communicate to suppliers operating and sourcing from the Montagnes Blanches, including Resolute Forest Products, that compliance with customer procurement policies and engagement in collaborative solutions processes supported by First Nations and provincial governments is expected. All companies sourcing forest products from the Boreal Forest should:

- **Investigate supply chains** for connections to the Montagnes Blanches Endangered Forest and logging comapnies such as Resolute Forest Products.
- **Communicate your intention** to only purchase **sustainable** pulp, paper, and lumber. Ask suppliers such as Resolute Forest Products for a clear plan to address the above shortcomings in collaboration with key stakeholders and impacted Indigenous governments. This should be verified, in part, by the recovery of FSC certificates in both Quebec and Ontario.
- **Seek alternative suppliers**, including from sustainable companies in the Canadian Boreal Forest, if Resolute and other suppliers are unwilling to meet these expectations.
- **Actively support the provincial and First Nations governments** mandating a well-defined, time delineated, multistakeholder process to craft equitable solutions for the Montagnes Blanches Endangered Forest.

# Solutions are within reach for Resolute

To eliminate controversy and regain the trust of the marketplace, customers should expect the company to:

- **Suspend operations in remaining critical caribou habitat and Intact Forest Landscapes** pending the implementation of a solutions process.
- **Engage in a solutions process and implement science and Indigenous knowledge-based conservation planning** for operations in the Montagnes Blanches Endangered Forest. Do so within a formal mandate from Indigenous and provincial governments, in collaboration with workers' unions and environmental organizations.
- **Ensure Free, Prior and Informed Consent of Indigenous Peoples and respect of Indigenous Rights and Title** for any activities on First Nations traditional territories overlapping the Montagnes Blanches Endangered Forest.
- **Regain FSC certificates** in all FMUs overlapping the Montagnes Blanches Endangered Forest.

## References

1. ForestEthics, et al. (April 2006) Ecological Components of Endangered Forests. Greenpeace website. [Accessed: January 6, 2016]. http://www.greenpeace.org/usa/wp-content/uploads/legacy/Global/usa/planet3/PDFs/endangered-forests-technical-d.pdf ; Lowes. (n.d.) Lowes Wood Policy. Lowes website. [Accessed: January 5, 2016]. http://www.lowes.com/cd_Lowes+Wood+Policy_545633779 ; Kimberly-Clark. (2009) Fiber Procurement Policy. Kimberly-Clark website. [Accessed: January 5, 2016]. http://www.cms.kimberly-clark.com/umbracoimages/UmbracoFileMedia/Fiber_Procurement_Policy_umbracoFile.pdf ; Hewlett-Packard. (n.d.) Environmentally Preferable Paper Policy. Hewlett-Packard website. [Accessed: January 5, 2016]. http://www8.hp.com/us/en/hp-information/global-citizenship/environment/paperpolicy.html

2. Government of Canada. (n.d.) Species at Risk Public Registry. Government of Canada website. [Accessed: January 5, 2016]. http://www.registrelep-sararegistry.gc.ca/species/speciesDetails_e.cfm?sid=636.

3. Resolute Forest Products. (n.d.) Wood Products Operations. Resolute Forest Products website. [Accessed: January 6, 2016]. http://www.resolutefp.com/Operations/Wood_Products/ Resolute Forest Products. (n.d.). Pulp and Paper Operations. Resolute Forest Products website. [Accessed: January 6, 2016]. http://www.resolutefp.com/Operations/Pulp_and_Paper/

4. Ministère des Forêts, de la Faune et des Parcs. (July 2015) Région d'application des garanties d'approvisionnement (GA) pour Saguenay–Lac-Saint-Jean. Ministère des Forêts, de la Faune et des Parcs website [Accessed January 12, 2016]. http://www.mffp.gouv.qc.ca/forets/amenagement/documents/droits-region02.pdf

5. Bureau de Mise en Marché des Bois (n.d.) Devau Ministère des Forêts, de la Faune et des Parcs website. [Accessed January 11, 2016]. https://bmmb.gouv.qc.ca/Auction/Auctions/Details/IIJ-QgYmRrqxvltsW9v-DqA ; Ministère des Forêts, de la Faune et des Parcs. (n.d.) Bonnard. Ministère des Forêts, de la Faune et des Parcs website. [Accessed January 11, 2016]. https://bmmb.gouv.qc.ca/Auction/Auctions/Details/gQ-WAvskvjREQqQUKfGhrA

6. Forest Stewardship Council Canada. (n.d.). Resolute Forest Products FSC Certificate Backgrounder. • Rainforest Alliance. (2013) Public Summary Report for Forest Management 2013 Annual audit Report for: PF Résolu Canada Inc. (Mistassini-Péribonka) in Dolbeau-Mistassini, QC. FSC International Public Search Website. [Accessed January 12, 2016]. http://fsc.force.com/servlet/servlet.FileDownload?file=00P4000000J5OHEEA3 • Rainforest Alliance. (2013) Corrective Action Verification Audit (CVA) Report for PF Résolu Canada Inc. (Lac Saint-Jean) RA-FM/COC-005956. FSC International Public Search Website. [Accessed January 12, 2016]. http://fsc.force.com/servlet/servlet.FileDownload?file=00P4000000J5Wc8EAF

7. Ibid.

8. Paradis, France. (April 22, 2015) Suspension de certification: la Division Scierie Péribonka prend acte. Le Lac-St-Jean. [Accessed: January 6, 2016]. http://www.lelacstjean.com/Actualites/2015-04-22/article-4121032/Suspension-de-certification%3A-la-Division-Scierie-Peribonka-prend-acte/1

9. Radio-Canada. (April 20, 2015) La perte de certification FSC par Arbec cause des problèmes à Résolu. Radio-Canada website. [Accessed: January 6, 2016]. http://ici.radio-canada.ca/regions/saguenay-lac/2015/04/20/005-pfr-arbec-fsc.shtml

10. "Environmental groups suspend further work with Resolute under Canadian Boreal Forest Agreement." Canadian Parks and Wilderness Society, May 21, 2013. CPAWS website. [Accessed January 12, 2016]. http://cpaws.org/news/environmental-groups-suspend-further-work-with-resolute-under-cbfa

11. Ministère des Forêts, de la Faune et des Parcs. (2015) Région d'application des garanties d'approvisionnement (GA) pour Saguenay–Lac-Saint-Jean. Ministère des Forêts, de la Faune et des Parcs website. [Accessed January 6, 2016]. http://www.mffp.gouv.qc.ca/forets/amenagement/documents/droits-region02.pdf

12. Tree cover loss (red): Hansen, M. C, et al. (2013) High-Resolution Global Maps of 21st-Century Forest Cover Change. Science 342 (15 November): 850–53. Data available on-line: http://earthenginepartners.appspot.com/science-2013-global-forest • IFLs and IFL degradation (light green and brown): Potapov, P, et al. (2008) Mapping the World's Intact Forest Landscapes by Remote Sensing. Ecology and Society 13, no. 2: Art. 51. http://www.ecologyandsociety.org/vol13/iss2/art51 Data available on-line: http://intactforests.org/ • Tenure forests (yellow and grey): Global Forest Watch Canada. (2013) Data available on-line: http://www.globalforestwatch.org/sources/forest_use#logging • Protected areas (dark green): Canada's Terrestrial Protected Areas (2012). Permanent and Interim. Global Forest Watch Canada. Uploaded by: Conservation Biology Institute http://app.databasin.org/app/pages/personPage.jsp?id=consbio

13. For example: Heino, Matias, et al. (2015) Forest Loss in Protected Areas and Intact Forest Landscapes: A Global Analysis. PLoS ONE 10(10). October 14, 2015.

14. For example: Forest Stewardship Council Canada. (October 3, 2014) Implementing Motion 65: High Conservation Value 2 – Intact forest landscapes protection in Canada. Forest Stewardship Council Canada website. [Accessed: January 6, 2016]. https://ca.fsc.org/technical-updates.241.313.htm

15. For example: 3M. (2015) Pulp and Paper Sourcing Policy Conformance Guidance. 3M website. [Accessed January 13, 2016]. http://multimedia.3m.com/mws/media/1033426O/3m-pulp-paper-sourcing-policy-guidance-v1-march-2015.pdf ; Hemlock Printers. (2015) Hemlock Printers Paper Procurement Policy. Hemlock Printers website. [Accessed: January 6, 2016] ; http://www.hemlock.com/pdf/Hemlock-AFF%20Policy%20-%20FINAL.pdf ; Lowes. (n.d.) Lowes Wood Policy. Lowes website. [Accessed: January 5, 2016]. http://www.lowes.com/cd_Lowes+Wood+Policy_545633779

16. Intact Forest Landscapes. (2014) IFL Concept. Intact Forest Landscapes website. [Accessed: January 6, 2016]. http://www.intactforests.org/concept.html

17. World Resources Institute. (September 4, 2014) RELEASE: New Analysis Finds Over 100 Million Hectares of Intact Forest Area Degraded Since 2000. World Resources Institute. [Accessed: January 5, 2016]. http://www.wri.org/news/2014/09/release-new-analysis-finds-over-100-million-hectares-intact-forest-area-degraded-2000#sthash.7pGQkKWs.dpuf

18. Greenpeace. (2010) Boreal Refuge: Saving Quebec's Last Large Intact Forests. Greenpeace website. [Accessed: January 6, 2016]. http://www.greenpeace.org/canada/en/campaigns/forests/boreal/Resources/Reports/Boreal-Refuge/ ; Greenpeace. (2013) Boreal Alarm: A Wake Up Call for Action in Canada's Endangered Forests. Greenpeace website. [Accessed: January 6, 2016]. http://www.greenpeace.org/canada/en/campaigns/forests/boreal/Resources/Reports/Boreal-Alarm-A-wake-up-call-for-action-in-Canadas-Endangered-Forests/

19. Hansen, M. C., et al. (2013) Hansen/UMD/Google/USGS/NASA Tree Cover Loss and Gain Area. University of Maryland, Google, USGS, and NASA. Global Forest Watch website. [Accessed: January 12 2016]. www.globalforestwatch.org • Greenpeace, University of Maryland, World Resources Institute and Transparent World. Intact Forest Landscapes. 2000/2013 Global Forest Watch website. [Accessed July 1, 2015]. www.globalforestwatch.org • Changes in the extent of IFLs were identified within the year 2000 IFL boundary using the global wall-to-wall Landsat image composite for year 2013 and the global forest cover loss dataset. Areas identified as "reduction in extent" or degraded met the IFL criteria in 2000, but no longer met the criteria in 2013.

20. Bureau du forestier en chef. (2014) Caribou forestier – Effet des stratégies actuelles d'aménagement forestier sur les taux de perturbation de l'habitat. Avis du Forestier en chef. Roberval, Quebec. Bureau du forestier en chef website. [Accessed: January 6, 2016]. http://forestierenchef.gouv.qc.ca/wp-content/uploads/2015/05/avis_caribou_perturbation_mai2015-pdf.pdf

21. Lee, Peter, et al. (2010) Atlas of Key Ecological Areas Within Canada's Intact Forest Landscapes. Edmonton, Alberta: Global Forest Watch Canada. Global Forest Watch Canada website. [Accessed: January 6, 2016]. http://www.globalforestwatch.ca/files/publications/20101217A_Ecol_Values_HR.pdf

22. Environment Canada. (2012) Recovery Strategy for the Woodland Caribou, Boreal population (Rangifer tarandus caribou), in Canada. Species at Risk Act Recovery Strategy Series. Environment Canada. Ottawa. Environment Canada website. [Accessed: January 6, 2016].

23. Bureau du forestier en chef. (2014) Caribou forestier – Effet des stratégies actuelles d'aménagement forestier sur les taux de perturbation de l'habitat. Avis du Forestier en chef. Roberval, Quebec. Bureau du forestier en chef website. [Accessed: January 6, 2016]. http://forestierenchef.gouv.qc.ca/wp-content/uploads/2015/05/avis_caribou_perturbation_mai2015-pdf.pdf

24. Pekuakamiulnuatsh Takuhikan. (2015) FSC mediation proposal ; Mashteuiatsh plans to participate provided that their aboriginal rights are fully respected. CNW website. [Accessed: January 12, 2016]. http://www.newswire.ca/news-releases/fsc-mediation-proposal--mashteuiatsh-plans-to-participate-provided-that-their-aboriginal-rights-are-fully-respected-563295831.html

25. Environment Canada. (2012) Recovery Strategy for the Woodland Caribou, Boreal population (Rangifer tarandus caribou), in Canada. Species at Risk Act Recovery Strategy Series. Environment Canada. Ottawa. Environment Canada website. [Accessed: January 6, 2016]. https://www.registrelep-sararegistry.gc.ca/virtual_sara/files/plans/rs_caribou_boreal_caribou_0912_e1.pdf.

26. Rudolph, T. D., P. Drapeau, M. H. St-Laurent, and L. Imeau. (2012) Situation du caribou forestier (Rangifer Tarandus Caribou) sur le territoire de la Baie-James dans la région Nord-du-Québec. Research report submitted to the Ministère des ressources naturelles et de la faune and to the Grand Council of the Crees (Eeyou Istchee). Montreal, Quebec. [Accessed: January 6, 2016]. http://chaireafd.uqat.ca/publication/articlePDF/2012RapportFinalCaribouForestierBaieJames_Eeyoulstchee.pdf

27. Ministère des Forêts, de la Faune et des Parcs. (2013) Consultation publique sur les plans d'aménagement forestier du Saguenay–Lac-Saint-Jean. Ministère des Forêts, de la Faune et des Parcs website. [Accessed: January 6, 2016]. http://www.mffp.gouv.qc.ca/forets/consultation/consultation-amenagement-saguenay-lac-saint-jean-pafit.jsp

28. Ministère des Forêts, de la Faune et des Parcs. (December 31, 2014) Répertoire des bénéficiaires de droits forestiers sur les terres du domaine de l'État. Ministère des Forêts, de la Faune et des Parcs website. [Accessed: January 6, 2016]. http://www.mffp.gouv.qc.ca/publications/forets/amenagement/repertoire-2014-12.pdf

29. Environment Canada. (2012) Recovery Strategy for the Woodland Caribou, Boreal population (Rangifer tarandus caribou), in Canada. Species at Risk Act Recovery Strategy Series. Environment Canada. Ottawa. Tables F-1 and G-1. Environment Canada website. [Accessed: January 6, 2016]. https://www.registrelep-sararegistry.gc.ca/virtual_sara/files/plans/rs_caribou_boreal_caribou_0912_e1.pdf. ; Rudolph, T. D, P. Drapeau, M. H. St-Laurent, and L. Imeau. (2012). Situation du caribou forestier (Rangifer Tarandus Caribou) sur le territoire de la Baie-James dans la région Nord-du-Québec. Research report submitted to the Ministère des ressources naturelles et de la faune and to the Grand Council of the Crees (Eeyou Istchee). Montreal, Quebec. [Accessed: January 5, 2016]. http://chaireafd.uqat.ca/publication/articlePDF/2012RapportFinalCaribouForestierBaieJames_Eeyoulstchee.pdf

30. Convention on Biological Diversity. (n.d.) Aichi Biodiversity Targets. Convention on Biological Diversity website. [Accessed: January 6, 2016]. https://www.cbd.int/sp/targets/

31. Ministère du Développement Durable, de l'Environnement et de la Lutte contre les Changements Climatiques. Régistre des aires protégées du Québec. [Accessed January 6, 2016]. http://www.mddelcc.gouv.qc.ca/biodiversite/aires_protegees/registre/

32. Badiou, Pascal, et al. (July 2013) Conserving the World's Last Great Forest Is Possible: Here's How. International Boreal Conservation Panel. [Accessed: January 6, 2016]. http://borealscience.org/wp-content/uploads/2013/07/conserving-last-great-forests1.pdf

33. Ministère du Développement Durable, de l'Environnement, de la Faune et des Parcs. (2012) Portrait du réseau d'aires protégées au Québec. ANALYSE DE CARENCE ÉCORÉGIONALE. Région administrative du Saguenay–Lac-Saint-Jean. Version 4.0. Ministère du Développement Durable, de l'Environnement, de la Faune et des Parcs website. [Accessed: January 6, 2016]. http://www.creslsj.ca/data/images/Documents_autres/Fiches_Analyse_Carences_SLSJ_Nov2012.pdf

34. Greenpeace (n.d.) Great Bear Rainforest: A Forest Solution in the Making. Greenpeace website. [Accessed January 12, 2016]. http://www.greenpeace.org/international/Global/international/code/2012/greatbearrainforest/gbr.html ; Greenpeace International (n.d.) Forest Solutions Greenpeace website. [Accessed January 11, 2016]. http://www.greenpeace.org/international/en/campaigns/forests/solutions/Forest-solutions/

35. Stephanie Goodwin. (2014) Forest Solutions: An insider's look at Greenpeace collaborations in forest regions around the world. Greenpeace Canada website. [Accessed January 11, 2016]. http://www.greenpeace.org/international/Global/international/publications/forests/2014/Forest-Solutions-GPCanada.pdf



Toronto
33 Cecil Street
Toronto, ON
M5T 1N1

Montreal
454 Laurier Avenue E
Montreal, QC
H2J 1E7

Edmonton
Unit B 10187–104 St
Edmonton, AB
T5J 0Z9

Vancouver
1726 Commercial Drive
Vancouver, BC
V5N 4A3

1 800 320-7183
www.greenpeace.ca