IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US, INC., RESOLUTE FP AUGUSTA, LLC, FIBREK GENERAL PARTNERSHIP, FIBREK U.S., INC., FIBREK INTERNATIONAL INC., and RESOLUTE FP CANADA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL (aka "GREENPEACE STICHTING COUNCIL"), GREENPEACE, INC., GREENPEACE FUND, INC., FORESTETHICS, DANIEL BRINDIS, AMY MOAS, MATTHEW DAGGETT, ROLF SKAR, TODD PAGLIA, and JOHN AND JANE DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:17-cv-02824-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:  May 31, 2016<br>Amended Complaint Filed:  November 8, 2017 |

1. This Court has considered the Defendants' Motion for Summary Judgment (the "Motion"), as well as any responses and replies thereto, and heard oral argument on the Motion on April 20, 2023. Having considered the parties' arguments and the evidence in the record, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

   1. Summary judgment is granted to the Defendants on all remaining claims in the case.
   2. The case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Jon S. Tigar