UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RESOLUTE FOREST PRODUCTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL, et al.,<br><br>Defendants. | Case No. 17-cv-02824-JST<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(F)**<br><br>Re: ECF No. 502 |

Before the Court is Defendants' administrative motion to consider whether plaintiffs' material should be sealed pursuant to Civil Local Rules 7-11 and 79-5(f). ECF No. 502. Plaintiffs filed the declaration of Lauren Tabaksblat in support of the motion. ECF No. 504. Plaintiffs have indicated that they do not seek to maintain under seal some of the redacted portions of Defendants' motion for summary judgment brief and some of the exhibits in support of that motion. *Id.* ¶¶ 4-5.

For the reasons stated in Defendants' administrative motion and the declaration of Plaintiffs' counsel, the Defendant's motion is **GRANTED IN PART AND DENIED IN PART**. The Court's ruling on the sealing requests is set forth in the table below:

| Portions of Documents Filed Under Seal | Designating Party | Order |
|---|---|---|
| ECF Nos. 501-15, 501-17, 501-18, 501-32, 501-47, 501-48, 501-49, and 501-58. | Plaintiffs | GRANTED |
| ECF Nos. 501-7, 501-16, 501-19, 501-21, 501-22, 501-24, 501-25, 501-26, 501-27, 501-28, 501-29, 501-31, 501-35, 501-36, and 501-50. | Plaintiffs | DENIED |

| **Portions of Documents Filed Under Seal** | **Designating Party** | **Order** |
|---|---|---|
| ECF No. 501 at 16 n.10, 46:12-14 & n.24. | Plaintiffs | GRANTED |
| Other redacted portions of ECF No. 501. | Plaintiffs | DENIED |

Defendants shall file an unredacted version of the motion for summary judgment brief, ECF No. 501, that conforms with this order and ECF Nos. 501-7, 501-16, 501-19, 501-21, 501-22, 501-24, 501-25, 501-26, 501-27, 501-28, 501- 29, 501-31, 501-35, 501-36, and 501-50 in the public record by January 10, 2023.

**IT IS SO ORDERED.**

Dated:  January 6, 2023



JON S. TIGAR
United States District Judge