BROWN RUDNICK LLP
LEO J. PRESIADO (State Bar No. 166721)
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
Email: lpresiado@brownrudnick.com

Michael J. Bowe (admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat (admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL, *et al.*,<br><br>Defendants. | Case No.: 4:17-CV-02824-JST-KAW<br><br>**RESOLUTE'S NOTICE OF APPEAL**<br><br>Complaint Filed: May 31, 2016<br>First Amended Complaint Filed: Nov. 8, 2017 |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs-Appellants Resolute Forest Products, Inc., Resolute FP US, Inc., Resolute FP Augusta, LLC, Fibrek General Partnership, Fibrek U.S., Inc., Fibrek International, Inc., and Resolute FP Canada, Inc. (collectively, "Resolute") appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on April 21, 2023 (ECF No. 540), which dismissed Resolute's First Amended Complaint in its entirety and denied Resolute's Motion for Leave to File Second Amended Complaint as moot, as well as all rulings, orders, findings, and conclusions leading up to that judgment, including but not limited to:

1)  The trial court's dismissal of Resolute's claims against Defendant-Appellee Greenpeace Fund, Inc. and certain claims asserted against Defendants-Appellees Greenpeace International, Greenpeace Inc., Daniel Brindis, Rolf Skar, Amy Moas, and Matthew Daggett by interlocutory Order dated January 22, 2019 (ECF No. 246);

2)  The trial court's rulings concerning the scope of discovery by interlocutory Orders dated July 10, 2019 and October 16, 2019 (ECF Nos. 269, 287);

3)  The trial court's award of attorney's fees to Defendants-Appellees Greenpeace Fund, Inc., Greenpeace International, Greenpeace Inc., Daniel Brindis, Rolf Skar, Amy Moas, and Matthew Daggett by interlocutory Orders dated September 24, 2019 and April 22, 2020 (ECF Nos. 279, 314);

4)  The trial court's denial of Resolute's motion to compel the application of additional search terms by interlocutory Orders dated September 14, 2020 and December 23, 2020 (ECF Nos. 339, 374);

5)  The trial court's denial of Resolute's request for issuance of letters rogatory to obtain certain discovery from nonparty Greenpeace Canada by interlocutory Orders dated September 16, 2020 and December 23, 2020 (ECF Nos. 340, 374);

6)  The trial court's January 20, 2021 interlocutory Order (ECF No. 381) directing Resolute to supplement its responses to certain damages interrogatories issued by Defendants-Appellees; and

7)  The trial court's November 2, 2022 and April 10, 2023 interlocutory Orders (ECF Nos. 486, 537) imposing sanctions against Resolute.

# REPRESENTATION STATEMENT

**Plaintiffs-Appellants:** Resolute Forest Products, Inc.; Resolute FP US, Inc.; Resolute FP Augusta, LLC; Fibrek General Partnership; Fibrek U.S., Inc.; Fibrek International, Inc.; and Resolute FP Canada, Inc.

**Counsel for Plaintiffs-Appellants:**

Leo J. Presiado
Brown Rudnick LLP
2211 Michelson Drive
Irvine, California 92612
Telephone: (949) 252-1514
LPresiado@brownrudnick.com

Michael J. Bowe
Lauren Tabaksblat
Brown Rudnick LLP
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
MBowe@brownrudnick.com
LTabaksblat@brownrudnick.com

**Counsel for Defendants-Appellees Greenpeace International (aka Greenpeace Stichting Council); Greenpeace, Inc.; Daniel Brindis; Amy Moas; Rolf Skar; and Matthew Daggett**:

Thomas R. Burke
Davis Wright Tremaine LLP
50 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 276-6500
thomasburke@dwt.com

Lacy H. Koonce, III
Klaris Law PLLC
29 Little West 12th Street
New York, NY 10014
Telephone: 917-612-5861
lance.koonce@klarislaw.com

Laura R. Handman
Chelsea C. Kelly
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
Telephone: 202-973-4200
laurahandman@dwt.com
chelseakelly@dwt.com

**Counsel for Defendant-Appellee Greenpeace Fund Inc.**:

| | |
|---|---|
| Thomas R. Burke<br>Davis Wright Tremaine LLP<br>50 California Street, Suite 2300<br>San Francisco, CA 94111<br>Telephone: (415) 276-6500<br>thomasburke@dwt.com<br><br>Laura R. Handman<br>Chelsea C. Kelly<br>Davis Wright Tremaine LLP<br>1301 K Street NW, Suite 500 East<br>Washington, DC 20005<br>Telephone: 202-973-4200<br>laurahandman@dwt.com<br>chelseakelly@dwt.com | Karl Olson<br>Aaron R. Field<br>Cannata, O'Toole & Olson<br>100 Pine Street, Ste. 350<br>San Francisco, CA 94111<br>Telephone: (415) 409-8900<br>kolson@cofolaw.com<br>afield@cofolaw.com |

DATED: May 19, 2023

Respectfully submitted,

BROWN RUDNICK LLP

By:   */s/ Michael J. Bowe*
  LEO J. PRESIADO (State Bar No. 166721)
  2211 Michaelson Drive, 7th Floor
  Irvine, CA 92612
  Telephone: (949) 752-7100
  Facsimile: (949) 252-1514
  Email: lpresiado@brownrudnick.com

  Michael J. Bowe (admitted *pro hac vice*)
  mbowe@brownrudnick.com
  Lauren Tabaksblat (admitted *pro hac vice*)
  ltabaksblat@brownrudnick.com
  7 Times Square
  New York, New York 10036
  Telephone: (212) 209-4800
  Facsimile: (212) 209-4801

  *Attorneys for Plaintiffs*