FILED

APR 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RESOLUTE FOREST PRODUCTS, INC.; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> GREENPEACE INTERNATIONAL, AKA Greenpeace Stichting Council; et al., <br><br> Defendants-Appellants. | No.   23-15922 <br><br> D.C. No. 4:17-cv-02824-JST <br> Northern District of California, Oakland <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 11), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator